UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

PLANNED PARENTHOOD OF NEW YORK CITY, INC.,

        Plaintiff,

      v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES et al.,

        Defendants.
------------------------------------------------------------ x

18 Civ. 5680 (NRB)

**Notice of Motion to Dismiss or for Summary Judgment**

    PLEASE TAKE NOTICE that upon the memorandum of law dated August 2, 2018, the declaration of Benjamin H. Torrance dated August 2, 2018, the administrative record filed on August 2, 2018, and all the pleadings and submissions previously filed in this action, defendants in the above-named action, by their attorney Geoffrey S. Berman, United States Attorney for the Southern District of New York, will move this Court to dismiss the action pursuant to Rule 12(b)(1), or for summary judgment pursuant to Rule 56, of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

Dated:    New York, New York
           August 2, 2018

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
Attorney for Defendants

By:    /s/ Benjamin H. Torrance
       BENJAMIN H. TORRANCE
       Assistant United States Attorney
       86 Chambers Street
       New York, New York   10007
       Telephone: 212.637.2703
       Fax: 212.637.2702
       E-mail: benjamin.torrance@usdoj.gov