UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

PLANNED PARENTHOOD OF NEW YORK CITY, INC.,

          Plaintiff,

      v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES et al.,

          Defendants.
------------------------------------------------------------ x

18 Civ. 5680 (NRB)

**Declaration of Benjamin H. Torrance**

BENJAMIN H. TORRANCE, pursuant to 28 U.S.C. § 1746, declares the following:

1. I am an Assistant United States Attorney in the office of Geoffrey S. Berman, United States Attorney for the Southern District of New York, attorney for defendants in the above-captioned action. I have been assigned to defend this matter and am familiar with the proceedings herein, and submit this declaration to provide the Court with relevant documents provided to this Office by the Department of Health and Human Services.

2. Attached hereto as Exhibit A is a true and correct copy of the 2010 Funding Opportunity Announcement and Application Instructions, Teenage Pregnancy Prevention: Replication of Evidence-based Programs [known as Tier 1], issued by the Office of Adolescent Health, U.S. Department of Health and Human Services.

3. Attached hereto as Exhibit B is a true and correct copy of the 2010 Funding Opportunity Announcement and Application Instructions, Teenage Pregnancy Prevention: Research and Demonstration Programs [known as Tier 2], issued by the Office of Adolescent Health, U.S. Department of Health and Human Services.

4. Attached hereto as Exhibit C is a true and correct copy of the 2015 Funding Opportunity Announcement and Application Instructions, Replicating Evidence-Based Teen

Pregnancy Prevention Programs to Scale in Communities with the Greatest Need (Tier 1B), issued by the Office of Adolescent Health, U.S. Department of Health and Human Services.

    5.    Attached hereto as Exhibit D is a true and correct copy of the 2015 Funding Opportunity Announcement and Application Instructions, Rigorous Evaluation of New or Innovative Approaches to Prevent Teen Pregnancy (Tier 2B), issued by the Office of Adolescent Health, U.S. Department of Health and Human Services.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York  
            August 2, 2018

/s/ Benjamin H. Torrance  
BENJAMIN H. TORRANCE  
Assistant United States Attorney  
Telephone: 212.637.2703  
Fax: 212.637.2702