EXHIBIT C

**U.S. Department of Health and Human Services**
**Office of the Assistant Secretary for Health**
**Office of Adolescent Health**

---

### Replicating Evidence-Based Teen Pregnancy Prevention Programs to Scale in Communities with the Greatest Need (Tier 1B)

**Announcement Type**: New

**Announcement Number**: AH-TP1-15-002

**Catalog of Federal Domestic Assistance (CFDA) No. 93.297**

---

**Funding Opportunity Announcement**
**And**
**Application Instructions**

**Application Due Date: April 1, 2015**

## Table of Contents

Executive Summary……………………………………………………………… 3

Purpose…………………………………………………………………………….4

Background……………………………………………………………………….6

Expectations of Funded Applicants………………………………………………13

    Target Population and Need……………………………………………13

    Program Approach……………………………………………...…………15

    Performance Measures and Evaluation …………………………………...…………30

    Capacity and Experience of the Applicant Organization ………………………33

    Partnerships and Collaboration…...………………………………………36

    Project Management………………………………………………………37

Cooperative Agreement Substantial Programmatic Involvement…………………38

Authority…………………………………………………………………………38

Award Information……………………………………………………………….39

Eligibility Information………………………………………………………….40

Application Responsiveness and Screening Criteria………………………………...41

Application Submission Information……………………………………………42

    1.  Information to Request Application Package…………………………….42

    2.  Content and Form of Application Submission………………………….42

        a.  Important Grants.gov Information……………………………….46

        b.  Application Content……………………………………………...47

            i.  Project Narrative………………………………………...47

               1.  Target Population and Need………………………...…………..48

               2.  Program Approach …………………………………………..50

               3.  Performance Measures and Evaluation…....…………………55

               4.  Capacity and Experience of the Applicant Organization……..56

               5.  Partnerships and Collaboration……………………...…...…..61

               6.  Project Management………………………..…………..……63

            ii.  Budget Narrative……………………………………64

            iii.  Appendices……………………………………………67

        c.  Submission Dates and Times……………………………………68

        d.  Intergovernmental Review………………………………………69

        e.  Funding Restrictions……………………………………………69

Application Review Information…………………………………………………71

    Criteria………………………………………………………………….71

    Review and Selection Process……………………………………………76

Award Administration Information………………………………………………78

Agency Contacts…………………………………………………………………84

Appendices………………………………………………………………………85

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**AGENCY: Office of the Secretary, Office of the Assistant Secretary for Health, Office of Adolescent Health**

**FUNDING OPPORTUNITY TITLE: Announcement of Availability of Funds for Replicating Evidence-Based Teen Pregnancy Prevention Programs to Scale in Communities with the Greatest Need (Tier 1B)**

**ACTION: Notice**

**ANNOUNCEMENT TYPE: INITIAL COMPETITIVE COOPERATIVE AGREEMENT**

**FUNDING OPPORTUNITY NUMBER: AH-TP1-15-002**

**CFDA NUMBER: 93.297**

**CFDA PROGRAM: Teenage Pregnancy Prevention Program**

**DATES:** Non-binding letters of intent are due **February 1, 2015**

Applications are due April 1, 2015 by 5 p.m. ET. To receive consideration, applications must be received electronically via Grants.gov by the HHS Office of the Assistant Secretary for Health (HHS/OASH), Office of Grants Management (OGM) no later than this due date. Applications which do not meet the specified deadlines will be returned to the applicant unread. All applicants must submit electronically via Grants.gov unless they obtain a written exemption from this requirement 2 business days in advance of the deadline by the Director, HHS/OASH Office of Grants Management. To obtain an exemption, applicants must request one via email from the HHS/OASH Office of Grants Management, and provide details as to why they are technologically unable to submit electronically through the Grants.gov portal. Requests should

be submitted at least 4 business days prior to the application deadline to ensure the request can be considered prior to 2 business days in advance of the deadline. ⊡If requesting an exemption, include the following in the e-mail request: the HHS/OASH announcement number; the organization's DUNS number; the name, address and telephone number of the organization; the name and telephone number of the Authorizing Official; the Grants.gov Tracking Number (GRANTXXXX) assigned to the submission; and a copy of the "Rejected with Errors" notification from Grants.gov. Send the request with supporting documentation to ogm.oash@hhs.gov. Note: failure to have an active System for Account Management (SAM) registration will not be grounds for receiving an exemption to the electronic submission requirement.

**The HHS/OASH Office of Grants Management will only accept applications via alternate methods (hardcopy paper via US mail or other provider or PDF via email) from applicants obtaining prior written approval.** The application must still be submitted by the deadline. Only applications submitted through the Grants.gov portal or alternate format (hardcopy paper via US mail or other service or PDF via email) with an approved written exemption will be accepted. See the heading **"APPLICATION and SUBMISSION INFORMATION"** for information on application submission mechanisms.

**To ensure adequate time to successfully submit the application, HHS/OASH recommends that applicants register as early as possible in Grants.gov** since the registration process can take up to one month. For information on registering for Grants.gov, refer to http://www.grants.gov or contact the Grants.gov Contact Center 24 hours a day, 7 days a week (excluding Federal holidays) at 1-800-518-4726 or support@grants.gov. **Applicants are strongly encouraged to register multiple authorized organization representatives.**

⊡

**Technical Assistance:** A technical assistance webinar for potential applicants will be held on Thursday, January 22nd from 3:00-5:00 pm ET (start time of 2:00 pm CT, 1:00 pm MT, 12:00 pm PT). Potential applicants should call 1-888-566-5780, passcode 3899321, and log-on to https://www.mymeetings.com/nc/join.php?i=PW1052978&p=3899321&t=c.

**EXECUTIVE SUMMARY: The HHS Office of Adolescent Health (OAH)** announces the availability of funds for Fiscal Year (FY) 2015 cooperative agreement awards under the authority of Division H, Title II of the Consolidated Appropriations Act, 2014 (Public Law No. 113-76), and the Continuing Resolution thus far for FY 2015 (Public Law No. 113-164), for **Replicating Evidence-Based Teen Pregnancy Prevention Programs to Scale in Communities with the Greatest Need (Tier 1B).** OAH intends to make available approximately $60 million for an estimated 60 awards.

This funding opportunity announcement (FOA) is one of a series of five (5) FOAs, each with a different focus, currently available from OAH's Teen Pregnancy Prevention (TPP) Program. Applicants may apply for more than one FOA. **This FOA provides information for applying to Replicating Evidence-Based Teen Pregnancy Prevention Programs to Scale in Communities with the Greatest Need (Tier 1B).** Other available FOAs include:

- Capacity Building to Support Replication of Evidence-Based TPP Programs (Tier 1A)
- Supporting and Enabling Early Innovation to Advance Adolescent Health and Prevent Teen Pregnancy (Tier 2A)
- Rigorous Evaluation of New or Innovative Approaches to Prevent Teen Pregnancy (Tier 2B)
- Effectiveness of TPP Programs Designed Specifically for Young Males (Tier 2C).

The goal of this FOA is to have a significant impact on reducing rates of teen pregnancy and existing disparities by replicating evidence-based TPP programs to scale in at least 3 settings in communities and with populations at greatest need. Applicants can propose to work in a single

community or in multiple communities.  Each target community must be defined by clear geographic boundaries in order to assure that the number of youth served can be identified and teen pregnancy and/or teen birth rates can be monitored throughout the project.

The amount of funding an applicant may request on an annual basis is linked to the number of participants, on average that the applicant proposes to reach in years 2-5 with evidence-based TPP programs.  The award ranges are based on existing performance measure data from the FY 2010 – FY 2014 OAH TPP Program and are included below:

| Annual Budget | Annual Reach |
|---|---|
| $500,000 - $749,999 | At least 700 per year |
| $750,000 - $999,999 | At least 1,500 per year |
| $1,000,000 - $1,249,999 | At least 3,000 per year |
| $1,250,000 - $1,499,999 | At least 6,000 per year |
| $1,500,000 - $1,749,000 | At least 10,000 per year |
| $1,750,000 - $2,000,000 | At least 15,000 per year |

## I.  FUNDING OPPORTUNITY DESCRIPTION:

## **PURPOSE**

The purpose of this FOA is to have a significant impact on reducing rates of teen pregnancy and existing disparities (see pages 7-8) by replicating evidence-based TPP programs to scale in at least 3 settings in communities and with populations at greatest need.  In each community served, grantees will be expected to:

- Mobilize the community to develop and implement a plan to prevent teen pregnancy and promote positive youth development
- Engage in an up to 12-month planning, piloting, and readiness period
- Implement evidence-based TPP programs to scale with fidelity and quality in at least 3 settings
- Ensure that program materials are medically accurate, age appropriate, culturally and linguistically appropriate, and inclusive of Lesbian, Gay, Bisexual, Transgender, and Questioning (LGBTQ) youth

- Ensure that programs are implemented in a safe and supportive environment for youth and their families
- Establish and maintain linkages and referrals to youth-friendly health care services
- Engage in strategic dissemination and communication activities to raise awareness of the program with youth, their families, and key stakeholders
- Develop and implement a plan for sustainability to ensure continuation of program efforts beyond the grant
- Collect and use performance measure data to make continuous quality improvements
- Evaluate the implementation and outcomes of program activities.

**Supporting HHS Strategic Goals, Healthy People 2020, and the National Prevention Strategy**

This FOA supports the HHS Strategic Goal to "Put Children and Youth on the Path for Successful Futures." Under this goal, HHS is committed to supporting both evidence-based programs and innovative approaches for children and youth in order to positively impact a range of important social and health outcomes such as child maltreatment, school readiness, teen pregnancy, youth violence, sexually transmitted infections (STIs), mental illness, substance abuse, and delinquency. HHS is investing in strategies that give children and youth a positive start in life and help ensure their future health and development. http://www.hhs.gov/strategic-plan/youth_futures.html

This FOA addresses the Healthy People 2020

(http://www.healthypeople.gov/2020/default.aspx) overarching goals to (1) achieve health equity, eliminate disparities, and improve the health of all groups and (2) promote quality of life, healthy development, and healthy behaviors across all life stages. The FOA addresses several Healthy People 2020 goals and objectives, including Family Planning Objectives 7 through 13; STD Objectives 1 and 6; HIV Objective 2; Adolescent Health Objectives 3 and 5; and the LGBT Topic Area Goal.

This FOA also supports the National Prevention Strategy's
(http://www.surgeongeneral.gov/initiatives/prevention/strategy/#The Goal) overarching strategic
direction to help people make healthy choices and eliminate health disparities. This FOA
supports the recommendations in the reproductive and sexual health priority area to (1) provide
effective sexual health education, especially for adolescents, and (2) enhance early detection of
HIV, viral hepatitis, and other STIs and improve linkages to care.

## BACKGROUND

### *OAH's Teen Pregnancy Prevention Program*

OAH announces the availability of FY2015 funding to support the TPP Program, which was
initiated in FY 2010 as one of six major evidence-based policy initiatives across the Federal
government. OAH supports two types of grants through the TPP program: (1) projects that
replicate evidence-based program models that have been shown to be effective through rigorous
evaluation, referred to as "Tier 1" and (2) research and demonstration projects in order to
develop and test additional models and innovative strategies to prevent teen pregnancy, referred
to as "Tier 2." Additional information about OAH and specifically about the TPP Program can
be found on the OAH website ( http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/).

Within this framework, OAH is announcing five separate FOAs, each with a different focus.
Available FOAs include:

- Capacity Building to Support Replication of Evidence-Based TPP Programs (Tier 1A)
- Replicating Evidence-Based TPP Programs to Scale in Communities with the Greatest Need (Tier 1B)
- Supporting and Enabling Early Innovation to Advance Adolescent Health and Prevent Teen Pregnancy (Tier 2A)
- Rigorous Evaluation of New or Innovative Approaches to Prevent Teen (Tier 2B)
- Effectiveness of TPP Programs Designed Specifically for Young Males (Tier 2C)

**Status of Adolescent Sexual Risk Behaviors**

**Teen Pregnancy and Existing Disparities**

Teen pregnancy and birth rates in the United States dropped to a record low since their peak in the early 1990's. The teen birth rate declined ten percent in 2013 alone and declined 38 percent since 2007 (1). There have also been improvements in teens' sexual behavior and use of contraceptives. In 2013, about half (47%) of all high school students reported having ever had sex. In that same year among high school students who were sexually active, 86% reported using some method of contraception the last time they had sex (2).

Despite the progress that has been made to reduce teen pregnancy and sexual risk taking, there were still approximately 614,000 pregnancies to women younger than age 20 in 2010 (3) and 25% of teens in the U.S. will become pregnant at least once by the age of 20 (4). Furthermore, young people age 15 to 24 account for nearly one-half of all new cases of STDs although they only comprise one quarter of the sexually active population in the U.S. (5).

In addition, great disparities continue to exist – by age, race and ethnicity, geography, urbanicity, and among especially vulnerable populations.

- **Age** - Birth rates are much higher among older teens (47.3 per 1,000) than younger teens (12.3 per 1,000), with 2/3 of teen births to girls ages 18 to 19 and 1/3 to girls ages 17 and younger (6,7).

- **Race and Ethnicity** - In 2010, the teen pregnancy rate among non-Hispanic Black and Hispanic teen girls age 15-19 was more than twice as high as the teen pregnancy rate among non-Hispanic White teen girls age 15-19 (8). In 2012, the teen birth rate was 46

per 1,000 for Hispanic teens; 44 per 1,000 for Black, non-Hispanic teens; 35 per 1,000 for American Indian teens; 21 per 1,000 for White, non-Hispanic teens; and 10 per 1,000 for Asian/Pacific Islander teens (9).

- **Geography** - Substantial geographic variation exists in adolescent childbearing across the United States with the lowest teen birth rates reported in the Northeast, and the highest rates reported across the southern part of the country (10).

- **Urbanicity** - Teen birth rates are much higher in rural areas (43 per 1,000) compared to small-medium metro areas (36 per 1,000) and large urban cities (24 per 1,000) (11).

- **Vulnerable Populations** – Rates of teen pregnancy and teen births have been found to be higher among especially vulnerable youth, including youth in foster care, parenting teens, and LGBTQ youth. Teen girls who are in foster care are 2.5 times more likely than their counterparts who are not in foster care to get pregnant by age 19 (12). Teens who are already parents are also at increased risk of becoming pregnant again. Overall, 17% of all teen births are repeat teen births (13). Lesbian, Gay, Bisexual, and Transgender (LGBT) youth are 2-3 times more likely to be involved in a pregnancy compared to non-LGBT youth. Lesbian, Gay, and Bisexual (LGB) youth are more likely to initiate sex at a very young age, have multiple partners, use alcohol and other substances before engaging in sexual intercourse; and are less likely to use contraception compared to non-LGB youth (14).

Risky behaviors are often co-occurring. Teens who drink or use drugs are at increased risk of (1) being sexually active, (2) not using contraception when they have sex, (3) having sex at an earlier age, and (4) having multiple partners (15). Teen pregnancy is also linked with various

types of violence including dating violence, intimate partner violence, domestic violence and sexual abuse. Girls in high school who reported experiencing dating violence were four to six times more likely to have ever been pregnant than peers who had not experienced dating violence. Adverse childhood experiences such as physical abuse, verbal abuse, and witnessing intimate partner violence are also linked with having sex at an early age. Approximately 50 to 60 percent of adolescents who become pregnant have a history of childhood sexual or physical abuse (16).

**Sexual Risk and Protective Factors**

There are several risk and protective factors that influence a teen's decision to engage in sexual behavior. The majority of risk and protective factors fall into one of four categories: (1) biological factors such as age, physical maturity, and sex; (2) disadvantage, disorganization, and dysfunction in the lives of teens and their families, peers, and communities; (3) sexual values and norms expressed or modeled by teens themselves or by their families, romantic partners, peers, faith communities, schools, and communities; and (4) teens' connection to groups or institutions that discourage risky sexual behavior, encourage responsible behavior, or both (17). It is important for organizations to understand the factors that influence teens' sexual behavior to have the greatest impact on reducing sexual risk taking.

**Trauma Informed Care**

Organizations should be aware that the youth they will be working with may have experienced some form of trauma. Youth can be exposed directly or indirectly to trauma through child abuse, neglect, domestic violence and other forms of violence. Exposure to traumatic events can have social, behavioral and emotional impacts on youth and lead to poor outcomes.

Youth who have been exposed to violence are more likely to become teen parents, with those who have experienced physical and sexual abuse more likely to experience a repeat pregnancy (18).

Exposure to adverse childhood experiences (ACEs) including abuse, neglect, violence, and other stressors can have a lifelong impact on one's health. As the number of ACEs increase, the risk for health problems (e.g., heart disease, depression, smoking, intimate partner violence, risky sexual behavior, and alcohol or drug abuse) increases.  Trauma-informed care is an approach that is welcoming and appropriate for trauma survivors (e.g., those with ACEs), including avoiding re-traumatization. A trauma-informed approach is one in which all parties involved recognize and respond to the impact of ACE, trauma, and toxic stress on children, caregivers, and service providers.  Organizations should prepare to incorporate a trauma informed approach when providing sexual health education to youth, which includes taking into consideration ACEs and the influence that they have on sexual health and decision making (19, 20).

**Positive Youth Development**

Positive youth development is an intentional, pro-social approach that engages youth within their communities, schools, organizations, peer groups, and families in a manner that is productive and constructive; recognizes, uses, and enhances youths' strengths; and promotes positive outcomes for young people by providing opportunities, fostering positive relationships, and furnishing the support needed to build on their leadership strengths (21). According to research on positive youth development, youth may have fewer behavioral problems and may be better prepared for a successful transition to adulthood if they have a variety of opportunities to

learn and participate at home, at school, in community-based programs and in their neighborhoods. Organizations should work to incorporate key positive youth development practices into all interactions with and programs for youth (22).

**Evidence-Based TPP Programs Eligible for Replication**

The Department of Health and Human Services (HHS) conducts the HHS TPP Evidence Review (http://tppevidencereview.aspe.hhs.gov/EvidencePrograms.aspx) which uses a systematic process for reviewing evaluation studies against a rigorous standard in order to identify programs shown to be effective at preventing teen pregnancies, sexually transmitted infections, and/or sexual risk behaviors. The evidence review, first conducted in 2009 and updated periodically, is led by the HHS Office of the Assistant Secretary for Planning and Evaluation. The most recent update was released in August 2014. There are currently 37 evidence-based TPP program models identified by the HHS TPP Evidence Review. The 37 programs are diverse on a number of variables, including program approach, target population, implementation setting, length of program, program outcomes, duration of program outcomes, and study design quality rating.

Evidence-based TPP programs eligible for replication by the applicant under this FOA are those that meet the following criteria prior to the end of the grantee's planning and readiness period:

- Have been identified as having evidence of effectiveness by the HHS TPP Evidence Review (http://tppevidencereview.aspe.hhs.gov/EvidencePrograms.aspx) **and**

- Have been assessed by the HHS TPP Evidence Review as being <u>implementation ready</u>, meaning that the program has clearly defined curricula and components,

necessary staff supports and training, and specified guidelines and tools for monitoring fidelity.

OAH is especially interested in replicating evidence-based TPP programs with the strongest evidence and that have been found to be effective through evaluations in multiple sites, in different settings, and with different populations. As the HHS TPP Evidence Review continues to grow and mature, OAH anticipates that new evidence will be generated for program models that currently have evidence of effectiveness in the TPP Evidence Review and that new evidence-based program models will be identified. OAH anticipates that as the evidence in this field expands through rigorous evaluation of replications of evidence-based programs and evaluations of new and untested programs, the TPP Evidence Review may be able to make further distinctions about the strength of evidence behind each program model. OAH will work with grantees to continuously review and evaluate new evidence to determine its impact on grantee programs.

A list of evidence-based TPP programs that currently meet the stated criteria and are eligible for replication under this FOA is included in **Appendix D**. Additional evidence-based TPP programs identified by the HHS TPP Evidence Review prior to the end of the grantee's planning and readiness period will also be eligible for replication under this FOA as long as the meet the 2 criteria specified on pages 11-12.

**Taking Evidence-Based TPP Programs to Scale in Communities with Greatest Need**

Implementing evidence-based TPP programs to scale focuses on expanding the reach of programs with an emphasis on impact and achieving better outcomes. Scaling can be defined as "deliberate efforts to increase the impact of service innovations successfully tested in pilot or

experimental projects so as to benefit more people" (23). For OAH, the goal of scaling evidence-based TPP programs is to prevent teen pregnancy, reduce existing disparities, and promote healthy adolescent development by expanding the number of youth and their families who receive evidence-based TPP programs. To have a lasting impact on reducing rates of teen pregnancy and disparities, youth should receive evidence-based TPP programs at multiple times over the course of their adolescence, and the information provided should be sequential, consistent, and reinforcing. Implementation of a single evidence-based TPP program at a single point in time is likely insufficient to prevent teen pregnancy, STIs, and HIV for the long-term. Under this FOA, organizations are expected to implement evidence-based TPP programs to scale in at least 3 settings, reaching communities, and youth within those communities, with the greatest need.

## EXPECTATIONS OF GRANTEES

Included below are OAH's expectations of grantees throughout the five-year project period. Failure of a grantee to meet major milestones as required/defined by OAH may result in the discontinuation of grant funding at any time during the project period.

### TARGET POPULATION & NEED

The intent of this FOA is to target limited resources to serving communities with the greatest need for preventing teen pregnancy and reducing existing disparities (see pages 7-8). Applicants may propose serving a single community or multiple communities within a single application. Multiple communities could include communities within the same state, communities across states, etc. Each community must be defined by clear geographic boundaries in order to ensure that the number of youth served can be identified and teen pregnancy and/or teen birth rates can

be monitored throughout the project.  Applicants must be able to document a teen birth rate that is at least above the current national average for the population(s) served within the community (26.6 births for every 1,000 adolescent females ages 15-19, 2013) (24).

The applicant should conduct a community needs and resource assessment to identify the specific needs and resources available in each community served.   The assessment should use data at the community-level to:

- ☐ Identify the needs of the community related to teen pregnancy, teen births, prevalence of STIs including HIV among youth, sexual risk behaviors, and existing disparities (see pages 7-8)
- ☐ Identify areas of elevated need within the community
- ☐ Provide data on social determinants of health and co-occurring risk behaviors that impact teen pregnancy and sexual risk taking
- ☐ Describe resources currently available in the community to prevent teen pregnancy and promote healthy adolescent development

The applicant should describe the target population(s) for the proposed program and include a description of the evidence-based TPP programs proposed for implementation in at least 3 settings.  The target population for funded projects should be individuals, or families of individuals, 19 years of age or under at program entry.  Youth who are not yet teenagers are eligible since many of the evidence-based TPP programs include pre-teens as a target audience for the program.  The target population(s), evidence-based TPP programs selected, and implementation settings should clearly align with the results of the community needs and

resource assessment and be directed at serving populations and areas within the community with the greatest demonstrated need.

## PROGRAM APPROACH

### Work Plan & Logic Model

Applicants are expected to submit a detailed work plan (as an appendix) for the five-year project period that includes goals, SMART objectives (specific, measurable, achievable, realistic, and time-framed), and activities for developing and implementing a plan to prevent teen pregnancy, including a specific focus on implementing evidence-based TPP programs to scale in at least 3 settings in communities at greatest need. An example work plan template is included in **Appendix E,** or this can be provided in a different format.

Applicants can propose to work in a single community or in multiple communities (see pages 13-14 for more information on how community is defined in this FOA). In each community served, grantees will be expected to:

- Mobilize the community to develop and implement a plan to prevent teen pregnancy and promote positive youth development
- Engage in a planning, piloting, and readiness period of up to 12 months
- Implement evidence-based TPP programs to scale with fidelity and quality in at least 3 settings
- Ensure that program materials are medically accurate, age appropriate, culturally and linguistically appropriate, and inclusive of LGBTQ youth
- Ensure that programs are implemented in a safe and supportive environment for youth and their families
- Establish and maintain linkages and referrals to youth-friendly health care services

- Engage in strategic dissemination and communication activities to raise awareness of the program with youth, their families, and key stakeholders

- Develop and implement a plan for sustainability to ensure continuation of program efforts beyond the grant

- Collect and use performance measure data to make continuous quality improvements

- Evaluate the implementation and outcomes of program activities.

Applicants are expected to describe the proposed project through a detailed logic model (as an appendix) that clearly depicts the inputs and activities of the project and the intended outputs and outcomes (short- and long-term). An example logic model template is included in **Appendix F**, or this can be provided in a different format.

**Mobilizing the community to develop and implement a plan to prevent teen pregnancy**

Community mobilization supports TPP efforts by helping community members and groups take action to facilitate change. The underlying goal of engaging a wide-range of community members is to create and implement a shared vision and plan that pools and leverages resources to enhance the ability of a community to address teen pregnancy. In each community served, the grantee is expected to establish a (or work with an existing) Community Advisory Group and a Youth Leadership Council to lead the community mobilization efforts. The Community Advisory Group should include representation from key decision makers, community champions, diverse organizations working to prevent teen pregnancy and promote healthy adolescent development, and members of the target population. Grantees are strongly encouraged to think beyond traditional partners working to prevent teen pregnancy and engage

partners whose work has an impact on TPP, but whose primary focus may not be TPP (e.g., education, juvenile detention, transportation, housing). The Youth Leadership Council should include members of the target population and should ensure opportunities for authentic participation and decision-making. The Youth Leadership Council will be critical for ensuring that programs and strategies for implementation are relevant and a good fit for the needs of the community.

The grantee will be expected to implement strategies outlined in Strategies Guided by Best Practice for Community Mobilization, over the life of the grant. (http://advocatesforyouth.org/storage/advfy/documents/Factsheets/strategies%20guided%20by% 20best%20practice_8-11-14.pdf).[1] These strategies include:

- ☐ Securing strong leadership to oversee the community mobilization efforts – it is anticipated that this would be the grantee, although it doesn't have to be
- ☐ Establishing a formal structure and guiding documents
- ☐ Engaging diverse organizations, community leaders, and residents
- ☐ Ensuring authentic participation and shared decision making
- ☐ Ensuring authentic and productive roles for young people
- ☐ Developing a shared vision
- ☐ Conducting a Needs and Resource Assessment
- ☐ Creating a comprehensive and strategic plan for preventing teen pregnancy, reducing existing disparities, and promoting healthy adolescent development within the community.
- ☐ Implementing mutually reinforcing strategies
- ☐ Establishing effective channels for internal communication
- ☐ Educating the community
- ☐ Conducting process and outcome evaluations
- ☐ Evaluating the community mobilization effort
- ☐ Disseminating best practices around community mobilization.

---

[1] [illegible footnote text]

**Engaging in a planning, piloting, and readiness period of up to 12 months**

During the first grant year, grantees will engage in a planning, piloting and readiness period of up to 12 months. Continued funding is contingent on the recipient's satisfactory progress in meeting planning period milestones and the continued availability of funds. The specific milestones that grantees will be expected to successfully complete by the end of the planning period are included in **Appendix G**. This period may be shorter for grantees that demonstrate readiness in less than 12 months. The duration of the length of the planning period is contingent upon each grantee's demonstrated readiness, but will not exceed 12 months.

Grantees will be expected to use Getting to Outcomes (GTO)$^{TM}$ to guide the planning, implementation, and evaluation of their program. GTO$^{TM}$ is a ten-step process aimed at facilitating program planning, implementation, and evaluation of programs and improving organizational capacity and program performance. GTO$^{TM}$ is tailored for use in TPP programs and has been used successfully in the past by TPP grantees funded by the Centers for Disease Control and Prevention to guide their program planning. Detailed information about GTO and a free, downloadable manual is available at http://www.rand.org/health/projects/getting-to-outcomes.html. Additional information about GTO tailored specifically to TPP programs is available at

http://www.healthyteennetwork.org/index.asp?Type=B_BASIC&SEC=%7B6F5557AE-6661-488C-B878-03F87DD275EF%7D.

**Implementing Evidence-Based TPP Programs to Scale in Multiple Settings**

**Selecting Evidence-Based TPP Programs to Ensure Fit**

The evidence-based TPP programs eligible for replication under this FOA (see pages 11-12 & Appendix D) reflect great diversity on several variables:

- ☐ <u>Program Approach</u> – abstinence education, sexuality education, youth development
- ☐ <u>Target Population</u> – age, race and ethnicity, designed for specific vulnerable populations including youth in juvenile detention, runaway and homeless youth, and expectant and parenting teens
- ☐ <u>Implementation Setting</u> – middle school, high school, after school, community-based, clinic-based
- ☐ <u>Length of Program</u> – single session, multiple sessions, multi-year
- ☐ <u>Program Outcomes</u> – delay in sexual initiation, increase in condom use, increase in contraceptive use, decrease in number of sexual partners, decrease in teen pregnancy, decrease in STIs; some programs have shown outcomes for both boys and girls, some have shown outcomes for either boys or girls
- ☐ <u>Length of Program Outcomes</u> – ranges from outcomes seen immediately after the program ends to several years after the program ends.

Applicants should carefully review information available about the evidence-based TPP programs, paying specific attention to differences across programs, to ensure that programs proposed for implementation are a good fit to meet the needs of the target population, the implementation setting, the capacity of the implementing organization, and the outcomes the organization is trying to achieve. Implementation reports for each evidence-based TPP program

include information that will help applicants assess programs for fit and are available at
http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/db/.  In addition, an e-learning
module designed specifically to assist organizations in selecting evidence-based TPP programs
to ensure fit is available at   http://www.hhs.gov/ash/oah/resources-and-
publications/learning/tpp-evidence-based/index.html.

In addition to ensuring fit, the evidence-based TPP programs proposed for implementation
should be clearly aligned with the results of the community needs and resource assessment and
should not duplicate programs or services that already exist in the community.  Grantees will use
the planning and piloting period to revisit the community needs and resource assessment to
ensure that the programs selected for implementation are the best fit to address the needs
identified, the implementation setting, the capacity of the implementing organization, and the
intended outcomes.

**Taking Evidence-Based TPP Programs to Scale in Multiple Settings**

To achieve collective impact and increase the likelihood that youth in the communities
served will have access to age appropriate and medically accurate evidence-based TPP programs
at multiple times over the course of their adolescence, OAH expects grantees to implement
evidence-based TPP programs in at least 3 different settings.  For the purpose of this FOA,
settings include, but are not limited to: in-school middle school, in-school high school,
alternative school, college, after school, community-based, faith-based, clinic-based, juvenile
detention, out-of-home settings for youth in foster care, and other specialized settings (e.g.,
residential treatment facility).  Each setting listed above is counted separately as one individual
setting.

In each setting, the applicant and its partners are expected to adopt strategies to implement the selected evidence-based TPP program to scale with as many youth in the target population as possible. A key strategy for taking programs to scale is to implement programs through existing systems and/or networks within the community. Existing systems would include, but are not limited to schools, community colleges, clinics, existing after-school programs, juvenile detention facilities, and out-of-home care facilities. Partnerships for implementation through existing systems should be established at the highest level possible. For example, implementing programs district-wide in the community rather than within individual schools or in individual classrooms, implementing programs in partnership with an existing and well-established after-school program rather than creating a new after-school program, and implementing programs within all juvenile detention facilities in the community rather than one facility.

It is important to note that the goal of scaling is <u>not</u> simply to implement evidence-based TPP programs with as many youth as possible. Rather, the goal of scaling is to have the greatest impact on preventing teen pregnancy, reducing disparities, and promoting healthy adolescent development. This will be accomplished by implementing evidence-based TPP programs with populations and in areas of the community with the greatest demonstrated need, ensuring that the evidence-based TPP programs selected are a good fit, and by adopting strategies to implement programs in ways that increase access for as many youth as possible.

**Implementation of Evidence-Based TPP Programs with Fidelity & Quality**

Grantees will be required to implement evidence-based TPP programs with fidelity and quality. Fidelity refers to the degree to which an implementer adheres to the core components of a program. The core components of an evidence-based TPP program are the parts of the program or its implementation determined by the developer to be the key ingredients related to

achieving the program's outcomes.  Implementation with fidelity increases the likelihood that the participants served will experience similar outcomes to those found in the original evaluation study.

Grantees will be required to monitor the extent to which the evidence-based TPP programs are implemented with fidelity and quality.  Grantees will be required to establish and implement a fidelity monitoring plan that includes, at a minimum, collecting data on fidelity and quality from program facilitators as well as from observations of at least 10% of all program sessions, reviewing and analyzing data on a regular basis, using data to provide feedback to facilitators, and using the data to make continuous quality improvements to the program and its implementation.

Adaptations are changes made to the program content, program delivery, or other core components of the program.  Grantees will be allowed to make minor adaptations (often referred to as green light adaptations[2]) to the evidence-based TPP programs as long as the adaptation(s) are justified and shown to not impact the program's core components.  Minor adaptations do not significantly change the core components, program delivery, or program content.  Examples of minor adaptations include, but are not limited to, adding icebreakers, team-builders or energizers; adding reflection activities; adding a session on general reproductive anatomy; updating statistics or providing information about local statistics; including information about local teen friendly health centers; adding implementation strategies to better engage youth; and revising materials to ensure LGBTQ inclusivity.  In addition, grantees may propose to implement an evidence-based TPP program with a population or in a setting other than the ones included in

[2] The classification of adaptations as green, yellow, or red light adaptations has been used in various evidence-based program models to describe the level of risk an adaptation may have on the core components of the program. Green light adaptations are considered to be lower risk.

the program's original evaluation as long as the developer has indicated that the program is appropriate for the population or setting proposed.

Major adaptations (often referred to as yellow or red light adaptations) significantly change the core components, program delivery, or program content of an evidence-based TPP program. Major adaptations could compromise a program's fidelity and thus might affect the intended outcomes. They are discouraged among OAH grantees. All proposed adaptations must be shared with OAH. Major adaptations must be approved by OAH prior to implementation. Definitions of key terms can be found in **Appendix B**.

Activities to support implementation of the program model (e.g. parent information sessions, providing snacks or transportation to program participants, use of social media to stay connected with program participants) are not considered adaptations and should be included in the applicant's work plan.

**Ensuring Program Materials are Medically Accurate, Age Appropriate, Culturally and Linguistically Appropriate, and Inclusive of LGBTQ Youth**

Applicants will ensure that program materials, including all materials associated with the evidence-based TPP program and any supplemental materials (i.e. curricula, facilitator and participant manuals, videos, podcasts, posters, scripts, participant booklets, pamphlets, and handouts) are medically accurate, complete, and age appropriate, and should ensure that all materials are culturally and linguistically appropriate, and inclusive of LGBTQ youth. Definitions of all key terms are included in **Appendix B.**

To ensure that the most current science is reflected in the program materials, successful applicants will be required to submit all program materials prior to use in the project to OAH for

a medical accuracy review. While the applicant will identify the evidence-based TPP program(s) proposed for use in the grant, program materials should not be submitted with the grant application. Grantees should do an initial review of the materials for medical accuracy prior to submitting to OAH for final review. The review of materials for medical accuracy will occur prior to the use of any materials in the OAH-funded grant program. Grantees will not be able to begin implementation of materials until after the OAH medical accuracy review is complete and materials have been approved for use in implementation by OAH. The grantee must verify that all modifications have been made and accepted by OAH.

Grantees should also review all program materials for use in the project for age appropriateness, cultural and linguistic appropriateness, and inclusivity of LGBTQ youth prior to use in the grant. Review of program materials should be conducted after an application is approved for funding using guidance and templates provided by OAH. Grantees are expected to inform OAH of their review process, results, and changes made to ensure that all materials are age appropriate, culturally and linguistically appropriate, and inclusive of LGBTQ youth.

**Implementing Programs in a Safe and Supportive Environment for Youth & their Families**

Grantees should implement TPP programs in environments that are positive, safe, supportive, and healthy for all youth and their families. This includes, but is not limited to, ensuring inclusivity of all youth, including LGTBQ youth, applying Positive Youth Development practices when interacting with youth, and using a trauma-informed approach.

**Ensuring Inclusivity**

- Programs should be inclusive and non-stigmatizing toward all youth, including LGBTQ youth.

- Grantees should establish and publicize policies prohibiting discrimination and harassment based on race, sexual orientation, gender, gender identity/expression, religion, and national origin.

- Staff members should be trained to prevent and respond to harassment or bullying in all forms.

- Grantees should be prepared to monitor reports of harassment or bullying, and document their corrective action(s) so youth are assured that programs are safe, inclusive, and non-stigmatizing by design and in operation.

- OAH expects that all successful award recipients will ensure that services are widely accessible by not discriminating on the basis of sexual orientation or gender identity.

**Implementing Positive Youth Development Practices when Interacting with Youth**

Grantees are expected to integrate key positive youth development practices (http://www.findyouthinfo.gov/youth-topics/positive-youth-development/how-can-positive-youth-development-be-integrated-programs) into all programs, including ensuring:

- Physical and psychological safety
- Appropriate structure
- Supportive relationships
- Opportunities to belong
- Positive social norms
- Support for efficacy and mattering
- Opportunities for skill building
- Integration of family, school, and community efforts.

## Using a Trauma-Informed Approach

Grantees are expected to use a trauma-informed approach in their TPP program. "A trauma-informed approach refers to how a program, agency, organization, or community thinks about and responds to those who have experienced or may be at risk for experiencing trauma; it refers to a change in the organizational culture. In this approach, all components of the organization incorporate a thorough understanding of the prevalence and impact of trauma, the role that trauma plays, and the complex and varied paths in which people recover and heal from trauma"(18). A trauma-informed approach includes: (1) Realizing the widespread impact of trauma and potential paths for recovery; (2) Recognizing the signs and symptoms of trauma in youth, families, staff, and others; (3) Responding by fully integrating knowledge about trauma into policies, procedures, and practices; and (4) Seeking to actively resist re-traumatization (25).

Using a trauma-informed approach in TPP programs may include, but is not limited to, reviewing and adapting program materials to ensure sensitivity to youth who have experienced trauma; providing professional development for staff on the impact of trauma, signs and symptoms of trauma, and strategies for addressing trauma; assessing, establishing, and reinforcing relevant organizational policies including policies on disclosure and reporting; and establishing referrals to specialists trained in addressing trauma. OAH does not expect its grantees to use grant funds to provide in-depth mental health counseling services or to implement trauma-specific interventions.

**Establishing and Maintaining Linkages and Referrals to Youth-Friendly Health Care Services**

Grantees will be expected to establish and maintain linkages and referrals to a network of organizations, including public providers such as HRSA-funded Community Health Centers and OASH-funded Title X Family Planning Services, and healthcare professionals who can provide high-quality, youth-friendly healthcare services for youth participants and their families. Specifically, grantees will be expected to:

- Identify and recruit organizations and healthcare professionals within the community (ies) who provide a wide range of high quality healthcare services for youth.
- Assess identified organizations and providers to ensure services provided are youth friendly and accessible (http://www.cdc.gov/teenpregnancy/teenfriendlyhealthvisit.html#elements). It is recommended to visit providers identified as offering youth-friendly services to collect information on ease of access, location, transportation options, accessibility, and receptiveness of staff.
- Develop protocols and procedures for how referrals to healthcare services will be made by the grantee and partner organizations, and how often the information will be updated to ensure accuracy.
- Develop and disseminate a provider referral guide for youth and their families.
- Identify and train key staff in organizations responsible for making referrals to youth to ensure awareness of available services and familiarity with referral protocols and procedures.

**Engaging in Strategic Dissemination and Communication Activities to Raise Awareness of the Program**

Strategic dissemination and communication is the targeted distribution and communication of information, knowledge, and results to specific audiences to complement and support the overall project (26). Despite its potential, traditional ways of disseminating information (e.g., journals, conferences, and presentations) often do not lead to widespread diffusion or understanding of project impacts.

To ensure TPP programs have the greatest impact, OAH expects grantees to develop a strategic dissemination and communications plan to raise general awareness of the importance of preventing teen pregnancy and promoting positive youth development and specific awareness of the funded program. The strategic dissemination and communications plan should include:

- A specific goal and objective(s) to guide all dissemination activities and identification of the intended outcomes of dissemination and communication activities
- Plans to regularly assess the communication preferences of key stakeholders, including youth participants, parents and family members, and community partners to ensure communication strategies are developed to match preferences
- Identification of strategies and diverse approaches (e.g., public website, social media) for disseminating and communicating information about project activities, lessons learned, successes, and evaluation results with key stakeholders

## Planning for Sustainability

The applicant should describe its approach or plan for sustaining the project after the period of Federal funding ends. The applicant should describe what sustainability means for the proposed project, sustainability priorities, and how sustainability will be integrated into the earliest stages of program planning. The applicant should describe challenges to sustainability that exist and how these challenges will be addressed during the project period.

The applicant is expected to incorporate a specific objective(s) and activities focused on sustainability into its work plan. The applicant should identify factors that will lead to the project's sustainability and incorporate activities to address the specific factors in its work plan. Factors may include:

- ☐ Creating an Action Plan
- ☐ Assessing the Environment
- ☐ Being Adaptable
- ☐ Securing Community Support
- ☐ Integrating Programs and Services
- ☐ Building a Team of Leaders
- ☐ Creating Strategic Partnerships
- ☐ Securing Diverse Financial Opportunities.

OAH expects that grantees will design their program approach and plans with sustainability in mind from the very beginning of the grant. OAH expects that grantees implement activities specifically focused on the goal of sustaining the program within 18 months of receiving funding and consistently throughout the end of the grant. Resources that may assist

with sustainability planning can be found at http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/training/sustainability.html. Grantees should be aware that Federal funding cannot be used for fundraising activities or lobbying. Grantees must comply with the restrictions on lobbying as set out in 45 CFR Part 93. Activities that fall into these categories should not be included in the grantee's work plan or budget.

## PERFORMANCE MEASURES AND EVALUATION

Performance measures are critical for accountability purposes. OAH uses performance measures to demonstrate whether the grant projects are making sufficient progress toward their stated missions and are serving the public interest. For grantees, performance measures are critical for continuous quality improvement (CQI) in program implementation, informing stakeholders of progress, and informing sustainability efforts.

All grantees are expected to collect a common set of performance measures to assess program implementation and whether the program is observing intended program outcomes (OMB #0990-0390, Expiration May 2015, pending renewal). Performance measures will be reported on a semi-annual basis beginning upon program implementation. The broad categories of the measures that grantees are expected to collect and report includes reach, dosage (individual-level attendance), fidelity and quality, linkages and referrals to healthcare services, cost of implementing the program, sustainability, partnerships, trainings, and dissemination. Please refer to the detailed list of measures in **Appendix H**.

Measures must be collected for every participant (at the individual level) served by the project. Performance measure data must be linked to the individual. Non-identifying identification (ID) numbers will be required for all program participants. For each participant,

grantees must provide demographic and attendance data linked to that participant's **ID** number. ID numbers must not include names, partial names, birthdates, or any other possibly identifying information about a participant.

Grantees must collect all performance measures and report to OAH on a semi-annual basis (OMB #0990-0390, Expiration May 2015, pending renewal). Applicants should review relevant state laws, school district policies, and other administrative procedures of their sites or partner organizations to ensure the feasibility of data collection. If necessary, applicants should obtain any necessary permissions to collect these data. There are no exceptions or waivers for this requirement.

**Evaluating the Implementation and Outcomes of the Program**

Applicants are expected to propose a plan for evaluating the implementation and outcomes of the program. Applicants should budget no more than 10% of the total budget for evaluation activities, including the collection of performance measure data. OAH will not approve funds to be used for incentives for evaluation data collection activities.

Implementation evaluation is an assessment of how well a program does what it sets out to do. Rather than focusing on outcomes, implementation studies focus on the process by which a program provides services or otherwise accomplishes its mission. Applicants are expected to evaluate the implementation of the proposed program to document the process of developing and implementing the program and to identify key successes, challenges, and lessons learned. Grantees will be expected to develop an implementation study report by the end of the grant that summarizes the findings. Topics for the implementation study include but are not limited to:

- <u>Planning</u> – How the community(ies) was selected, the needs and resources of the community, development and engagement of the Community Advisory Group and Youth Leadership Council, process for selecting evidence-based programs to ensure fit, strategies for implementing programs to scale, efforts to build organization capacity, sustainability activities

- <u>Implementation</u> – reach, community engagement, recruitment and retention, maintaining fidelity and quality, continuous quality improvement activities, implementation challenges, sustainability

- <u>Outcomes</u> – How well was the program implemented and received by participants? How well was the program received by the community? Were there necessary adaptations and why? What were the facilitators' experiences implementing the program? Participants' satisfaction? Level of engagement of community partners?

- <u>Lessons Learned - Summary of lessons learned throughout the project</u>

For outcome evaluation, applicants should state the outcome goals for the project, such as "X% reduction in teen births", "x% increase in referrals to Y", and propose how the outcomes will be measured. Applicants are encouraged to identify outcomes beyond reductions in teen births and teen pregnancy (i.e. educational outcomes), as appropriate given the evidence-based TPP programs proposed for implementation and additional program strategies. Applicants should present a plan for determining the extent to which the outcome goal(s) was met by the end of the grant period and describe the data that will be collected to address the outcome goals.

Given that pregnancy and birth rates have been on the decline in general, the applicant must be able to demonstrate that the outcomes are a result of the grantee's program and not due to a

general decline in teen pregnancy or teen birth rates overall. The applicant may propose to use archival/administrative data to compare outcomes in the community(ies) served to outcomes in a similar community that did not receive the TPP program. The applicant may propose to use data from national datasets to compare their community to national averages or to data from similar communities. The applicant should describe what data will be used (i.e. national datasets like the National Survey of Family Growth (NSFG) or the Youth Risk Behavior Survey (YRBS) that can provide pregnancy and birth rates for particular locations broken down by demographic measures, or community-level administrative data) and demonstrate that the data is collected often enough to provide data during the grant period. Grantees are not expected to conduct individual-level surveys of participants. OAH also does not expect applicants to propose evaluation using a randomized controlled trial design. Grantees will be expected to develop an outcome evaluation report by the end of the grant that summarizes the results of their study, including the desired outcomes, study design, outcome measures, data analysis methods, findings, and conclusions.

Further, as a condition of the grant award, all funded grantees will be required to participate in a Federal evaluation, if selected, and agree to follow all evaluation protocols established by HHS or its designee. Any costs associated with evaluation data collection for the Federal evaluation will be paid for by the Federal evaluation contractor.

## CAPACITY AND EXPERIENCE OF THE APPLICANT ORGANIZATION

**Demonstrate Experience & Expertise of Applicant**

The successful applicant organization must be able to demonstrate the following experience:

- Experience implementing evidence-based TPP programs on a large scale (i.e., at least 500 youth per year)

- Experience either implementing TPP programs in the target community(ies) **or** working with partner organizations to implement TPP programs in the target community(ies)

- Leadership in preventing teen pregnancy and promoting positive youth development in the community(ies), including demonstrating a clear understanding of the needs and resources in the community(ies), and acknowledgement from others in the community of their influence and credibility

- Ability to convene diverse stakeholders and decision makers from the community, including youth, to join the Community Advisory Group and Youth Leadership Team

- Experience monitoring implementation of programs through partners and subcontracts

- Experience providing training, technical assistance, coaching, and support to organizations implementing evidence-based TPP programs

- Experience collecting performance measure data and using data for continuous quality improvement

- History of programmatic sustainability, including description of success and status of current and past TPP efforts

- History of financial sustainability, including documentation of success in securing diverse funding and resources, and a history of sustaining grant-funded programs once funding ended.

**Demonstrate Capacity of Applicant Organization**

The successful applicant must describe its organizational capacity for managing the proposed project. Specifically, the applicant should:

- Describe how well the proposed program aligns with the organization's mission and the capacity of the organization's leadership team to support implementation of the program
- Describe the organization's existing infrastructure and its ability to support and manage a project similar in size and scope to the proposed project
- Describe the organization's ability to establish partnerships and leverage existing systems and networks to implement evidence-based TPP programs to scale within each community served
- Describe how the organization effectively and efficiently manages financial resources, staff performance and strategic relationships with partner organizations.
- Describe how data is used to achieve sustainable impacts and adjust programming to meet the changing needs of the community
- Describe the organization's existing infrastructure for assessing and making continuous quality improvements
- Describe policies that the organization has in place to prohibit discrimination in the provision of services on the basis of age, disability, sex, race, color, national origin, religion, sexual orientation or gender identity and how the policies are enforced.
- Describe anticipated challenges or risks to the project and the organization's capacity to address the challenges and/or risks.

**PARTNERSHIPS AND COLLABORATION**

Grantees will be expected to partner with a range of diverse organizations in the community to have the greatest impact on reducing rates of teen pregnancy, reducing existing disparities, and promoting healthy adolescent development. The applicant organization may, but is not expected to, implement all programming and activities for the grant directly. OAH anticipates that the applicant would establish partnerships with other organizations in the community to support the program and oversee various aspects of program implementation. **OAH** <u>**will not**</u> **fund more than one grant to serve the same target community.** Applicants can propose to work in a single community or in more than one community (see pages 13-14 for the definition of community and pages 13-33 for the expectations for each community served).

The applicant must document support from key stakeholders in the target community to develop and implement a plan to prevent teen pregnancy and reduce existing disparities, including commitment and readiness to implement evidence-based TPP programs and collect required performance measure data. Applicants must include documentation of support from:

- Key decision makers, youth-serving organizations, and members of the community who will be engaged in the Community Advisory Group and Youth Leadership Council

- Partners who will provide access to implement evidence-based TPP programs to youth and their families through existing systems

- Organizations that will be responsible for implementing evidence-based TPP programs.

Applicants are expected to include signed Memorandums of Understanding (MOUs) with partners in the community(ies) that will assist with implementation of evidence-based TPP programs. MOUs should include partners responsible for implementing the evidence-based TPP programs as well as partners who will provide access to youth through existing systems or

networks. For all implementation partners, the applicant must document each partner's commitment and readiness to support the proposed program and capacity to implement the program. The application should also include signed Letters of Support from decision makers, youth-serving organizations, and members of the community to demonstrate support for the program.

## PROJECT MANAGEMENT

The applicant should propose a team to manage and implement the program that has experience implementing evidence-based TPP programs, coordinating large scale implementation efforts at the community level, mobilizing multiple partners and decision makers to work toward a common goal, and providing training and technical assistance to multiple partners. The team should include someone with experience collecting and analyzing performance measure data and using performance measure data to make continuous quality improvements. In addition, the team should have experience managing and monitoring partners.

The applicant should develop a plan to ensure that all staff responsible for implementing the project, including sub-awardees and partner staff, are well trained and prepared to successfully fulfill their roles and responsibilities. The goal is to hire and retain staff who are qualified, well-trained, and actively engaged in the program. Grantees should assess the professional development needs of staff on a regular basis and use the results to develop a plan for providing ongoing professional development and support for staff. Grantees should work to establish their own internal capacity to provide training and technical assistance on the evidence-based TPP programs selected for implementation. OAH expects that the grantee will train a cadre of master trainers in the selected evidence-based TPP programs over the course of the grant.

### 

Awards will be in the form of a five-year cooperative agreement with the grantee. A cooperative agreement, as opposed to a grant, is an award instrument of financial assistance where substantial programmatic involvement is anticipated between OAH and the grantee during performance of the project or activity.

In addition to the usual monitoring and technical assistance provided under the cooperative agreement (e.g., assistance from assigned Federal project officer, monthly conference calls, occasional site visits, ongoing review of plans and progress, participation in relevant meetings, provision of training and technical assistance), **OAH substantial programmatic involvement will include:**

1) Identification of other awardees and organizations with whom the awardee may be asked to develop cooperative and collaborative relationships and partnerships.
2) Prior approval for change of time that Key Personnel are dedicated to the project and for replacement of Key Personnel.
3) Assisting the awardee to establish, review, and update priorities for activities conducted under the auspices of this cooperative agreement.
4) Consulting with the awardee throughout the preparation and dissemination of materials related to the grant.
5) Review of recipient progress during the planning period and approval to move forward with full implementation.
6) Review and approval of implementation plans prior to implementation, evaluation design plan prior to initiating the evaluation, proposed adaptations to evidence-based TPP programs.
7) Review all program materials prior to use in the project to ensure the materials are medically accurate and complete.

**AUTHORITY:** Division H, Title II of the Consolidated Appropriations Act, 2014 (Public Law No. 113-76), and the Continuing Resolution thus far for FY 2015 (Public Law No. 113-164).

## II. AWARD INFORMATION

The HHS Office of Adolescent Health intends to make available approximately $60 million for competing cooperative agreements. Grants will be funded in annual increments (budget periods) and are generally approved for a project period of up to five years, although shorter project periods may be approved.  Funding for all approved budget periods beyond the first year of the grant is generally level with the initial award amount and is contingent upon the availability of funds, satisfactory progress of the project, and adequate stewardship of Federal funds.

Award Information

Estimated Funds Available for Competition: $60 million

Anticipated Number of Awards: 60

Range of Awards: $500,000 - $2,000,000 per budget period

Anticipated Start Date: 07/01/2015

Period of Performance: Not to exceed 5 years

Budget Period Length: 12 months

Type of Award: Cooperative Agreement. Agency substantial involvement is outlined on Section I.

Type of Application Accepted: Electronic via Grants.gov **ONLY unless an exemption is granted**

## III. ELIGIBILITY INFORMATION

1. Eligible Applicants include:

   - Nonprofit with or without 501C3 IRS status (other than institution of higher education)

   - For-profit organizations (other than small business)

   - Small, minority, and women-owned businesses

   - Universities and colleges

   - Research institutions

   - Hospitals

   - Community-based organization

   - Faith-based organizations

   - Federally recognized or state-recognized American Indian/Alaska Native tribal governments

   - American Indian/Alaska Native tribally designated organizations

   - Alaska Native health corporations

   - Urban Indian health organizations

   - Tribal epidemiology centers

   - State and local governments or their Bona Fide Agents (this includes the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, the Commonwealth of the Northern Mariana Islands, American Samoa, Guam, the Federal States of Micronesia, the Republic of the Marshall Islands, and the Republic of Palau)

   - Political subdivisions of States (in consultation with States)

2. Cost Sharing or Matching: None

3. Responsiveness and Screening Criteria

**Application Responsiveness Criteria**

Applications will be reviewed to determine whether they meet the following responsiveness criteria. Those that do not will be administratively eliminated from the competition and will not be reviewed.

The applicant appears to have demonstrated as indicated in the Project Abstract:

1. For each community served, the applicant proposes serving a population(s) within the community that has a teen birth rate that is at least above the current national average (26.6 births for every 1,000 adolescent females ages 15-19, 2013) (1)

2. The applicant identifies the evidence-based TPP programs it proposes to implement in at least 3 settings, and

3. All evidence-based TPP programs proposed are eligible for replication under this FOA as defined on pages 11-12 and listed in **Appendix D**.

**Application Screening Criteria**

All applications appropriately submitted will be screened to assure a level playing field for all applicants. If duplicate applications from the same organization for the same project are successfully submitted, only the last application received by the deadline will be reviewed. Applications that fail to meet the screening criteria described below will **not** be reviewed and will receive **no** further consideration.

1. Applications must be submitted electronically via ☐ ☐ ☐ ☐☐☐☐☐☐☐☐ (unless an exemption was granted 2 business days prior to the deadline) by April 1, 2015.

2. The Project Narrative section of the application must be double-spaced, on the equivalent of 8 ½ " x 11" inch page size, with 1" margins on all sides (top, bottom, left and right)  and font size not less than 12 points.

3. The Project Narrative must not exceed 50 pages. NOTE: The following items do not count toward the page limit:  all required forms, including SF-424, SF-424A, SF-424B, SF-LLL, Project Abstract Summary and Budget Narrative.

4. The total application including Appendices must not exceed 100 pages. NOTE: items noted above do not count toward total page limit.

5. Proposed budget does not exceed maximum indicated in Range of Awards.

6. The application has met the **Application Responsiveness Criteria** outlined above.

## IV.  APPLICATION AND SUBMISSION INFORMATION

1. <u>Information to Request Application Package</u>

Application packages may be obtained electronically by accessing Grants.gov at ⬚⬚⬚⬚⬚ ⬚ ⬚ ⬚⬚⬚⬚⬚⬚⬚⬚. If you have problems accessing the application or difficulty downloading, contact:

Grant Operations Center, Office of Grants Management Operations Center, telephone 1-888-203-6161, or email ASH@LCGnet.com.

2. <u>Content and Form of Application Submission</u>

**Letter of Intent**

Prospective applicants are asked to submit a letter of intent as early as possible, but no later than the **deadline indicated in DATES on page 1 of this announcement**.  Although a letter of intent is not required, is not binding, and does not enter into the review of a subsequent application, the

information that it contains allows HHS/OASH to estimate the potential review workload and plan the review. The letter of intent should be sent to the address listed under the AGENCY CONTACTS section below. The letter of intent should include a descriptive title of the proposed project, the name, address and telephone number for the designated authorized representative of the applicant organization, and the FOA number and title of this announcement.

Application Format

Applications must be prepared using forms and information provided in the online grant application package.

**The Project Narrative, and total application including appendices, must adhere to the page limit indicated in Application Screening Criteria. Project Narrative pages must be double-spaced.**

The applicant should use an easily readable typeface, such as Times New Roman or Arial, 12-point font. Tables may be single spaced and use alternate fonts but must be easily readable. The page limit does not include budget, budget narrative/ justification, required forms, assurances, and certifications as described in Application Screening Criteria. All pages, charts, figures, and tables, whether in the narrative or appendices, should be numbered. Applications that exceed the specified page limits when printed on 8.5" X 11" paper by HHS/OASH/OGM will not be considered. We recommend applicants print out their applications before submitting electronically to ensure that they are within the page limit and are easily readable.

Appendices

Appendices should include any specific documents outlined in the Application Content section of this FOA. If not specified, appendices may include curriculum vitae, organizational structure, examples of organizational capabilities, or other supplemental information which

supports the application. Brochures and bound materials should not be submitted. Appendices are for supportive information only and should be clearly labeled. All information that is critical to the proposed project should be included in the body of the application. Appendices created specifically for the application should use the same formatting required for the Project Narrative, including double-line spacing. However, appendix documents that were not created directly in response to this funding announcement, especially those imported from other sources and documents, may use other formatting but must be easily readable (e.g., organizational structure).

Project Abstract

Applicants must complete the Project Abstract Summary form provided in the application package. The abstract will be used to provide reviewers with an overview of the application, and will form the basis for the application summary in grants management and program summary documents. Abstracts may be published by HHS/OASH and should not include sensitive or proprietary information. The project abstract must include (1) identification of the community or communities served and the teen birth rate for the population(s) served within each community and (2) identification of the evidence-based TPP programs proposed for implementation in at least 3 settings.

Budget Narrative

The Budget Narrative text should use the formatting required of the Project Narrative for the explanatory text. Budget tables may be single-spaced but should be laid out in an easily-readable format and within the printable margins of the page.

Electronic Submission

**The HHS Office of the Assistant Secretary for Health (HHS/OASH) requires all applications be submitted electronically via the Grants.gov portal unless an exemption has**

been granted.  Any applications submitted via any other means of electronic communication, including facsimile or electronic mail, will not be accepted for review.

You may access the Grants.gov website portal at http://www.grants.gov.  All HHS/OASH funding opportunities and grant application packages are made available on Grants.gov.

Applications will not be considered valid until all application components are received via Grants.gov by the HHS/OASH Office of Grants Management according to the deadlines specified in the DATES section on page 1 of this announcement.  Application submissions that do not adhere to the due date and time requirements will be deemed ineligible.

Applicants are encouraged to initiate electronic applications early in the application development process.  This will aid in addressing any problems with submissions prior to the application deadline. Any files uploaded or attached to the Grants.gov application must be of the following file formats – Microsoft Word, Excel or PowerPoint, Adobe PDF, or image formats (JPG, GIF, TIFF, or BMP only). Even though Grants.gov allows applicants to attach any file format as part of their application, HHS/OASH restricts this practice and only accepts the file formats identified above.  Any file submitted as part of the Grants.gov application that is not in a file format identified above will not be accepted for processing and will be excluded from the application during the review process.   The application must be submitted in a file format that can easily be copied and read by reviewers. We do not recommend that you submit scanned copies through Grants.gov unless you confirm the clarity of the documents.  Pages cannot be reduced resulting in multiple pages on a single sheet to avoid exceeding the page limitation.  All documents that do not conform to the above will be excluded from the application during the review process.

### A. **Important Grants.gov Information**

You may access the electronic application for this program on http://www.grants.gov. You must search the downloadable application page by the Funding Opportunity Number or CFDA number.

To ensure successful submission of applications, applicants should carefully follow the step-by-step instructions provided at ▓▓▓▓▓ ▓ ▓ ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ ▓▓ These instructions are kept up-to-date and also provide links to Frequently Asked Questions and other troubleshooting information▓

Applicants should contact Grants.gov with any questions or concerns regarding the electronic application process conducted through Grants.gov.

- You are required to provide a Dun and Bradstreet (D&B) Data Universal Numbering System (DUNS) number when applying for Federal grants or cooperative agreements. It is a unique, nine-digit identification number, which provides unique identifiers of single business entities. The DUNS number is free and easy to obtain.

- Instructions are available on the Grants.Gov web site as part of the organization registration process at ▓▓▓▓▓ ▓ ▓ ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ ▓

- All applicants must register in the System for Account Management (SAM)). You should allow a minimum of five days to complete the SAM registration. Grants.gov will reject submissions from applicants with nonexistent or expired SAM Registrations. You can register with the SAM online and it will take about 30 minutes (https://www.sam.gov.)

- You must renew your SAM registration each year. Organizations registered to apply for Federal grants through http://www.grants.gov will need to renew their registration in SAM.

- It may take 24 hours or more for SAM updates to take effect in Grants.gov, so potential applicants should **check for active registration well before the application deadline.**

- Applicants must maintain an active SAM registration with current information at all times during which it has an active award or an application or plan under consideration by an HHS agency.

An award cannot be made until the applicant has complied with these requirements. In accordance with 2 CFR 25.205, at the time an award is ready to be made, if the intended recipient has not complied with these requirements, HHS/OASH:

- May determine that the applicant is not qualified to receive an award; and

- May use that determination as a basis for making an award to another applicant.

Should you successfully compete and receive an award, all first-tier sub-award recipients must have a DUNS number at the time the recipient makes a sub-award.

B. Application Content

Successful applications will contain the following information:

**Project Narrative**

The Project Narrative is the most important part of the application, since it will be used as the primary basis to determine whether or not your project meets the minimum requirements for grant under this announcement. The Project Narrative should provide a clear and concise

description of your project. HHS/OASH recommends that your project narrative include the following components:

- Target Population & Need
- Program Approach
- Performance Measures & Evaluation
- Capacity and Experience of the Applicant Organization
- Partnerships & Collaboration
- Project Management

**Target Population & Need**

- The applicant must describe the community or communities that will be served, and demonstrate that the population(s) served within each community has a teen birth rate that is at least above the current national average (26.6 births for every 1,000 adolescent females ages 15-19, 2013)(1). For each community served, the applicant should clearly describe the geographic boundaries used to define the community.
- The application should document the specific needs of the community(ies) that will be served, including:
    - Data on teen pregnancy rates, teen birth rates, and the prevalence of STIs and HIV among adolescents
    - Data on sexual risk behaviors among youth in the community
    - Data on existing disparities at the local level, including disparities by race and ethnicity, age, geographic within community served, and specific vulnerable populations

- □ Geographic map of where the need is the greatest in the community – looking at both overall data and data on disparities among subgroups (e.g., race/ethnicity, zip code, rural vs urban)
- □ Data on social determinants of health and co-occurring risk behaviors – poverty, educational achievement, housing, mental health, substance abuse, etc.

- Document resources available to youth in the community(ies):
  - □ Describe resources available in the community(ies), including other teen pregnancy, HIV, and STI prevention programs; youth development programs; availability of youth-friendly health care services; availability of youth serving organizations; resources for parents; and other relevant programs and services
  - □ Describe how the proposed program will contribute and enhance the programs and services already available.

- Describe how community needs and resources were identified and how the applicant plans to continually assess community needs and resources on an ongoing basis to ensure programs are aligned with changing community needs.
- Describe how the proposed program approach and selected evidence-based TPP programs align with the needs of the community and the resources available. Describe how the approach and selection of evidence-based TPP programs have been designed to have the greatest impact on reducing rates of teen pregnancy and existing disparities in the community.
- Describe the number of youth that will be reached each year by the grant, including number reached with each evidence-based TPP program and number reached through

referrals to healthcare services. Provide specific details on how the estimates were obtained, including the total number of the youth in community and the percentage of youth available who will be served. For each specific setting reached, the applicant should describe the total number of youth available in the setting and the percentage of available youth that will be reached (e.g., the number and breakdown of schools and enrollment in each; number of youth in foster care; number of youth in juvenile detention; number of expectant and parenting teens).

- Describe strategies to implement evidence-based TPP programs to scale in the community, including partnership and collaboration with existing and established systems for serving youth in the community.

- Describe specific strategies that will be used to recruit youth to participate and the rationale for why the strategies are expected to be successful.

- Describe specific strategies that will be used to retain youth and the rationale for why the strategies are expected to be successful.

**Program Approach**

- The applicant should submit a detailed work plan (as an appendix) for the five-year project period that includes goals, SMART objectives (specific, measureable, achievable, realistic, and time-framed), and activities to accomplish each objective. The work plan should also identify, for each activity, the person(s) responsible, timeline for completing activities, and measures of success (see example work plan template in **Appendix E**). The work plan should describe the applicant's plans to prevent teen pregnancy and existing disparities in each community served that includes:

- ☐ Mobilizing and engaging the community in developing and implementing a plan to prevent teen pregnancy and promote positive youth development

- ☐ Engaging in a planning, piloting, and readiness period of up to 12 months

- ☐ Implementing evidence-based TPP programs to scale with fidelity and quality in at least 3 settings

- ☐ Ensuring that program materials are medically accurate, age appropriate, culturally and linguistically appropriate, and inclusive of LGBTQ youth

- ☐ Ensuring that programs are implemented in a safe and supportive environment for youth and their families

- ☐ Establishing and maintaining linkages and referrals to youth-friendly health care services

- ☐ Engaging in strategic dissemination and communication activities to raise awareness of the program with youth, their families, and key stakeholders

- ☐ Developing and implementing a plan for sustainability to ensure continuation of program efforts beyond the grant

- ☐ Collecting and using performance measure data to make continuous quality improvements

- ☐ Evaluating the implementation and outcomes of the program.

- The application should include a detailed logic model that clearly depicts the inputs, activities, intended outputs, and short- and long-term outcomes of the overall program.

- The applicant should describe its plans for establishing a (or work with an existing) Community Advisory Group and a Youth Leadership Council to lead the community mobilization planning and activities. The applicant should describe the members that

will comprise the Community Advisory Group and the rationale for why each member was selected to be a part of the Community Advisory Group. The applicant should describe how the members of the Youth Leadership Team will be selected and how it will ensure that the Youth Leadership Team is reflective of the target populations to be served.

- The applicant should describe how it plans to implement strategies outlined in Strategies Guided by Best Practice for Community Mobilization, (http://advocatesforyouth.org/storage/advfy/documents/Factsheets/strategies%20guided%20by%20best%20practice_8-11-14.pdf), over the course of the grant.

- The applicant should describe activities for the planning, piloting, and readiness period, including how it will work to meet all planning year milestones (see Appendix G). The applicant should also describe its plans to use Getting to Outcomes$^{TM}$ (http://www.rand.org/health/projects/getting-to-outcomes.html) to guide its program planning activities.

- The applicant should describe the evidence-based TPP programs proposed for implementation in at least 3 settings in each community along with a description of how and where the program will be implemented. Applicants should describe how the selection of the evidence-based TPP programs aligns with the results of the community needs assessment. Applicants should also describe how the evidence-based TPP programs selected are a good fit for the implementation setting and context available, the capacity of the implementing organization, and the intended outcomes.

- In each community served, the applicant should describe its plans to implement evidence-based TPP programs in at least 3 settings and should demonstrate how the settings