identified align with the results of the community needs and resource assessment.  The applicant should also describe how its plans will ensure that youth receive evidence-based sexual health education at multiple times over the course of their adolescence, and that the education received is sequential, consistent, and reinforcing.

- In each setting, the applicant should describe how it plans to implement evidence-based TPP programs to scale by working through existing systems and/or other strategies.

- Applicants should describe plans to implement and monitor programs with fidelity. Applicants should describe how it will use fidelity monitoring data to make continuous quality improvements to the program and its implementation.

- Applicants should describe any planned adaptations or additional activities to the evidence-based TPP programs and whether the proposed adaptations are minor adaptations or major adaptations.  For all proposed adaptations, the applicant should describe the rationale for why the adaptation is needed.

- Applicants should describe the process that will be used to ensure all program materials implemented are medically accurate, age appropriate, culturally and linguistically appropriate, and inclusive of LGBTQ youth.

- Applicants should describe the process or plan that will be used to ensure that programs are inclusive and non-stigmatizing toward all youth, including LGBTQ youth, including their policies, plans for staff training, and monitoring procedures for claims.  Applicants should describe how key positive youth development practices will be integrated into all programs.

- Applicants should describe how they will use a trauma-informed approach in the TPP program.

- Applicants should describe the process or plan that will be used to establish and maintain linkages and referrals to a network of organizations (including public providers such as HRSA-funded Community Health Centers and OASH-funded Family Planning Services) and healthcare professionals who can provide high-quality, youth-friendly healthcare services for youth participants and their families. Applicants should describe how they will identify and recruit organizations and healthcare professionals to serve as referrals; the range of services that will be covered by referrals, and how they will assess whether the services provided are youth friendly. Applicants should also describe their plans for making and managing referrals, how the referral information will be shared with youth and their families, and how staff responsible for making referrals will be trained.

- The applicant should describe its plans for strategic dissemination and communication to raise awareness of the importance of preventing teen pregnancy and promoting healthy adolescent development and specific awareness of the funded program. The applicant should describe the goal and objective(s) guiding all dissemination and communication activities and incorporate the goal and objectives into its work plan. The applicant should describe how it will assess communication preferences of key stakeholders, what strategies it will use to disseminate and communicate information to key stakeholders, and how it will evaluate the effectiveness of its dissemination and communication activities.

- The applicant should describe its approach or plan for sustaining the project after the period of Federal funding ends. The applicant should describe what sustainability means for the proposed project, sustainability priorities, and how sustainability will be integrated into the earliest stages of program planning. The applicant should describe

challenges to sustainability that exist and how these challenges will be addressed during the project period. Sustainability activities should be incorporated into the applicant's work plan.

- The applicant should describe any potential challenges or risks to the project and how it plans to address the potential challenges.

## Performance Measures & Evaluation

- The applicant should describe its capacity to collect and report all required performance measures and to use performance measure data for continuous quality improvement. The applicant should describe their capacity to conduct implementation and outcome evaluations.

- The applicant should describe the processes that will be used to collect performance measure data from all participants to report it to OAH on a semi-annual basis following program implementation (OMB #0990-0390, Expiration May 2015, pending renewal). Specific activities focused on collection and reporting of performance measure data and analyzing performance measure data for continuous quality improvement should be included in the applicant's work plan.

- The applicant should demonstrate that it has reviewed or is familiar with all applicable laws, policies, procedures and provide documentation confirming that it can collect and report data on all required performance measures from all participants by the end of the planning and piloting period.

- The applicant should describe any potential obstacles to the collection of the performance measures and how it plans to overcome the potential obstacles.

- The applicant should describe its plans for the use of performance measure data and the use of the data to make continuous quality improvements to the program, including who on staff will be responsible.

- The applicant should describe its plans to evaluate the implementation of the proposed program to document the process of developing and implementing the program and to identify key successes, challenges, and lessons learned.

- The applicant should state its outcome goals for the project and describe how the outcomes will be measured. Applicants should describe their plan for determining the extent to which the outcome goal(s) was met by the end of the grant period. Applicants should describe how they will be able to demonstrate that the outcomes are a result of the grantee's program and not due to a general decline in teen pregnancy or teen births rates overall. The applicant should describe the data that will be used to measure outcomes and demonstrate that the data is collected often enough to provide required information/reports during the grant period.

**Capacity and Experience of the Applicant Organization**

- The applicant organization should describe and demonstrate that it has the following experience:

  - Experience implementing evidence-based TPP programs on a large scale (i.e., at least 500 youth per year)

- Experience either implementing TPP programs in the target community(ies) <u>or</u> working with partner organizations to implement TPP programs in the target community(ies)

- Leadership in preventing teen pregnancy and promoting positive youth development in the community(ies), including demonstrating a clear understanding of the needs and resources in the community(ies), and acknowledgement from others in the community of their influence and credibility

- Ability to convene diverse stakeholders and decision makers from the community, including youth, to join the Community Advisory Group and Youth Leadership Team

- Experience monitoring implementation of programs through partners and sub-recipients

- Experience providing training, technical assistance, coaching, and support to organizations implementing evidence-based TPP programs

- Experience collecting performance measure data and using data for continuous quality improvement; the applicant should describe the data that was collected, how the data was used to make program improvement, and the specific improvements that were made to their program as a result of the data

- History of programmatic sustainability, including description of success and status of current and past TPP efforts

- History of financial sustainability, including documentation of success in securing diverse funding and resources, and a history of sustaining grant-funded programs once funding ended.

- The applicant should describe how well the proposed program aligns with the organization's mission and the capacity of the organization's leadership to support implementation of the program.  Specifically, the applicant should:

  - Describe the organization's mission and vision, and experience working with the target community(ies) and proposed target populations

  - Describe how the goals and activities of the proposed TPP program align with the organization's mission and vision, especially in terms of target population and long-term outcomes

  - Describe how the organization's leadership demonstrates a commitment to the goal of reducing teen pregnancy and existing disparities

  - Describe how the organization's leadership obtains and uses input from staff, program participants, and community members when developing strategies and programs

  - Describe how the organization's leadership engages and nurtures multiple "champions" for TPP outside of the organization that are effective in promoting programs and/or mobilizing resources to support TPP programs.

- The applicant should describe its existing organizational infrastructure and its ability to support and manage a program of this size and scope within the existing infrastructure. Specifically, the applicant should:

  - Describe the organization's experience and ability to lead and manage a program of this size and scope

□

- □ Describe the organization's ability to establish partnerships and leverage existing systems and networks to implement evidence-based TPP programs to scale within each community served. Describe the relationships and partnerships that already exist and those that will need to be established

- □ Describe the organization's ability to provide training and technical assistance to establish large-scale implementation of evidence-based TPP programs

- □ Describe the organization's experience managing challenges associated with growth and scale.

- The applicant should describe how the organization effectively and efficiently manages financial resources, staff performance and strategic relationships with partner organizations. Specifically, the applicant should:

  - □ Describe the processes used by the organization to effectively and efficiently manage financial resources

  - □ Describe the level of funding received by the organization in the past several years to implement TPP and positive youth development programs

  - □ Describe the organization's process for measuring staff performance, how often performance is measured, and how staff are held accountable for achieving outcomes

  - □ Describe the organization's approach to providing staff with professional development; what types of professional development is offered and with what frequency

  - □ Describe how staff are trained in using data to guide decision making and improve the quality and effectiveness of their work

□

- Describe the level of turnover within the organization and the rationale for turnover over the last several years

- Describe processes used to foster and maintain strategic partnerships, and provide examples of the types of partners the organization has engaged in the past in programs to prevent teen pregnancy as well as the outcomes those partnerships have produced

- Describe the strategies used to ensure quality program delivery among partner organizations, including the provision of training, TA, coaching, and support for partners

- Describe the formal and informal strategies used to ensure effective communication with partner organizations

- Describe strategies for measuring the effectiveness of partnerships.

- The applicant should describe how data is used to achieve sustainable impacts and adjust programming to meet the changing needs of the community. Specifically, the applicant should:

  - Describe the organization's experience in collecting and using performance management data, including what data is collected, who is responsible for inputting and reviewing data, practices in place to ensure data quality, and how data is analyzed

  - Describe how program staff use performance measure data to make decisions and quality improvement

☐

- ☐ Describe how the organization's leadership uses performance measure data to make decisions and quality improvements
- ☐ Describe the organization's experience assessing community needs and available resources and how the organization ensures that programs continue to meet changing community needs
- ☐ Describe how the organization assesses and enhances community readiness for TPP programs.

- The applicant should describe policies that the organization has in place to prohibit discrimination in the provision of services on the basis of age, disability, sex, race, color, national origin, religion, sexual orientation or gender identity and how the policies are enforced.

**Partnerships & Collaboration**

- The applicant should document support from key stakeholders in each community(ies) served to develop and implement a plan to prevent teen pregnancy and reduce existing disparities. Applications should include Letters of Support and signed, detailed MOUs in the Appendix.
- The applicant should describe the diversity of partners who will be engaged in the Community Advisory Group and Youth Leadership Council and the various sectors of the community that the partners represent. If there are key representatives from the community who have not yet provided support to the project, the applicant should describe how it plans to obtain their support.

☐

- The applicant should provide a detailed description of the partnerships with existing systems and/or networks in each community served that will provide access to youth and their families to receive the program. The applicant should describe at what level the partnership exists (e.g., district-level vs. school-level vs. classroom-level; network of clinics vs. individual clinic) and how the partnership will enable implementation of the program to scale in the community.
- The applicant should clearly describe the roles and responsibilities for all partners who will be responsible for implementing evidence-based TPP programs in the community.
- For each partner responsible for implementation of evidence-based TPP programs, the applicant should describe:
    - ☐ The partner's experience implementing TPP programs in the community.
    - ☐ The partner's experience working with the specific target population.
    - ☐ The partner's commitment and motivation to the proposed program.
    - ☐ The partner's ability to implement programs to scale, serving as many youth as possible in the target population and identified setting.
    - ☐ The partner's experience collecting performance measure data and using performance measure data to make continuous quality improvements to programs.
    - ☐ How the program aligns with the partner organization's mission and vision.
    - ☐ The processes used by the partner organization to effectively and efficiently manage financial resources.
    - ☐ The organization's process for measuring staff performance, holding staff accountable, and providing staff professional development.

□ The level of turnover and rationale for turnover within the partner organization over the last several years.

□ The strategies used to ensure high quality program delivery.

**Project Management**

- The applicant should describe how it will manage, implement, and monitor the overall program. The plan should describe an understanding of the complexity of the overall program and potential challenges. The applicant should describe the approach that will be used to monitor and track progress, completion, and quality of all program objectives and activities.

- The applicant should provide a description of the project team, including the Project Director and other key staff. The applicant should describe the roles and responsibilities of all staff and how they will contribute to achieving the program's objectives and outcomes. The applicant should describe who will have day-to-day responsibility for key tasks including, but not limited to, leadership of the overall program and of specific tasks, monitoring the program's progress, monitoring implementation partners, collection of performance measures, conducting the evaluation, and preparation of reports.

- The applicant should describe the experience and expertise of all proposed staff, including staff experience implementing evidence-based TPP programs, coordinating large scale implementation efforts at the community level, mobilizing multiple partners and decision makers to work toward a common goal, providing training and technical assistance to multiple partners, collecting and using performance measure data, and conducting implementation and outcome evaluation. The application should include

resumes or CVs for proposed staff already employed by the organization and position descriptions for all open positions that will need to be filled if funds are awarded (in the Appendix). The applicant should describe its process and timeline for recruiting and hiring staff.

- The applicant should describe its plans for managing and monitoring all implementation partners.

- The applicant should describe its plans for ensuring that all staff responsible for implementing the project, including partner staff, are well trained and prepared to successfully fulfill their roles and responsibilities. The applicant should describe how it will assess professional development needs, how and with what frequency it will provide professional development, and any specific topics for professional development that have already been identified. The applicant should also describe how it will work to strategically build capacity within each community served to provide training and technical assistance.

- The applicant should describe how it will work to minimize the amount of staff turnover over the course of the grant and ensure that staff are actively engaged in their work.

**Budget Narrative**

You are required to submit a combined multi-year Budget Narrative, as well as a detailed Budget Narrative for each year of the potential grant. Unless specified, you should develop your multi-year budgets based on level funding for each budget period. A level-funded budget is equal to the exact dollar figure of the year one budget. **Please Note:** Because the proposal must demonstrate a clear and strong relationship between the stated objectives, project activities, and

the budget, the budget justification should describe the cost estimated per proposed project, activity, or product. This budget justification should define the amount of work that is planned and expected to be performed and what it will cost. The Budget Narrative does not count toward your total application page limit.

The amount of funding an applicant may request on an annual basis is linked to the number of youth, on average that the applicant proposes to reach in years 2-5 with evidence-based TPP programs. The award ranges are shown in the following chart.

| Annual Budget | Annual Reach |
|---|---|
| $500,000 - $749,999 | At least 700 per year |
| $750,000 - $999,999 | At least 1,500 per year |
| $1,000,000 - $1,249,999 | At least 3,000 per year |
| $1,250,000 - $1,499,999 | At least 6,000 per year |
| $1,500,000 - $1,749,000 | At least 10,000 per year |
| $1,750,000 - $2,000,000 | At least 15,000 per year |

The budget narrative should clearly show how the total amount requested for all categories (i.e. Personnel, Fringe, Travel, and Contractual) was determined. The budget narrative should be detailed, reasonable, adequate, cost efficient, and aligned with the proposed work plan. Sufficient detail should be provided so that the reviewer is able to determine the adequacy and appropriateness of budgeted items related to the proposed activities. From the detailed budget narrative, the reviewer should be able to assess how the budget relates directly to the goals and objectives in the proposed work plan. The following level of detail should be provided:

- Personnel and Fringe Benefits - Identify each staff position by name, annual salary, and number of months and percentage of time allotted to the project. Itemize the components

that comprise the fringe benefits rate (e.g., health insurance, FICA, life insurance, retirement plan)

- Travel - Identify the purpose of the travel to include locations, names of conference/training if available. Costs can be aggregated by category/purpose, numbers of staff and trips (e.g., project director meetings, site evaluations, training)

- Equipment - List only equipment as defined by 45 CFR Part 75.2

- Supplies - Categorize supplies as defined by 45 CFR Part 75.2 according to type, such as office supplies, training materials, etc.

- Contractual - List all sub-recipients/delegate agencies and/or contract providers and the amount of OAH funds and non-OAH resources allocated/contributed for each.

- Other - Itemize all costs in this category and explain each in sufficient detail to enable determinations for whether each cost is allowable.

- Indirect costs - May be included per 45 CFR 75.414. The applicant should state which rate is applied to this application.

The following budget restrictions apply:

- Applicants should budget no more than 10% of the total budget for evaluation activities, including the collection of performance measure data.
- Applicants should budget no more than 3% of the total budget on incentives for recruitment and retention.
- Applicants should budget no more than 10% of the total budget on training and technical assistance, including training and TA support from the program developer.

Grantees will be encouraged to attend the following meetings and trainings and should include funds in the budget. The location for the meetings has not been determined, however, grantees can budget for the meetings to occur in Washington, DC.

☐

      ☐  One staff to an OAH-sponsored annual Project Director's Meeting

      ☐  2-3 staff to an OAH-sponsored annual Regional Training in years 2-4

      ☐  2-3 staff to the HHS Teen Pregnancy Prevention Conference every other year (2016, 2018, 2020)

Cost sharing or matching funds are not required for this program. Although no statutory matching requirement for this FOA exists, leveraging other resources and related ongoing efforts to promote sustainability is strongly encouraged. The applicant should describe any cost sharing or matching funds available and show how they will be used to support the program. Applications may be funded in whole or in part. Successful applicants may be funded in an amount lower than that requested

**Appendices**

**All items described in this section will count toward the total page limit of your application.**

- **Work Plan.** The application should include a detailed work plan for the five-year project period that includes goals, SMART objectives (specific, measurable, achievable, realistic, and time-framed), activities and a timeline for the proposed project. Grantees should use up to 12 months of the first grant year to engage in a planning and readiness period. An example work plan template is included in **Appendix E** or this can be provided in a different format.

- **Logic Model.** The applicant should include a detailed logic model to describe the overall project, including the inputs and activities of the project and the intended outputs and outcomes. An example logic model template is included in **Appendix F** or this can be provided in a different format.

☐

- **Signed Memorandum of Understanding from Implementation Partners.** The application should include signed, detailed MOUs with partners in the community who will provide access to youth and their families for program implementation through their existing systems (e.g., schools, clinics, existing after-school programs, juvenile detention). The application should also include signed, detailed MOUs with all organizations that will be responsible for implementing evidence-based TPP programs. The applicant is expected to implement evidence-based TPP programs in at least 3 settings. MOUs should include commitment to strategies to implement programs to scale. Each MOU should clearly outline the roles, responsibilities, and expectations of the applicant and the partner.

- **Letters of Support.** The application should include Letters of Support from key decision makers, youth-serving organizations, and members of the community who will be engaged in the Community Advisory Group and Youth Leadership Council. Letters of support are letters that are general in nature that speak to the writer's belief in the capability of an applicant to accomplish a goal/task. Letters of support also may indicate an intent or interest to work together in the future, but they lack specificity.

- **Resume/CV for Proposed Staff and Job Descriptions for Positions to be Hired**
- **Organizational Chart**

3. Submission Dates and Times

The deadline for the submission of applications under this Program Announcement is **5:00 p.m. Eastern Time on the date indicated in the DATES section on page 1 of this announcement.** Applications must be submitted by that date and time.

**Applications that fail to meet the application due date will not be reviewed and will receive no further consideration.** You are strongly encouraged to submit your application a minimum of 3-5 days prior to the application closing date. Do not wait until the last day in the event you encounter technical difficulties, either on your end or with http://www.grants.gov . Grants.gov can take up to 48 hours to notify you of a successful submission.

Unsuccessful submissions will require authenticated verification from http://www.grants.gov indicating system problems existed at the time of your submission. For example, you will be required to provide an http://www.grants.gov submission error notification and/or tracking number in order to substantiate missing the cut off date.

4. Intergovernmental Review

This program is not subject to the Intergovernmental Review requirements of Executive Order 12372, "Intergovernmental Review of Federal Programs," as implemented by 45 CFR Part 100.

5. Funding Restrictions

The allowability, allocability, reasonableness and necessity of direct and indirect costs may be charged to HHS/OASH grants in accordance with Department regulations and policy effective at the time of the award. Current requirements are outlined in the following documents: 2 CFR § 220 (OMB Circular A- 21, for Institutions of Higher Education); 2 CFR § 225 (OMB Circular A–87, for State, Local, and Indian Tribal Governments); 2 CFR § 230 (OMB Circular A–122, for Nonprofit Organizations); and 45 CFR part 74, Appendix E (Hospitals). Copies of the Office of Management and Budget (OMB) Circulars are available on the Internet at

In order to claim indirect costs as part of a budget request, an applicant must have an indirect cost rate which has been negotiated with the Federal Government or a documented plan, in accordance with the applicable policy and regulation. The Health and Human Services Division of Cost Allocation (DCA) Regional Office that is applicable to your State can provide information on how to receive such a rate. A list of DCA Regional Offices is included in the grant application package for this announcement.

Pre-Award Costs:

Pre-award costs are not allowed.

Salary Limitation:

The Consolidated Appropriations Act, 2014 (P.L. 113-76), and the subsequent Continuing Resolution for FY 2015 (P.L. 113-164), limit the salary amount that may be awarded and charged to HHS/OASH grants and cooperative agreements. Award funds should not be budgeted to pay the salary of an individual at a rate in excess of Executive Level II. Currently, the Executive Level II salary of the Federal Executive Pay scale is $181,500. This amount reflects an individual's base salary exclusive of fringe and any income that an individual may be permitted to earn outside of the duties to the applicant organization. This salary limitation also applies to subawards/subcontracts under an HHS/OASH grant or cooperative agreement.

As an example of the application of this limitation: If an individual's base salary is $350,000 per year plus fringe benefits of 25% ($87,500) and that individual is devoting 50% of their time to this award, their base salary should be adjusted to $181,500, their direct salary would be $90,750 (50% FTE), fringe benefits of 25% would be $22,687.50, and a total of

$113,437.50 may be included in the project budget and charged to the award in salary/fringe

benefits for that individual.  See the breakdown below:

| Individual's actual base full time salary: $350,000 | |
|---|---|
| 50% of time will be devoted to project | |
| Direct salary | $175,000 |
| Fringe (25% of salary) | $43,750 |
| Total | $218,750 |
| **Amount that may be claimed on the application budget due to the legislative salary limitation:** | |
| Individual's base full time salary adjusted to Executive Level II: $181,500 | |
| 50% of time will be devoted to the project | |
| Direct salary | **$90,750** |
| Fringe (25% of salary) | **$22,687.50** |
| Total amount | **$113,437.50** |

**Appropriate salary limits will apply as required by law.**


## V. APPLICATION REVIEW INFORMATION

1. Criteria:  Eligible applications will be assessed according to the following criteria:

### Target Population and Need (20 points overall)

| Points | Target Population and Need – Evaluation Criteria |
|---|---|
| 4 | Includes a thorough description of the community or communities that will be served. Demonstrates that the community(ies) served are in need and that the proposed program will enhance and not duplicate existing activities in the community by using credible sources to document: <br> • Data on teen pregnancy rates, teen birth rates,  prevalence of STIs and HIV and sexual risk behaviors among adolescents  in the service area <br> • Data on existing adolescent sexual or reproductive health disparities within the service area, including disparities by race and ethnicity, age, geographic within area served, and specific vulnerable populations <br> • Geographic map of where the need is the greatest in the service area – looking at both |

|   | overall data and data on disparities among subgroups (i.e. race/ethnicity, zip code, rural vs urban, etc)<br>• Resources and services already available in the community. |
|---|---|
| 3 | Extent to which the applicant describes how the proposed program approach and selected evidence-based TPP programs align with the needs of the community and the resources available. Describes how the approach and selection of evidence-based TPP programs have been designed to have the greatest impact on reducing rates of teen pregnancy and existing disparities in the community. |
| 5 | The extent to which the applicant describes the number of youth that will be reached each year by the grant, specifically the number reached with evidence-based TPP programs in each setting. The applicant includes specific details on how the estimates were obtained. The estimates appear accurate and reasonable to achieve. |
| 5 | Extent to which the applicant describes strategies to implement evidence-based TPP programs to scale in the community, including partnership and collaboration with existing and established systems for serving youth in the community. The strategies described seem likely to result in implementation of evidence-based TPP programs to scale with large numbers of youth. |
| 3 | The extent to which the applicant describes strategies to recruit and retain youth in the program that are likely to enable the applicant to reach the targeted number of youth each year and result in high levels (80% or more) of youth engagement and retention. |

## Program Approach (30 points overall)

| Points | Program Approach – Evaluation Criteria |
|---|---|
| 4 | Includes a detailed work plan and logic model for the five-year project period. The work plan includes goals, SMART objectives, activities to accomplish each objective, and, for each activity, the person(s) responsible, timeline for completing activities, and measures of success. Extent to which the work plan is aligned with OAH expectations described on pages 13-33 of the FOA. The logic model clearly depicts the inputs, activities, intended outputs, and short- and long-term outcomes of the overall program; is aligned with the work plan; and aligned with OAH expectations described on pages 13-33 of the FOA. |
| 3 | Extent to which the applicant describes its focus and activities for the initial planning and readiness period of up to 12 months, including how it will ensure successful completion of all milestones included in Appendix G. The applicant describes plans to establish a Community Advisory Group and Youth Leadership Council during the initial planning period. The Community Advisory Group will include diverse representation from decision makers, champions, and organizations and the Youth Leadership Council will include representation from the target population and provide meaningful roles and engagement for members. |
| 5 | Describes the evidence-based TPP programs proposed for implementation in at least 3 settings in each community. Evidence-based TPP programs proposed are eligible for replication under this FOA (pages 11-12 and Appendix D). Proposed settings and proposed evidence-based TPP programs align with the needs and resources of the community. Proposed evidence-based TPP programs appear to be a good fit for the needs of the target population, implementation setting, organizational capacity, and targeted outcomes. |

| 5 | Describes how evidence-based TPP programs will be implemented to scale in each setting by working through existing systems and/or other strategies. Partnerships for implementation through existing systems are established at the highest level possible in the target community (i.e., schools district vs. individual school). The plan seems likely to result in reaching as many youth as possible in each setting. |
|---|---|
| 3 | Extent to which the applicant's plans for monitoring fidelity and managing adaptations are likely to result in implementation of evidence-based TPP programs with fidelity. Applicant describes how it will use fidelity monitoring data to make continuous quality improvements to the program and its implementation. |
| 4 | Extent to which the applicant describes the process that will be used to ensure all program materials are medically accurate, age appropriate, culturally and linguistically appropriate, and inclusive of LGBTQ youth. The applicant describes its plans for ensuring all programs are implemented in a safe and supportive environment for youth and their families, including ensuring inclusivity, integrating key positive youth development practices, and using a trauma-informed approach. |
| 3 | Extent to which the applicant describes how it will establish and maintain linkages and referrals to a network of organizations and healthcare professionals who can provide a range of high-quality, youth-friendly healthcare services for youth participants and their families, and how it will ensure that youth participants are aware of available services and receiving referrals to available services as necessary. |
| 3 | Extent to which the applicant describes plans for sustainability that are likely to result in the project being sustained after federal funding ends. Includes a description of how sustainability will be integrated into the earliest stages of program planning. Includes a description of its plans for strategic dissemination and communication activities. |

## Performance Measures and Evaluation (10 points overall)

| Points | Performance Measures and Evaluation – Evaluation Criteria |
|---|---|
| 3 | Demonstrates a clear understanding of the performance measure data that will be collected and reported. |
| 3 | Describes plans for ensuring performance measure data is collected and reported to OAH on a semi-annual basis, including plans to review applicable laws, policies, and procedures to confirm ability to collect required data. Describes plans for using data for continuous quality improvements. |
| 4 | Extent to which the applicant describes its plans for conducting an implementation evaluation and an outcome evaluation. The implementation evaluation will identify key successes, challenges, and lessons learned. The applicant identifies the outcome goals and describes how the outcome evaluation will enable the applicant to demonstrate that the outcomes obtained are a result of the program. The applicant describes the data that will be used for the outcome evaluation and demonstrates that the data is collected often enough to provide data during the grant period. The planned evaluations appear feasible and reasonable. |

## Capacity of Applicant Organization (15 points overall)

| Points | Capacity of Applicant Organization – Evaluation Criteria |
|---|---|
| 5 | Extent to which the applicant demonstrates that it has the following experience: <br>• Experience implementing evidence-based TPP programs on a large scale (i.e., at least 500 youth per year) <br>• Experience either implementing TPP programs in the target community(ies) **or** working with partner organizations to implement TPP programs in the target community(ies) <br>• Leadership in preventing teen pregnancy and promoting positive youth development in the community(ies), including demonstrating a clear understanding of the needs and resources in the community(ies), and acknowledgement from others in the community of their influence and credibility <br>• Ability to convene diverse stakeholders and decision makers from the community, including youth, to join the Community Advisory Group and Youth Leadership Team |
| 3 | Extent to which the applicant describes the organization's ability to support and manage a program of this size and scope by clearly explaining the following: <br>• Existing infrastructure relevant to the proposed project <br>• How the program aligns with the organization's mission and the organization's support and commitment to the proposed program <br>• Ability to effectively and efficiently manage financial resources, including a description of the level of funding received by the organization in the past several years to implement TPP programs <br>• Ability to effectively and efficiently manage staff performance, including a description of the level of turnover and rationale for turnover within the organization over the last several years |
| 4 | Extent to which the organization effectively and efficiently: <br>• Manages strategic relationships with partner organizations, including the process used to foster and maintain partnerships, strategies used to ensure effective communication with partners, and strategies used for monitoring partner activities. Provides examples of the types of partners the organization has worked with in the past on TPP programs and the outcomes those partnerships have produced. <br>• Collects and uses data to make decisions and quality improvements, including a description of specific data collected, how the data was used to make improvements to the program, and what specific improvements resulted. |
| 3 | Applicant has demonstrated that it has and enforces a policy prohibiting discrimination in the provision of services on the basis of age, disability, sex, race, color, national origin, religion, sexual orientation or gender identity |

## Partnerships and Collaboration (10 points overall)

| Points | Partnerships and Collaboration – Evaluation Criteria |
|---|---|
| 4 | Extent to which the applicant documents support for the proposed project from key stakeholders in each community that will be served, including: <br>• Letters of commitment from key decision makers, youth-serving organizations, and members of the community who will be engaged in the Community Advisory Group |

| | and Youth Leadership Council<br>• Signed, detailed MOUs with partners in the community who will provide access to youth and their families for program implementation through their existing systems (e.g., schools, clinics, existing after-school programs, juvenile detention)<br>• Signed, detailed MOUs with all organizations that will be responsible for implementing evidence-based TPP programs. The applicant is expected to implement evidence-based TPP programs in at least 3 settings. MOUs should include commitment to strategies to implement programs to scale.<br><br>Extent to which the applicant proposes a range of diverse of partners (both traditional and non-traditional – see pages 16-17) who will be engaged in the Community Advisory Group and Youth Leadership Council. The application documents support from key partners indicates that the proposed project is welcomed by the community and is likely to be a success. |
|---|---|
| 3 | Extent to which the application includes a detailed description of the partnerships with existing systems and/or networks in each community served that will provide access to youth and their families to receive the program. The application documents support and commitment from the partners that demonstrates access to existing systems and likelihood of reaching as many youth as possible with evidence-based TPP programs in each setting. |
| 3 | Extent to which the applicant clearly describes the roles and responsibilities for all partners who will be responsible for implementing evidence-based TPP programs in the community. Each implementation partner demonstrates:<br>☐ Experience implementing TPP programs in the community<br>☐ Experience working with the specific target population<br>☐ Ability to implement programs to scale, serving as many youth as possible in the target population and identified setting |

## Project Management (10 points overall)

| Points | Project Management – Evaluation Criteria |
|---|---|
| 3 | Extent to which the applicant describes how it will manage, implement, and monitor the overall program, including a description of the approach that will be used to monitor and track progress, completion, and quality of all program objectives and activities. Plan demonstrates an understanding of the complexity of the overall program and potential challenges. Extent to which the applicant's plan will result in high quality performance, successful accomplishment of project activities, and early identification of challenges or barriers. |
| 3 | Extent to which the applicant includes a description of the roles and responsibilities of all staff and partners and how they will contribute to achieving the objectives and outcomes of the grant. The management structure and roles and responsibilities of the proposed project team are likely to lead to accomplishment of program goals and objectives. |
| 4 | Extent to which the proposed project team has the experience and expertise needed to successfully accomplish the goals and objectives of the project and implement all stated activities. Includes experience implementing evidence-based TPP programs, mobilizing partners and decision makers to work toward a common goal, monitoring the activities and performance of partners, collecting and analyzing data to assess program progress (i.e. |

| | performance measure data), using data to make continuous quality improvements, and conducting implementation and outcome evaluation. Applicant describes plans for minimizing staff turnover and ensuring well trained staff. |
|---|---|

## Budget (5 points overall)

| Points | Budget – Evaluation Criteria |
|---|---|
| 5 | The extent to which the applicant includes a combined multi-year Budget Narrative and a detailed Budget Narrative for each year of the potential grant. The Budget Narrative clearly shows how the total amount requested for all categories was determined. The extent to which the Budget Narrative is detailed, reasonable, adequate, cost efficient, and aligned with the proposed work plan. The amount of funding requested on an annual basis aligns with the planned annual reach of the project as indicated on page 65 of the FOA.<br><br>The annual budget requested adheres to the following restrictions:<br>• Budget no more than 10% of the total budget for evaluation activities, including the collection of performance measure data<br>• Budget no more than 3% of the total budget on incentives for recruitment and retention<br>• Budget no more than 10% of the total budget on training and technical assistance, including training and TA support from the program developer<br>• Include funds to send project staff to the following OAH-sponsored meetings, DC.<br>    □ One staff to an annual Project Director's Meeting<br>    □ 2-3 staff to an annual Regional Training in years 2-4<br>    □ 2-3 staff to the HHS Teen Pregnancy Prevention Conference every other year (2016, 2018, 2020) |

## 2. Review and Selection Process

Each HHS/OASH Program's office is responsible for facilitating the process of evaluating applications and setting funding levels according to the criteria set forth above.

An independent review panel will evaluate applications that pass the screening and meet the responsiveness criteria if applicable. These reviewers are experts in their fields, and are drawn from academic institutions, non-profit organizations, state and local government, and Federal government agencies. Based on the Application Review Criteria as outlined under Section V.1, the reviewers will comment on and score the applications, focusing their comments and scoring decisions on the identified criteria. In addition to the independent review panel, Federal staff will review each application for programmatic, budgetary, and grants management compliance.

Final award decisions will be made by the Director of the HHS Office of Adolescent Health. In making these decisions, the following additional criteria will be taken into consideration:

a. Representation of grantees from communities across the country

b. Representation of project sites in communities of varying sizes, including rural, suburban, and urban communities.

c. Representation of diversity in scale of projects (see table on page 65)

d. Diversity of settings and populations served by projects.

e. Representation of diverse eligible evidence-based TPP programs from the HHS TPP Evidence Review.

f. The prevalence of teen pregnancy in the geographic community to be served, as indicated by a current government data source.

g. Applicant demonstrates that it has and enforces a policy prohibiting discrimination in the provision of services on the basis of age, disability, sex, race, color, national origin, religion, sexual orientation and gender identity.

**Review of Risk Posed by Applicant**

The HHS/OASH will evaluate each application in the fundable range for risks posed by an applicant before issuing an award in accordance with 45 CFR Part 75.205. This evaluation may incorporate results of the evaluation of the applicant's eligibility or the quality of its application. If we determine that a Federal award will be made, special conditions that correspond to the degree of risk assessed by the applicant will be applied to the Federal award. OASH will use a risk-based approach and may consider any items such as the following:

(1) Applicant's financial stability;

(2) Quality of management systems and ability to meet the management standards prescribed in this part;

(3) History of performance. The applicant's record in managing Federal awards, if it is a prior recipient of Federal awards, including timeliness of compliance with applicable reporting requirements, conformance to the terms and conditions of previous Federal awards, and if applicable, the extent to which any previously awarded amounts will be expended prior to future awards;

(4) Reports and findings from audits performed; and

(5) The applicant's ability to effectively implement statutory, regulatory, or other requirements imposed on non-Federal entities.

### 3. Anticipated Announcement and Award Dates

HHS/OASH seeks to award funds as much in advance of the estimated project start date shown in Section II "Award Information," as practicable, with a goal of 10-15 days.

## VI. AWARD ADMINISTRATION INFORMATION

### 1. Award Notices

The HHS Office of the Assistant Secretary for Health does not release information about individual applications during the review process. If you would like to track your application, please see instructions at ▮▮▮▮▮▮ ▮ ▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮ The official document notifying an applicant that a project application has been approved for funding is the Notice of Award (NOA), approved by a Grants Management Officer of the HHS/OASH Office of Grants Management. Grantees will receive this document via system

notification from our grants management system (Grant Solutions) and/or via e-mail. This document notifies the successful recipient of the amount of money awarded, the purposes of the grant, the anticipated length of the project period, terms and conditions of the grant award, and the amount of funding to be contributed by the grantee to project costs, if applicable. Grantees should pay specific attention to the terms and conditions of the award as indicated on the NOA, as some may require a time-limited response. The NOA will also identify the Grants Management Specialist and Program Project Officer assigned to the grant.

Unfunded applicants will be notified by the program office by email and/or letter and will receive summary comments pertaining to the application resulting from the review process. On occasion, some applicants may receive a letter indicating that an application was approved but unfunded. These applications are kept active for one year and may be considered for award without re-competing should funds become available during the hold period.

2. Administrative and National Policy Requirements

In accepting the grant award, the grantee stipulates that the award and any activities thereunder are subject to all provisions of 45 CFR parts 74 and 92, currently in effect or implemented during the period of the grant or other Department regulations and policies effective at the time of the award.

In addition, recipients must comply with all terms and conditions outlined in their grant awards, the Department of Health and Human Services (HHS) Grants Policy Statement, requirements imposed by program statutes and regulations and HHS grant administration regulations, as applicable, as well as any requirements or limitations in any applicable appropriations acts.

Grant funds may only be used to support activities outlined in the approved project plan. The grantee will be responsible for the overall management of activities within the scope of the approved project plan.

Smoke- and Tobacco-free Workplace

The HHS/OASH strongly encourages all grant recipients to provide a smoke-free workplace and to promote the non-use of all tobacco products. This is consistent with the HHS/OASH mission to protect and advance the physical and mental health of the American people.

Acknowledgement of Funding

Federal grant support must be acknowledged in any publication developed using funds awarded under this program. All publications developed or purchased with funds awarded under this program must be consistent with the requirements of the program. Pursuant to 45 CFR § 74.36(a), HHS may reproduce, publish, or otherwise use materials developed under this grant for Federal purposes, and may authorize others to do so.

Trafficking in Persons

Awards issued under this funding opportunity announcement are subject to the requirements of Section 106 (g) of the Trafficking Victims Protection Act of 2000, as amended (22 U.S.C. 7104). For the full text of the award term, go to http://www.hhs.gov/opa/grants/trafficking_in_persons_award_condition.html. If you are unable to access this link, please contact the Grants Management Specialist identified in this funding opportunity announcement to obtain a copy of the term.

## Efficient Spending

This award may also be subject to the HHS Policy on Promoting Efficient Spending: Use of Appropriated Funds for Conferences and Meetings, Food, Promotional Items, and Printing and Publications available at http://dhhs.gov/asfr/ogapa/acquisition/effspendpol_memo.html.

## Pilot Whistleblower Protection

A standard term and condition of award will be in the final notice of award; all applicants will be subject to a term and condition that applies the terms of 48 CFR section 3.908 to the award, and requires that grantees inform their employees in writing of employee whistleblower rights and protections under 41 U.S.C. 4712 in the predominant native language of the workforce.

## Same-sex Spouses, Marriages, and Households

A standard term and condition of award will be included in the final Notice of Award (NOA) that states: "In any grant-related activity in which family, marital, or household considerations are, by statute or regulation, relevant for purposes of determining beneficiary eligibility or participation, grantees must treat same-sex spouses, marriages, and households on the same terms as opposite-sex spouses, marriages, and households, respectively. By "same-sex spouses," HHS means individuals of the same sex who have entered into marriages that are valid in the jurisdiction where performed, including any of the 50 states, the District of Columbia, or a U.S. territory or in a foreign country, regardless of whether or not the couple resides in a jurisdiction that recognizes same-sex marriage. By "same-sex marriages," HHS means marriages between two individuals validly entered into in the jurisdiction where performed, including any of the 50 states, the District of Columbia, or a U.S. territory or in a foreign country, regardless of whether or not the couple resides in a jurisdiction that recognizes same-sex

marriage. By "marriage," HHS does not mean registered domestic partnerships, civil unions or similar formal relationships recognized under the law of the jurisdiction of celebration as something other than a marriage."

## Programmatic Reporting

Grantees will submit semi-annual progress reports 30 days after the end of each six-month period of performance. Progress reports must be submitted by upload to our grants management system (GrantSolutions.gov), in the Grant Notes module.

Grantees will submit semi-annual reporting of required performance measure data to OAH 30-days after the end of each six-month period of performance. Performance measures are submitted to OAH through the OAH Performance Measures website. The performance measures were approved by OMB for collection and reporting in 2012 (0990-0390). OAH will obtain renewal to collect these measures in 2015.

A final progress report covering the entire project period is due 90 days after the end of the project period. Final reports must be submitted by upload to our grants management system (GrantSolutions.gov), in the Grant Notes module.

## Financial Reporting

Grantees are required to submit quarterly and annual Federal Financial Reports (FFR) (SF-425). Reporting schedules will be issued as a condition of grant award. A final FFR covering the entire project period is due 90 days after the end of the project period. FFRs must be submitted via upload to our grants management system (GrantSolutions.gov), in the FFR module.

Quarterly cash reporting to the HHS Payment Management System on the FFR is also required. Please note these FFR reports are separate submissions via the Division of Payment Services. At this time, data is not transferable between the two systems and you will report twice on certain data elements. Grantees receiving $500,000 or greater of Federal funds must also undergo an independent audit in accordance with OMB Circular A-133 or regulations and policy effective at the time of the award.

## Non-competing Continuation Applications and Awards

Each year of the approved project period, grantees are required to submit a noncompeting application which includes a progress report for the current budget year, and work plan, budget and budget justification for the upcoming year. Specific guidance will be provided via Grant Solutions well advance of the application due date.

## FFATA and FSRS Reporting

The Federal Financial Accountability and Transparency Act (FFATA) requires data entry at the FFATA Subaward Reporting System (▨▨▨▨▨▨ ▨ ▨ ▨▨▨▨▨▨) for all sub-awards and sub-contracts issued for $25,000 or more as well as addressing executive compensation for both grantee and sub-award organizations.

# VII. AGENCY CONTACTS

Administrative and Budgetary Requirements and Program Requirements:

For information related to administrative and budgetary requirements, contact the

HHS/OASH Office of Grants Management grants specialist listed below.

Eric West
1101 Wootton Parkway, Suite 550
Rockville, MD
Phone: 240-453-8822
Email: eric.west@hhs.gov

Information on program requirements and Letters of Intent should be directed to the program

office at:

Attn: OAH TPP Tier 1B
1101 Wootton Parkway, Suite 700
Rockville, MD 20852
Phone: 240-453-2846
Email: tpptier1b@hhs.gov

# VIII. OTHER INFORMATION

## Application Elements

Application for Federal Assistance (SF-424)
Budget Information for Non-construction Programs (SF-424A)
Budget Narrative
Assurances for Non-construction Programs (SF-424B)
Disclosure of Lobbying Activities (SF-LLL)
Project Abstract Summary
Project Narrative
Appendices including Work plan, Logic Model, MOUs, Letters of Support, Resumes/CVs,
Job Descriptions, Organizational Chart,

_Evelyn M. Kappeler_

_____

Evelyn M. Kappeler
Director, Office of Adolescent Health

## FOA Appendices

Appendix A – References

Appendix B – Glossary of Key Terms & Definitions

Appendix C - Relevant Resources for Applicants

Appendix D – Evidence-based TPP Programs Eligible for Replication

Appendix E – Example Work plan Templates

Appendix F – Example Logic Model Template

Appendix G – Planning Year Milestones

Appendix H – OAH TPP Performance Measures

## Appendix A – References

1) Hamilton, B.E., Martin J.A., Osterman, M.J.K., & Curtin, S.C. (2014). Births: Preliminary data for 2013. National vital statistics reports 63(2). Retrieved from http://www.cdc.gov/nchs/data/nvsr/nvsr63/nvsr63_02.pdf.

2) The National Campaign to Prevent Teen and Unplanned Pregnancy (2014). Teen Sexual Behavior and Contraceptive Use: Data from the Youth Risk Behavior Survey, 2013. Retrieved from http://thenationalcampaign.org/sites/default/files/resource-primary-download/fast-facts-teen-sexual-behavior-and-contraceptive-use-yrbs-aug2014.pdf

3) The National Campaign to Prevent Teen and Unplanned Pregnancy (2014). The National Story. Retrieved from http://thenationalcampaign.org/data/landing

4) The National Campaign to Prevent Teen and Unplanned Pregnancy (2014). Fast Facts: Teen Pregnancy in the United States. Retrieved from http://thenationalcampaign.org/sites/default/files/resource-primary-download/fast_facts_-_teen_pregnancy_in_the_united_states_aug_2014.pdf

5) Guttmacher Institute (2014). Fact sheet: American Teens' Sexual and Reproductive Health. Retrieved from http://www.guttmacher.org/pubs/FB-ATSRH.pdf

6) Martin, J.A., Hamilton, B.E., Osterman, M.J.K., Curtin, S.C., & Mathews, T.J. (2013) Births: Final data for 2012. Retrieved from http://www.cdc.gov/nchs/data/nvsr/nvsr62/nvsr62_09.pdf

7) Hamilton, B.E., Martin, J.A., Osterman, M.J.K., Curtin, S.C. (2014). Births: Preliminary data for 2013. National Vital Statistics Reports, 63(2). Retrieved from http://www.cdc.gov/nchs/data/nvsr/nvsr63/nvsr63_02.pdf

8) The National Campaign to Prevent Teen and Unplanned Pregnancy (2014). Fast Facts: Teen Pregnancy in the United States. Retrieved from http://thenationalcampaign.org/sites/default/files/resource-primary-download/fast_facts_-_teen_pregnancy_in_the_united_states_aug_2014.pdf

9) Martin, J.A., Hamilton, B.E., Osterman, M.J.K., Curtin, S.C., & Mathews, T.J. (2013). Births: Final data for 2012. Retrieved from http://www.cdc.gov/nchs/data/nvsr/nvsr62/nvsr62_09.pdf

10). Martin, J.A., Hamilton, B.E., Osterman, M.J.K., Curtin, S.C., & Mathews, T.J. (2013 Births: Final Data for 2012. Hyattsville, MD: National Center for Health Statistics. Retrieved from http://www.cdc.gov/nchs/data/nvsr/nvsr62/nvsr62_09.pdf

⬚

11) The National Campaign to Prevent Teen and Unplanned Pregnancy (2013). Teen Parenthood Most Common in Rural America: First-Ever Data Comparing Rural, Suburban, and Urban Teen Childbearing. Retrieved from https://thenationalcampaign.org/sites/default/files/media-press-release/ruralteenparents_release.pdf

12) Ng, A.S., & Kaye, K. (2012). Why It Matters: Teen Childbearing and Child Welfare. Washington, DC: The National Campaign to Prevent Teen and Unplanned Pregnancy. Retrieved from http://thenationalcampaign.org/sites/default/files/resource-primary-download/childbearing-childwelfare.pdf

13) Hamilton, B.E., Martin, J.A., Osterman, M.J.K., Curtin, S.C. (2014). Births: Preliminary data for 2013. National Vital Statistics Reports, 63(2). Retrieved from http://www.cdc.gov/nchs/data/nvsr/nvsr63/nvsr63_02.pdf

14) Saewyc, E. (2014). Adolescent Pregnancy Among Lesbian, Gay, and Bisexual Teens in the International Handbook of Adolescent Pregnancy (editors: Cherry, A. and Dillon, M.) page 159-169.

15) The National Campaign to Prevent Teen and Unplanned Pregnancy (2012). Why It Matters: Teen Pregnancy, Substance Use, and Other Risky Behavior. Retrieved from http://thenationalcampaign.org/sites/default/files/resource-primary-download/risky_behaviors.pdf

16) The National Campaign to Prevent Teen and Unplanned Pregnancy (2012). Why It Matters: Teen Pregnancy and Violence. Retrieved from http://thenationalcampaign.org/sites/default/files/resource-primary-download/violence.pdf

17) Kirby, Douglas (2007). Emerging Answers 2007: Research Findings on Programs to Reduce Teen Pregnancy and Sexually Transmitted Diseases. Washington, DC: The National Campaign to Prevent Teen and Unplanned Pregnancy. Retrieved from http://thenationalcampaign.org/sites/default/files/resource-primary-download/EA2007_full_0.pdf

18) Schladale, J. (2013). A Trauma Informed Approach for Adolescent Sexuality. Freeport, ME: Resources for Resolving Violence, Inc. Retrieved from http://resourcesforresolvingviolence.com/wp-content/uploads/A-Trauma-Informed-Approach-for-Adolescent-Sexual-Health.pdf

19) HHS Office of Adolescent Health. (2011). Trauma-Informed Care: Tips for Teen Pregnancy Prevention Programs. A Guide for Grantees of the Office of Adolescent Health and the Family and Youth Services Bureau. Retrieved from http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/training/tip_sheets/trauma-informed-care-part1-508.pdf

20) Child Trends. (2014). Adverse Childhood Experiences: National and State-Level Prevalence. Retrieved from http://www.childtrends.org/?publications=adverse-childhood-experiences-national-and-state-level-prevalence.

21) Interagency Working Group for Youth (2014). Positive Youth Development. Retrieved from http://www.findyouthinfo.gov/youth-topics/positive-youth-development

22) Administration for Children and Families- Family and Youth Services Bureau (2014). Positive Youth Development. Retrieved from http://www.acf.hhs.gov/programs/fysb/positive-youth-development.

23) WHO. (2009). Practical guidance for scaling up health service innovations. Retrieved from http://www.expandnet.net/PDFs/WHO_ExpandNet_Practical_Guide_published.pdf.

24) Hamilton, B.E., Martin, J.A., Osterman, M.J.K., Curtin, S.C. (2014). Births: Preliminary data for 2013. National Vital Statistics Reports, 63(2). Retrieved from http://www.cdc.gov/nchs/data/nvsr/nvsr63/nvsr63_02.pdf

25) Substance Abuse and Mental Health Services Administration. (2013). Trauma-Informed Approach and Trauma-Specific Interventions. Available at http://beta.samhsa.gov/nctic/trauma-interventions

26) Kreuter, M. W., & Bernhardt, J. M. (2009). Reframing the Dissemination Challenge: A Marketing and Distribution Perspective. American Journal of Public Health, 99(12), 2123-2127.

27) U.S. Government Printing Office. PUBLIC LAW 111–148—MAR. 23, 2010. Patient Protection and Affordable Care Act. Available at: http://www.gpo.gov/fdsys/pkg/PLAW-111publ148/pdf/PLAW-111publ148.pdf.

28) FSG. What is Collective Impact. Available at: http://www.fsg.org/OurApproach/CollectiveImpact.aspx.

29) HHS. The Secretary's Advisory Committee on National Health Promotion and Disease Prevention Objectives for 2020. Phase I report: Recommendations for the framework and format of Healthy People 2020. Section IV. Advisory Committee findings and recommendations. Available at: http://www.healthypeople.gov/hp2020/advisory/PhaseI/sec4.htm#_Toc211942917.

## Appendix B - Glossary of Key Terms & Definitions

**Adaptation**- Changes made to the program content, program delivery, or other core components of an evidence-based program.

**Age Appropriate**- Topics, messages, and teaching methods suitable to particular ages or age groups of children and adolescents, based on developing cognitive, emotional, and behavioral capacity typical for the age or age group. (27)

**Collective Impact** – The commitment of a group of individuals from different sectors to a common agenda for solving a complex problem. (28)

**Community Mobilization**- Empowering community members and groups to take action to facilitate change.

**Community Needs and Resource Assessment**- A needs and resource assessment is a systematic way of gathering information that describes, in detail, the needs and resources of the priority population and the community.

**Core Components**- The parts of the evidence-based program or its implementation that is determined by the developer to be the key ingredients related to achieving the outcomes associated with the program. Core components often focus on program content and program delivery strategies.

**Culturally and Linguistically Appropriate**- Respectful of and responsive to the cultural and linguistic needs of the population being served.

**Evidence-Based Teen Pregnancy Prevention Programs**- Programs identified by HHS as having undergone a rigorous evaluation been shown to be effective at preventing teen pregnancies, sexually transmitted infections, and/or sexual risk behaviors.

**Fidelity**- The degree to which a program is implemented with adherence to its core components.

**Fidelity Monitoring**- Steps taken to ensure that an evidence-based program is implemented with adherence to its core components. Fidelity monitoring often includes collecting data on fidelity and quality of implementation from facilitators through independent observations, reviewing and analyzing data on a regular basis, using data to provide feedback to facilitators and staff, and using the data to make continuous quality improvements to the program and its implementation.

**Fit -** refers to how well a program matches, or is appropriate for, the community, organization, stakeholders, and potential participants (i.e., youth).

**Health Disparities -** a particular type of health difference that is closely linked with social, economic, and/or environmental disadvantage. Health disparities adversely affect groups of people who have systematically experienced greater obstacles to health based on their racial or

ethnic group; religion; socioeconomic status; gender; age; mental health; cognitive, sensory, or physical disability; sexual orientation or gender identity; geographic location; or other characteristics historically linked to discrimination or exclusion. (29)

**Implementation Ready** – When a program has clearly defined curricula and components, necessary staff supports and training, and specified guidelines and tools for monitoring fidelity.

**Minor Adaptation**- Adaptations that do not significantly change the core components, program delivery, or program content.

**Major Adaptation**- Adaptations that significantly change the core components, program delivery, or program content of an EBP. Major adaptations could compromise a program's fidelity and thus might affect the intended outcomes

**Medical Accuracy**- Verified or supported by the weight of research conducted in compliance with accepted scientific methods; and published in peer-reviewed journals, where applicable or comprising information that leading professional organizations and agencies with relevant expertise in the field recognize as accurate, objective, and complete. (27)

**Positive Youth Development**- An intentional, pro-social approach that engages youth within their communities, schools, organizations, peer groups, and families in a manner that is productive and constructive; recognizes, utilizes, and enhances youths' strengths; and promotes positive outcomes for young people by providing opportunities, fostering positive relationships, and furnishing the support needed to build on their leadership strengths.

**Scale**- Deliberate efforts to increase the impact of service innovations successfully tested in pilot or experimental projects so as to benefit more people.

**Sensitive and Inclusive of LGBTQ Youth**- Supporting youth of all sexual orientations and gender identities/expressions.

**Strategic Dissemination and Communication**- The targeted distribution and communication of information, knowledge, and results to specific audiences to complement and support the overall project.

**Sustainability**- The ability for programs to effectively leverage partnerships and resources to continue programs, services, and/or strategic activities that result in improvements in the health and well-being of adolescents.

**Trauma-Informed Approach**- The way in which a program, agency, organization, or community thinks about and responds to those who have experienced or may be at risk for experiencing trauma.

## Appendix C- Relevant Resources for Applicants

**Disclaimer:** This is a list of some, but not all, of the relevant resources available to applicants. OAH does not endorse any of the resources listed other than those developed by OAH.

### COMMUNITY MOBILIZATION

Advocates for Youth. Strategies Guided by Best Practice for Community Mobilization. Available at http://advocatesforyouth.org/storage/advfy/documents/Factsheets/strategies%20guided%20by%20best%20practice_8-11-14.pdf.

### COMMUNITY NEEDS AND RESOURCE ASSESSMENT

Advocates for Youth. The Needs and Assets Assessment: What it is and Why it's Important. http://www.advocatesforyouth.org/statetppmanual/1106-support-center.

OAH. A Snapshot of Your Community: Understanding Resources and Needs Assessments. Available at http://www.hhs.gov/ash/oah/oah-initiatives/webinars/slides_needsassessmentwebinar.pdf.

OAH. Best Practices for Conducting a Needs and Resource Assessment: Tip Sheet. Available at http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/training/tip_sheets/needs-assessment-508.pdf.

### CULTURAL AND LINGUISTIC COMPETENCE

Office of Minority Health. The Center for Linguistic and Cultural Competence in Health Care. Available at http://minorityhealth.hhs.gov/omh/browse.aspx?lvl=2&lvlid=34.

Office of Minority Health. National Standards for Culturally and Linguistically Appropriate Services in Health and Health Care (The National CLAS Standards). Available at http://minorityhealth.hhs.gov/omh/browse.aspx?lvl=2&lvlid=53.

### DATA ON ADOLESCENT HEALTH & TEEN PREGNANCY

Centers for Disease Control and Prevention. National Vital Statistics System. Available at http://www.cdc.gov/nchs/nvss.htm.

Centers for Disease Control and Prevention. Youth Risk Behavior Surveillance System. Available at http://www.cdc.gov/HealthyYouth/yrbs/index.htm.

National Campaign to Prevent Teen and Unplanned Pregnancy. National & State Data. Available at http://thenationalcampaign.org/data/landing.

OAH. National and State Facts.  Available at http://www.hhs.gov/ash/oah/resources-and-publications/facts/.

Robert Wood Johnson Foundation and the University of Wisconsin Population Health Institute. County Health Rankings & Roadmaps. Available at http://www.countyhealthrankings.org/.

## EVALUATION

OAH TPP Resource Center.  Resources available on Program Evaluation.  Available at http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/training/evaluation.html.

## EVIDENCE-BASED TEEN PREGNANCY PREVENTION PROGRAMS

HHS. Teen Pregnancy Prevention Evidence Review. Available at http://tppevidencereview.aspe.hhs.gov/.

OAH. Teen Pregnancy Prevention Resource Center: Evidence-Based Programs. http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/db/.

OAH.  How to Select an Evidence-based Teen Pregnancy Prevention Program E-Learning Module.  Available at: http://www.hhs.gov/ash/oah/resources-and-publications/learning/.

## FIDELITY AND ADAPTATIONS

OAH.  Fidelity and Adaptation Guidance and Resources.  Available at http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/training/implementation.html.

## GETTING TO OUTCOMES (GTO)$^{TM}$

Centers for Disease Control and Prevention. Little PSBA GTO: 10 Steps to Promoting Science-Based Approaches (PSBA) to Teen Pregnancy Prevention using Getting to Outcomes (GTO). Available at http://www.cdc.gov/TeenPregnancy/PDF/LittlePSBA-GTO.pdf.

Healthy Teen Network. Getting to Outcomes (GTO). Available at http://www.healthyteennetwork.org/evidence-based-resource-center.

RAND Corporation. Getting to Outcomes: 10 Steps for Achieving Results-Based Accountability. Available at http://www.rand.org/content/dam/rand/pubs/technical_reports/2007/RAND_TR101.2.pdf.

## GOALS AND OBJECTIVES

Centers for Disease Control and Prevention. Division of Adolescent and School Health. Writing Good Goals and SMART Objectives Tutorials. Available at http://www.cdc.gov/healthyyouth/tutorials/writinggoal/page001.htm.

## LGBTQ YOUTH & INCLUSIVITY

Administration for Children, Youth, and Families.  Creating a Safe Space for LGBTQ Youth and Teens.  Available at http://ncfy-learn.jbsinternational.com/course/index.php?categoryid=12.

AIR. A Guide for Understanding, Supporting, and Affirming LGBTQI2-S Children, Youth, and Families.  Available at http://www.air.org/resource/guide-supports-lgbtqi2-s-children-youth-and-families.

Centers for Disease Control and Prevention. Lesbian, Gay, Bisexual and Transgender Health. Available at http://www.cdc.gov/lgbthealth/youth.htm.

HHS Healthy People 2020.  Lesbian, Gay, Bisexual, and Transgender Health.  Available at http://www.healthypeople.gov/2020/topicsobjectives2020/overview.aspx?topicid=25.

OAH. Engaging Select Populations: LGBTQ Youth. Available at http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/training/engaging-select-populations.html#lgbtq.

## LOGIC MODELS

Center for Disease Control and Prevention. Division of Adolescent and School Health. Manuals/Assistance with Specific Evaluation Steps – Logic Models. Available at http://www.cdc.gov/EVAL/resources/index.htm#logicmodels.

ETR Associates. BDI Logic Model. Available at http://recapp.etr.org/recapp/logicmodelcourse/.

## PERFORMANCE MEASURES

OAH.  TPP Performance Measure Resources.  Available at http://www.hhs.gov/ash/oah/oah-initiatives/for-grantees/performance-measures/index.html.

## PILOTING PROGRAMS

OAH.  Testing the Waters: Pilot Testing Your Program webinar.  Available at: http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/training/implementation.html.

OAH.  Tips and Recommendations for Successfully Pilot Testing Your Program.  Available at http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/training/tip_sheets/pilot-testing-508.pdf.

## POSITIVE YOUTH DEVELOPMENT
Administration for Children & Families. Positive Youth Development. Available at http://www.acf.hhs.gov/programs/fysb/positive-youth-development

Interagency Working Group on Youth Programs. Positive Youth Development. Available at http://www.findyouthinfo.gov/youth-topics/positive-youth-development/key-principles-positive-youth-development.

## RECRUITMENT, RETENTION, AND ENGAGEMENT
OAH.  Getting Them to Come Back: Strategies for Retaining and Engaging Participants webinar. Available at http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/training/engagement.html.

OAH.  Incorporating Strategies for Engaging Young People Tip Sheet.  Available at http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/training/tip_sheets/youth-engagement-508.pdf.

OAH.  Rules of Engagement: Participant Recruitment and Retention webinar.  Available at http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/training/engagement.html.

## SUSTAINABILITY
OAH.  Sustainability Framework, Assessment, Resource Guide, and E-Module.  Available at http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/training/sustainability.html.

## TRAUMA-INFORMED APPROACH
Schladale, J. (2013). A Trauma Informed Approach for Adolescent Sexuality. Freeport, ME: Resources for Resolving Violence, Inc. Available at http://resourcesforresolvingviolence.com/wp-content/uploads/A-Trauma-Informed-Approach-for-Adolescent-Sexual-Health.pdf

Substance Abuse and Mental Health Services Administration. Trauma-Informed Approach and Trauma-Specific Interventions. Available at http://beta.samhsa.gov/nctic/trauma-interventions.

## YOUTH FRIENDLY CLINICAL SERVICES
Centers for Disease Control Elements of a Teen Friendly Reproductive Healthcare Visit. Teens Visiting a Health Clinic. Available at http://www.cdc.gov/teenpregnancy/teenfriendlyhealthvisit.html#elements.

Healthy Teen Network. "Keep It Simple: A Lesson in Linking Teens to Sexual Health Care" Lesson Plan. Available at http://www.healthyteennetwork.org/keep-it-simple.

# Appendix D - Evidence-Based TPP Programs Eligible for Replication[*]

| Evidence-Based TPP Programs that are Implementation Ready and Eligible for Replication with OAH Funding | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Program Model** | **Program Type** | **Implementation Setting** | **Implementation Length** | **Population** | **Outcomes** | **Duration of Outcomes** | **Evidence Review Rating** |
| Aban Aya Youth Project | Sexuality education | In-school Community-based | 16-21, 45-min lessons each year in grades 5-8 | African American youth in grades 5-8 | Recent sexual activity | Post-intervention (Spring 8th grade) **for boys only** | Moderate |
| Adult Identity Mentoring (Project AIM) | Youth development | In-school After-school Community-based | 12 sessions, 50-min each | Low-income youth ages 11-14 | Recent sexual activity | 3-months post intervention | High |
| All4You! | Programs for youth in alternative schools | In-school or non-school alternative education settings | 14 sessions ranging from 70-140 minutes each; service learning component | Alternative high school students ages 14-18 | Frequency of sexual activity Contraceptive use and consistency | Six months after baseline | High |
| Be Proud! Be Responsible! | Sexuality education | In-school After-school Community-based | 6 sessions, 60-min each | Youth ages 13-18 | Recent sexual activity Number of sexual partners Frequency of sexual activity Contraceptive use and consistency | Ranges, 3-12 months post intervention | High |
| Be Proud! Be Responsible! Be Protective! | Program for Pregnant and Parenting Girls | In-school After-school Community-based | 8 sessions, 60-min each | Pregnant and parenting girls in grades 7-12 | Number of sexual partners | 12-months post intervention | High |

[*] ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

| | | | | Evidence-Based TPP Programs that are Implementation Ready and Eligible for Replication with OAH Funding | | | | |
|---|---|---|---|---|---|---|---|---|
| **Program Model** | **Program Type** | **Implementation Setting** | **Implementation Length** | **Population** | **Outcomes** | **Duration of Outcomes** | **Evidence Review Rating** |
| Becoming a Responsible Teen (BART) | Sexuality education | Community-based | 8 sessions, 1.5-2 hours each | Youth ages 14-18 | Recent sexual activity | 12-months post intervention | High |
| Children's Aid Society (CAS)-Carrera Program | Youth development | After school program Community-based In-school | Daily 2-3 hour sessions for 7 years | Disadvantaged youth ages 11-12 | Recent sexual activity Pregnancy or birth | Three years after program start **for girls only** | High |
| Cuidate! | Sexuality education | In-school After-school Community-based | 6, 1-hour lessons | Latino youth ages 13-18 | Recent sexual activity Number of sexual partners | Ranges, 3-12 months post intervention | High |
| Draw the Line/Respect the Line | Sexuality education | In-school middle school After-school Community-based | 5 lessons in 6th grade, 7 lessons in 7th grade, 7 lessons in 8th grade | Youth in grades 6-8 | Sexual initiation or abstinence Recent sexual activity | 12-months post intervention **for boys only** | High |
| Families Talking Together (FTT) | Program for Families | Clinic-based Community-based | 11 modules; # sessions varies depending on program delivery | Parents of Latino & African American adolescents ages 10-14 | Sexual initiation or abstinence Frequency of sexual activity | 9-months post intervention | High |
| FOCUS | Sexuality education | In-school high school & college Community-based | 4, 2-hour sessions | Women ages 16 and older | Number of sexual partners | 11-months post intervention | High |
| Get Real | Sexuality education | In-school middle school | 27, 45-min lessons (9 lessons in 6th grade, 9 lessons in 7th grade, and 9 lessons in 8th grade ) | Youth in grades 6-8 | Sexual initiation or abstinence | Post-intervention at the end of 8th grade | Moderate |

| Evidence-Based TPP Programs are Implementation Ready and Eligible for Replication with OAH Funding | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Program Model** | **Program Type** | **Implementation Setting** | **Implementation Length** | **Population** | **Outcomes** | **Duration of Outcomes** | **Evidence Review Rating** |
| Health Improvement Project for Teens (HIP Teens) | Sexuality education | After-school Community-based | 4, 120-minute sessions; 2, 90-minute booster sessions | Low income, urban, sexually active girls ages 15-19 | Recent sexual activity Number of partners Frequency of sexual activity Contraceptive use | 6-months post intervention | High |
| Heritage Keepers Abstinence Education | Abstinence education | In-school | 5, 90-min sessions or 10, 45-min sessions | Youth in grades 7-9 | Sexual initiation or abstinence | 12-months post intervention | Moderate |
| HORIZONS | Sexuality education | Clinic-based | 2, 4-hour sessions; 4, 15-minute telephone follow-ups | Females ages 15-21 | Contraceptive use and consistency Sexually transmitted infections or HIV | 12-months post intervention | High |
| It's Your Game: Keep it Real | Sexuality education | In-school middle school After-school | 12, 50-min lessons in 7th grade and 12, 50-min lessons in 8th grade | Youth in grades 7-8; allowable for youth in 6th grade | Sexual initiation or abstinence Frequency of sexual activity Contraceptive use and consistency | 12-months post intervention | Moderate |
| Making a Difference! | Abstinence education | In-school After-school Community-based | 8, 1-hour sessions | Youth ages 11-13; older teens allowable | Recent sexual activity | 3-months post intervention | High |
| Making Proud Choices! | Sexuality education | In-school After-school Community-based | 8, 1-hour sessions | Youth ages 11-13; older teens allowable; specific adaptation for youth in foster care | Contraceptive use and consistency | 12-months post intervention | High |
| Prime Time | Youth development | Clinic-based | 18-month program that involves monthly case management visits and group-based youth leadership activities | Sexually active teen girls ages 13-17 with at least one risk factor for teen pregnancy | Sexual initiation or abstinence | 6-months post intervention | High |

| Evidence-Based TPP Programs that are Implementation Ready and Eligible for Replication with OAH Funding | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Program Model** | **Program Type** | **Implementation Setting** | **Implementation Length** | **Population** | **Outcomes** | **Duration of Outcomes** | **Evidence Review Rating** |
| Project IMAGE | Program for adolescents with a history of STIs and abuse | Clinic-based | 2, 3-4 hour sessions followed by 3-5, 1 hour support group sessions and 2 or more individual counseling sessions | African-American and Mexican-American adolescent girls ages 14-18 with a history of STIs and abuse | Sexually transmitted infections or HIV | 12-months post intervention | Moderate |
| Project TALC | Program for parents living with HIV and their adolescent children | Community-based | 24 sessions; 2-3 hours each; over 4-6 years | Parents living with HIV and their adolescent children | Pregnancy or birth | 4 years after program start | High |
| Promoting Health Among Teens! Abstinence-Only Intervention | Abstinence education | In-school After-school Community-based | 8, 1-hour sessions | Youth ages 11-13 | Sexual initiation or abstinence Recent sexual activity | Ranges, 3-24 months post intervention | High |
| Promoting Health Among Teens! Comprehensive Abstinence and Safer Sex Intervention | Sexuality education | In-school After-school Community-based | 12, 45-1-hour sessions | Youth ages 11-13 | Number of sexual partners | Ranges, 3-12 months post intervention | High |
| Raising Healthy Children | Youth development | In-school | Multi-year, multi-session; includes program components for teachers and school staff, parents, and students | Schools grades K-6 | Sexual initiation or abstinence Number of sexual partners Pregnancy or birth Sexually transmitted infections or HIV | Ranges from when participants were 18 years old to 27 years old | Moderate |

| Evidence-Based TPP Programs are Implementation Ready and Eligible for Replication with OAH Funding | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Program Model** | **Program Type** | **Implementation Setting** | **Implementation Length** | **Population** | **Outcomes** | **Duration of Outcomes** | **Evidence Review Rating** |
| Reducing the Risk | Sexuality education | In-school Community-based | 16, 45-min lessons | Youth ages 13-18 in grades 8-12 | Contraceptive use and consistency | 18-months post intervention for girls only | Moderate |
| Respeto/Proteger | Program for Latino parenting teens | After school Community-based | 6, 2-hour sessions | Young Latino parents with children at least 3 months of age | Contraceptive use and consistency | Ranges, 3-6 months post intervention | Moderate |
| Rikers Health Advocacy Program (RHAP) | Program for incarcerated youth | Correctional facility | 4, 1-hour sessions | Incarcerated, inner-city adolescent males ages 16-19 | Contraceptive use and consistency | 10-months after program start | Moderate |
| Safer Choices | Sexuality education | In-school high school | 11 sessions in 9th grade, 10 sessions in 10th grade | 9th and 10th grade students | Contraceptive use and consistency | Two years after program start | High |
| Safer Sex Intervention | Clinic-based | Clinic-based | 1, 30-50 minute session followed by 10-30 minute booster sessions at 1-month, 3-months, and 6-months | Sexually active female adolescents | Number of partners | 6-months post intervention | Moderate |
| Seventeen Days | Clinic-based | Health clinic | 45-minute or longer video with 3-month and 6-month booster sessions | Female adolescents ages 14-18 | Recent sexual activity Sexually transmitted infections or HIV | 6-months post intervention | High |
| Sexual Health and Adolescent Risk Prevention (SHARP) | Program for youth in juvenile detention | Juvenile detention facilities | 1, 3-hour session followed by 1-hour group discussion of alcohol use and sexual activity | High-risk adolescents in juvenile detention facilities | Contraceptive use and consistency | 12-months post intervention | Moderate |

| Evidence-Based TPP Programs are Implementation Ready and Eligible for Replication with OAH Funding | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Program Model** | **Program Type** | **Implementation Setting** | **Implementation Length** | **Population** | **Outcomes** | **Duration of Outcomes** | **Evidence Review Rating** |
| SiHLE | Sexuality education | Community-based | 4 sessions with 6-month and 12-month follow-up sessions | African-American female teens ages 14-18 | Contraceptive use and consistency Pregnancy or birth | 12-months post intervention | High |
| Sisters Saving Sisters | Sexuality education | Community-based Clinic-based In schools | 1, 4.5 hour session | Female adolescents ages 12-19 | Number of sexual partners Contraceptive use and consistency Sexually transmitted infections or HIV | 12-months post intervention | High |
| STRIVE | Program for youth who have recently run away from home | Community-based | 5, 90-120 minute sessions for the adolescent and at least one parent | Newly homeless youth ages 12-17 | Number of sexual partners | 12-months post intervention | Moderate |
| Teen Health Project | Sexuality education | Community-based Low-income housing developments | 2, 3-hour workshops; 2, 90-120 min follow up session; 1, 90-min parent session; various community activities | Youth ages 12-17 | Sexual initiation or abstinence | 12-months post intervention | Moderate |
| Teen Outreach Program (TOP) | Youth development | In-school After-school Community-based | 25 weekly session over a 9-month period and 20 hours of community service learning | Youth ages 12-19 | Pregnancy or birth | Post-intervention | High |

**Appendix D (cont) - Evidence-based TPP Programs that are NOT Currently Eligible\* for Replication under this FOA**

Assisting in Rehabilitating Kids

\* Evidence-based TPP Programs are not currently eligible for replication under this FOA because they have been assessed by HHS as not being implementation ready

**Appendix E – Example Work plan Templates**
**Example Work plan Template #1**
(Note: Work Plan may be submitted as narrative or other format)
September 1, 2013 – August 31, 2014

Grantee Name _____     Funds Requested _____

| Goal I: |
| --- |

| Objective 1: |
| --- |

| Rationale for Objective 1: |
| --- |

| Measures of Accomplishment for Objective 1: |
| --- |
| a. |
| b. |
| c. |

| Activities in support of Objective 1: | Person/agency responsible for Accomplishing Activities. | Activity Timeline. |
| --- | --- | --- |
| | | a. |
| a. | a. | |
| | | b. |
| b. | b. | |
| | | c. |
| c. | c. | |

## Example Work plan Template #2
September 1, 2013 – August 31, 2014

Grantee Name _____     Funds Requested _____

| Goal I: Goal Statement | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Objectives | Activities | Timeline | | | | | | | | | | | | Measures of Accomplishment | Person Responsible |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | S | O | N | D | J | F | M | A | M | J | J | A | | |
| Objective 1:<br><br>Objective Rationale: | Activity 1: | | | | | | | | | | | | | | |
| | Activity 2: | | | | | | | | | | | | | | |
| | Activity 3: | | | | | | | | | | | | | | |
| | Activity 4: | | | | | | | | | | | | | | |
| | Activity 5: | | | | | | | | | | | | | | |
| Objective 2:<br><br>Objective Rationale: | Activity 1: | | | | | | | | | | | | | | |
| | Activity 2: | | | | | | | | | | | | | | |
| | Activity 3: | | | | | | | | | | | | | | |

## Work plan Instructions

1)  **Name:** Name of the grantee organization.

2)  **Funds Requested**: Funds requested for project period.

3)  **Goal 1**: A broad statement of program purpose which describes the expected long-term effects of a program. Goals should address the program's effect in reducing a health problem and identify the target population to be affected. <u>Although only Goal I is shown as an example in the suggested work plan format, you should include all programmatic goals in your work plan.</u>

4)  **Objective 1**: A statement describing the results to be achieved and the manner in which these results will be achieved. Objectives should be **SMART**, that is, Specific, Measurable, Achievable, Realistic, and Time-phased. **Specific** objectives include who will be targeted and what will be accomplished; **measurable** objectives include how much change is expected specifically enough that achievement of the objective can be measured through counting or through documenting change or completion; **achievable** objectives can be realistically accomplished given existing resources and constraints; **realistic** objectives address the scope of the problem and reasonable programmatic steps; and **time-phased** objectives provide a time line indicating when the objective will be measured or a time by which the objective will be met. <u>Although we only include one-two objectives in the example work plan template, you should list all objectives that support each goal in your work plan.</u>

5)  **Rationale for the Objective**: why you think the objective will contribute to accomplishing the goal. The objective should relate to the goal and should link to outcomes on the logic model leading to the desired outcomes. In addition, you may provide context that shows why this objective is necessary given your program's resources or constraints.

6)  **Activities -** describe anticipated events that will take place as part of your program in support of the objective. <u>Although we only include a few activities in the example work plan template for each objective, you should list all activities for each objective.</u>

7)  **Timeline for Activities** – identify when the activity will be implemented.

8)  **Measurement of Accomplishment** – these are the quantifiable criteria that describe how you know if you succeeded in accomplishing an objective. Measures might include target numbers or they might include quantifiable changes or completion of an activity.

9)  **Person Responsible -** who is most responsible for ensuring that each activity is accomplished.

Data Sources:

Data Sources:

Data Sources:

Data Sources:

Data Sources:

## Appendix G - TPP Grantee Planning Period Milestones

All of the following must be completed before OAH will grant approval to begin full implementation:

☐ Hire all key staff (grantee & all implementation partners)

☐ Finalize implementation partners with signed MOUs outlining clear roles and responsibilities

☐ Establish a Community Advisory Group in each community served with clear guidance on goals & expectations

☐ Establish a Youth Leadership Council in each community served with clear guidance on goals & expectations

☐ Develop a plan for preventing teen pregnancy in the community served using the Getting to Outcomes™

☐ Complete an in-depth Needs and Resource Assessment for each community served

☐ Select Evidence-Based TPP Programs for implementation in at least 3 settings based on needs of community & organizational capacity to ensure fit

☐ Identify need for supplemental materials and propose to OAH for approval (i.e., lesson on reproductive anatomy)

☐ Submit all program materials to OAH for medical accuracy review and complete all required revisions

☐ Review all program materials to ensure age appropriateness and make revisions as necessary

☐ Train all staff involved in program implementation & establish a plan for ongoing training & TA
  ➢ Program planning using Getting to Outcomes™
  ➢ Training on selected evidence-based TPP programs
  ➢ Positive youth development
  ➢ Using a trauma-informed approach
  ➢ Ensuring inclusivity and creating safe spaces for youth
  ➢ Effective implementation practices (i.e., youth engagement, classroom management, responding to difficult questions)

☐ Pilot test implementation of all selected evidence-based TPP programs with a small number of youth from target population to ensure fit

☐ Purchase materials needed for full-scale implementation

☐ Submit all proposed adaptations and rationale for proposing adaptations to OAH for approval

☐ Establish plan for managing referrals to youth-friendly health care services

☐ Finalize work plan, including activities for implementing and evaluating the program, monitoring program partners, monitoring fidelity, and planning for sustainability

☐ Clear, complete implementation plan submitted for each implementation site

☐ Evaluation plan submitted
  ➢ Plan for process and implementation evaluation
  ➢ Plan for outcome evaluation

**Appendix H - TPP Performance Measures for Grantee**
(OMB 0990-0390, Expiration May 2015, Renewal Pending)

**Participant ID** (unique and non-identifiable, i.e. no names or birthdates)

**Demographic characteristics** (collected and entered for every participant individually)

- ☐ Age
- ☐ Grade
- ☐ Gender
- ☐ Race
- ☐ Ethnicity
- ☐ Language spoken at home
- ☐ Special populations (if applicable)

**Fidelity** (based on facilitator and observer logs, observer quality rating & fidelity process form)

- In the past program year, what percentage of sessions were observed by an independent observer for fidelity assessment?
- What is the median percentage of activities completed, across sessions observed?
  - What is the minimum and maximum percentage of activities completed, across sessions observed?
    - ☐ Minimum
    - ☐ Maximum
  - What percentage of sessions were rated either 4 or 5 for overall quality?
  - For what percentage of sessions completed do you have a completed fidelity monitoring log from the facilitator?
  - What is the median percentage of activities completed, across sessions for which you have a completed fidelity monitoring log?
  - Across cohorts, what is the median percentage of sessions implemented?
  - What is your score on the 24-point fidelity process scale?

**Dosage of services received by participants** (attendance is entered for every program participant for every scheduled class/session). OAH calculates the following:

- What is the median % of program services received by youth?
- What is the median % of program services received by parents (if applicable)?
- What % of youth received at least 75% of the program?
- What % of parents received at least 75% of the program?

## Partners

**Formal partners** are organizations (e.g., schools) with whom the grantee has an MOU, contract or other formal written agreement in place to provide service or other contribution relevant to the TPP program.

**Informal partners** are organizations with whom the grantee does not have a formal written agreement in place.

- How many formal/informal partners are you currently working with?
- How many of these formal/informal partners are new for this reporting period?
- How many formal/informal partners did you lose during this reporting period?
- What is the total number of formal/informal partners you have had since the beginning of the project?
- How many formal/informal partners have you lost since the beginning of the project?

## Training

- In the reporting period, how many new intervention facilitators (including teachers) have you or one of your partners trained? Please include only training provided to new facilitators.
- In the reporting period, how many intervention facilitators (including teachers) have you or one of your partners given follow-up training?

## Dissemination

- How many manuscripts have you had accepted for publication in the past year (including both articles that were published and those that have been accepted but not yet published)? Do not include manuscripts previously reported as published.
- Please list the references for any published manuscripts published in the past year.
- How many presentations have you made at each of the following levels in the past year:
    - ☐ National or regional? ___
      Please list titles of all presentations and venue (e.g., conference or organization to which the presentation was made)
    - ☐ State? ____
      Please list titles of all presentations and venue (e.g., conference or organization to which the presentation was made)

## Participant-Level Performance Measure Questions
(OMB 0990-0390, Expiration May 2015, Renewal Pending)

**Date** _____/_____/_____

**Demographic Questions (Inform Reach)**

1. In what month and year were you born?

      **Mark (X) One Month and One Year**

| | |
|---|---|
| ☐ January | ☐ 2002 |
| ☐ February | ☐ 2001 |
| ☐ March | ☐ 2000 |
| ☐ April | ☐ 1999 |
| ☐ May | ☐ 1998 |
| ☐ June | ☐ 1997 |
| ☐ July | ☐ 1996 |
| ☐ August | ☐ 1995 |
| ☐ September | ☐ 1994 |
| ☐ October | ☐ 1993 |
| ☐ November | ☐ 1992 |
| ☐ December | ☐ 1991 |

Alternative question:

How old are you? _____

2. What grade are you in?  (If you are currently on vacation between grades, please indicate the grade you will be in when you go back to school).

      **Mark (X) One Answer**

- ☐ 6th
- ☐ 7th
- ☐ 8th
- ☐ 9th
- ☐ 10th
- ☐ 11th
- ☐ 12th
- ☐ Ungraded
- ☐ College/Technical school
- ☐ Not currently in school

3. Are you male or female?

   **MARK (X) ONE ANSWER**

   ☐ Male
   ☐ Female

4. Are you Hispanic or Latino?

   **MARK (X) ONE ANSWER**

   ☐ Yes
   ☐ No

5. What is your race?

   **MARK (X) ONE OR  MORE THAN ONE ANSWER**

   ☐ American Indian or Alaska Native
   ☐ Asian
   ☐ Black or African-American
   ☐ Native Hawaiian or Other Pacific Islander
   ☐ White