# EXHIBIT D

**U.S. Department of Health and Human Services**
**Office of the Assistant Secretary for Health**
**Office of Adolescent Health**

---

# Rigorous Evaluation of New or Innovative Approaches to Prevent Teen Pregnancy (Tier 2B)

**Announcement Type**: New

**Announcement Number**: AH-TP2-15-002

**Catalog of Federal Domestic Assistance (CFDA) No. 93.297**

---

**Funding Opportunity Announcement**
**And**
**Application Instructions**

**Application Due Date: April 10, 2015**

# Table of Contents

Executive Summary………………………………………………………….. 3
Purpose………………………………………………………………………….5
Background…………………………………………………………………….7
Expectations of Grantees………………………………………………….13
    Proposed Intervention……………………………………………….13
    Intervention Implementation and Work Plan …………………………...16
    Collection and Use of Performance Measures…..…………………….23
    Evaluation Design Plan……………………………………………….25
    Capacity and Experience of the Organization and its Partners……………………29
    Project Management and Partnerships…………………………………...30
Cooperative Agreement Substantial Programmatic Involvement…………………….33
Authority……………………………………………………………………….34
Award Information…………………………………………………………….34
Eligibility Information………………………………………………………35
Application Responsiveness and Screening Criteria…………………………...36
Application Submission Information…………………………………………37
    1.  Information to Request Application Package………………………….37
    2.  Content and Form of Application Submission…………………………38
        a.  Important Grants.gov Information…………………………………41
        b.  Application Content……………………………………………...43
            i.  Project Narrative……………………………………...43
                1.  Proposed Intervention…….……………………...…………...43
                2.  Intervention Implementation and Work Plan………………….46
                3.  Collection and Use of Performance Measures…..…………….49
                4.  Evaluation Design Plan…………………………………….49
                5.  Capacity and Experience of the Organization and its
                    Partners………………………………………………...60
                6.  Project Management and Partnerships………..…………….63
            ii.  Budget Narrative…………………………………………65
            iii.  Appendices………………………………………………68
        c.  Submission Dates and Times……………………………………69
        d.  Intergovernmental Review……………………………………69
        e.  Funding Restrictions……………………………………………69
Application Review Information………………………………………………71
    Criteria………………………………………………………………71
    Review and Selection Process………………………………………78
Award Administration Information…………………………………………81
Agency Contacts………………………………………………………………86
Appendices……………………………………………………………………87

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**AGENCY:  Office of the Secretary, Office of the Assistant Secretary for Health, Office of Adolescent Health**

**FUNDING OPPORTUNITY TITLE:  Announcement of Availability of Funds for Rigorous Evaluation of New or Innovative Approaches to Prevent Teen Pregnancy (Tier 2B)**

**ACTION:  Notice**

**ANNOUNCEMENT TYPE:  INITIALCOMPETITIVE COOPERATIVE AGREEMENT**

**FUNDING OPPORTUNITY NUMBER: TP2-AH-15-002**

**CFDA NUMBER: 93.297**

**CFDA PROGRAM:  Teenage Pregnancy Prevention Program**

**DATES:**  Non-binding letters of intent are due **February 1, 2015**

Applications are due April 10, 2015 by 5 p.m. ET.  To receive consideration, applications must be received electronically via Grants.gov by the HHS Office of the Assistant Secretary for Health (HHS/OASH), Office of Grants Management (OGM) no later than this due date. Applications which do not meet the specified deadlines will be returned to the applicant unread. All applicants must submit electronically via Grants.gov unless they obtain a written exemption from this requirement 2 business days in advance of the deadline by the Director, HHS/OASH Office of Grants Management.  To obtain an exemption, applicants must request one via email from the HHS/OASH Office of Grants Management, and provide details as to why they are technologically unable to submit electronically through Grants.gov portal.  Requests should be submitted at least 4 business days prior to the application deadline to ensure the request can be

considered prior to 2 business days in advance of the deadline. If requesting an exemption, include the following in the e-mail request: the HHS/OASH announcement number; the organization's DUNS number; the name, address and telephone number of the organization; the name and telephone number of the Authorizing Official; the Grants.gov Tracking Number (GRANTXXXX) assigned to the submission; and a copy of the "Rejected with Errors" notification from Grants.gov. Send the request with supporting documentation to ogm.oash@hhs.gov. Note: failure to have an active System for Account Management (SAM) registration will not be grounds for receiving an exemption to the electronic submission requirement.

**The HHS/OASH Office of Grants Management will only accept applications via alternate methods (hardcopy paper via US mail or other provider or PDF via email) from applicants obtaining prior written approval.** The application must still be submitted by the deadline. Only applications submitted through the Grants.gov portal or alternate format (hardcopy paper via US mail or other service or PDF via email) with an approved written exemption will be accepted. See the heading **"APPLICATION and SUBMISSION INFORMATION"** for information on application submission mechanisms.

**To ensure adequate time to successfully submit the application, HHS/OASH recommends that applicants register as early as possible in Grants.gov** since the registration process can take up to one month. For information on registering for Grants.gov, refer to http://www.grants.gov or contact the Grants.gov Contact Center 24 hours a day, 7 days a week (excluding Federal holidays) at 1-800-518-4726 or support@grants.gov.

**Applicants are strongly encouraged to register multiple authorized organization representatives.**

**Technical Assistance:** A technical assistance webinar for potential applicants will be held on Thursday, January 29th from 3:00-5:00 pm ET (start time of 2:00 pm CT, 1:00 pm MT, 12:00 pm PT). Potential applicants should call 1-888-566-5780, passcode 3899321, and log-on to https://www.mymeetings.com/nc/join.php?i=PW1052995&p=3899321&t=c.

**EXECUTIVE SUMMARY: The HHS Office of Adolescent Health (OAH)** announces the anticipated availability of funds for Fiscal Year (FY) 2015 **cooperative agreement awards** under the authority of Division H, Title II of the Consolidated Appropriations Act, 2014 (Public Law No. 113-76), and the Continuing Resolution thus far for FY 2015 (Public Law No. 113-164), for **Rigorous Evaluation of New or Innovative Approaches to Prevent Teen Pregnancy (Tier 2B).** OAH intends to make available approximately $18 million for an estimated 30 awards.

This funding opportunity announcement (FOA) is one of a series of five (5) FOAs, each with a different focus, currently available from OAH's Teen Pregnancy Prevention (TPP) Program. Applicants may apply for more than one FOA. **This FOA provides information for applying to Rigorous Evaluation of New or Innovative Approaches to Prevent Teen Pregnancy (Tier 2B).** Other available FOAs include:

- Capacity Building to Support Replication of Evidence-Based TPP Programs (Tier 1A)
- Replicating Evidence-Based TPP Programs to Scale in Communities with the Greatest Need (Tier 1B)
- Supporting and Enabling Early Innovation to Advance Adolescent Health and Prevent Teen Pregnancy (Tier 2A)
- Effectiveness of TPP Programs Designed Specifically for Young Males (Tier 2C).

The purpose of this FOA is to increase the number of evidence-based TPP interventions available by rigorously evaluating new or innovative approaches for preventing teen pregnancy and related high risk behaviors. OAH is especially interested in expanding the evidence base for

the field of TPP by funding rigorous evaluations of innovative interventions designed to address gaps in the existing evidence, reduce disparities in teen pregnancy and associated sexual and reproductive health outcomes, and/or serve high-need populations.  This includes, but is not limited to interventions designed for older adolescents (18-19), males, rural youth, and other youth populations at disproportionate risk of teen pregnancy (see data on pages 13-14). OAH is also interested in the use of non-traditional delivery methods (i.e., non-curriculum based approaches).  The purpose of this FOA is not to enable and support early innovation that is not yet ready to be rigorously evaluated; that is the purpose of the Tier 2A FOA.

For the purposes of this FOA, OAH defines innovation broadly as new or promising approaches, strategies, interventions, or curricula, informed by scientific theory or empirical evidence that may lead to or have the potential to result in a substantial reduction in teen pregnancy rates, sexually transmitted infection (STIs) rates, and associated sexual risk behaviors. A new intervention may either be a novel or recently developed intervention or an intervention that has been in use for some years but has never been rigorously evaluated.

OAH plans to fund projects that have the potential to yield high impact results, reduce public health burden and improve population health.  OAH is looking for interventions that are not only effective, but efficient and sustainable.  The applicant must be able to demonstrate that the proposed intervention is needed, likely to reduce rates of teen pregnancy and/or adolescent risk behaviors, relevant to the target population, and able to be rigorously evaluated. For this FOA, rigorous evaluation is defined as high quality randomized controlled trials (RCTs), quasi-experimental designs (QEDs), or Regression Discontinuity Designs (RDD)  designed and implemented to meet the standards for a high or moderate rating on the HHS TPP Evidence Review (see **Appendix D** or http://tppevidencereview.aspe.hhs.gov/ReviewProtocol.aspx.)

## I. FUNDING OPPORTUNITY DESCRIPTION:

## <u>PURPOSE</u>

The purpose of this FOA is to increase the number of evidence-based TPP interventions available by rigorously evaluating new or innovative approaches for preventing teen pregnancy and related risk behaviors. The applicant must demonstrate that the proposed intervention is needed, likely to reduce rates of teen pregnancy and/or adolescent sexual risk behavior, relevant to the target population, and able to be rigorously evaluated. This is not a service delivery grant. Service may be a byproduct of the funding, but is not the purpose for this FOA.

OAH is especially interested in expanding the evidence base for the field of TPP by funding rigorous evaluations of new or innovative interventions designed to address gaps in the existing evidence and reduce adolescent sexual and reproductive health disparities. This includes, but is not limited to interventions designed for older adolescents (18-19), males, rural youth, and other youth populations at disproportionate risk of teen pregnancy (see data on page 9). OAH is also interested in the use of non-traditional delivery methods (i.e., non-curriculum based approaches).

Overall, grantees will be expected to:

- Engage the target population in the development or finalization of the intervention
- Engage in a 6-12 month planning, piloting, and readiness period
- Implement and rigorously evaluate the proposed intervention
- Ensure that intervention materials are medically accurate, age appropriate, culturally and linguistically appropriate, and inclusive of Lesbian, Gay, Bisexual, Transgender, and Questioning (LGBTQ) youth
- Collect and use performance measure data to make continuous quality improvements

☐

- Document and package the intervention to be implementation ready and able to be replicated if found to be effective
- Disseminate evaluation results and intervention information.

Interventions that are **not** acceptable for this FOA include (1) those already identified as an evidence-based TPP program by the HHS TPP Evidence Review, (2) significant adaptations of evidence-based TPP programs identified by the HHS TPP evidence review, or (3) programs currently undergoing a rigorous evaluation under the OPHS/OAH-TPP PREP Tier2-2010 FOA initially funded in FY 2010

(http://www.hhs.gov/ash/oah/news/assets/funding_announcment_research.pdf). (See a complete list in **Appendix D**).

**Supporting HHS Strategic Goals, Healthy People 2020, and the National Prevention Strategy**

This FOA supports the HHS Strategic Goals to Put Children and Youth on the Path for Successful Futures, Eliminate Health Disparities, and Accelerate the Process of Scientific Discovery to Improve Health. HHS is committed to supporting both evidence-based programs and innovative approaches for children and youth in order to positively impact a range of important social and health outcomes, including, but not limited to, teen pregnancy and STIs STIs. http://www.hhs.gov/strategic-plan/hhs-vision.html

This FOA addresses the Healthy People 2020

(http://www.healthypeople.gov/2020/default.aspx) overarching goals to (1) achieve health equity, eliminate disparities, and improve the health of all groups and (2) promote quality of life, healthy development, and healthy behaviors across all life stages. The FOA addresses several

Healthy People 2020 goals and objectives, including Family Planning Objectives 7 through 13; STD Objectives 1 and 6; HIV Objective 2; Adolescent Health Objectives 3 and 5; and the LGBT Topic Area Goal.

This FOA also supports the National Prevention Strategy's (http://www.surgeongeneral.gov/initiatives/prevention/strategy/#The Goal) overarching strategic direction to help people make healthy choices and eliminate health disparities. This FOA supports the recommendations in the reproductive and sexual health priority area to (1) provide effective sexual health education, especially for adolescents, and (2) enhance early detection of HIV, viral hepatitis, and other STIs and improve linkages to care.

## BACKGROUND

### *OAH's T*een Pregnancy Prevention Program

OAH announces the anticipated availability of FY2015 funding to support the TPP Program, which was initiated in FY 2010 as one of six major evidence-based policy initiatives across the Federal government. OAH supports two types of grants through the TPP program: (1) projects that replicate evidence-based TPP program models that have been shown to be effective through rigorous evaluation, referred to as "Tier 1" and (2) research and demonstration projects in order to develop and test additional models and innovative strategies to prevent teen pregnancy, referred to as "Tier 2." Additional information about OAH and specifically about the TPP Program can be found on the OAH website ( http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/).

Within this framework, OAH is announcing five separate FOAs, each with a different focus. Available FOAs include:

- Capacity Building to Support Replication of Evidence-Based TPP Programs (Tier 1A)
- Replicating Evidence-Based TPP Programs to Scale in Communities with the Greatest Need (Tier 1B)
- Supporting and Enabling Early Innovation to Advance Adolescent Health and Prevent Teen Pregnancy (Tier 2A)
- Rigorous Evaluation of New or Innovative Approaches to Prevent Teen Pregnancy (Tier 2B)
- Effectiveness of TPP Programs Designed Specifically for Young Males (Tier 2C)

**Status of Adolescent Sexual Risk Behaviors**

Teen pregnancy and birth rates in the United States dropped to a record low since their peak in the early 1990's. The teen birth rate declined ten percent in 2013 alone and declined 38 percent since 2007 (1). There have also been improvements in teens' sexual behavior and use of contraceptives. In 2013, about half (47%) of all high school students reported having ever had sex. In that same year among high school students who were sexually active, 86% reported using some method of contraception the last time they had sex (2).

Despite the progress that has been made to reduce teen pregnancy and sexual risk taking, there were still approximately 614,000 pregnancies to women younger than age 20 in 2010 (3) and 25% of teens in the U.S. will become pregnant at least once by the age of 20 (4). Furthermore, young people age 15 to 24 account for nearly one-half of all new cases of STDs although they only comprise one quarter of the sexually active population in the U.S. (5).

In addition, great disparities continue to exist – by age, race and ethnicity, geography, urbanicity, and among especially vulnerable populations.

- **Age** - Birth rates are much higher among older teens (47.3 per 1,000) than younger teens (12.3 per 1,000), with 2/3 of teen births to girls ages 18 to 19 and 1/3 to girls ages 17 and younger (6,7).

- **Race and Ethnicity** - In 2010, the teen pregnancy rate among non-Hispanic Black and Hispanic teen girls age 15-19 was more than twice as high as the teen pregnancy rate among non-Hispanic White teen girls age 15-19 (8). In 2012, the teen birth rate was 46 per 1,000 for Hispanic teens; 44 per 1,000 for Black, non-Hispanic teens; 35 per 1,000 for American Indian teens; 21 per 1,000 for White, non-Hispanic teens; and 10 per 1,000 for Asian/Pacific Islander teens (9).

- **Geography** - Substantial geographic variation exists in adolescent childbearing across the United States with the lowest teen birth rates reported in the Northeast, and the highest rates reported across the southern part of the country (10).

- **Urbanicity** - Teen birth rates are much higher in rural areas (43 per 1,000) compared to small-medium metro areas (36 per 1,000) and large urban cities (24 per 1,000) (11).

- **Vulnerable Populations** – Rates of teen pregnancy and teen births have been found to be higher among especially vulnerable youth, including youth in foster care, parenting teens, and LGBTQ youth. Teen girls who are in foster care are 2.5 times more likely than their counterparts who are not in foster care to get pregnant by age 19 (12). Teens who are already parents are also at increased risk of becoming pregnant again. Overall, 17% of all teen births are repeat teen births (13). Lesbian, Gay, Bisexual, and Transgender (LGBT) youth are 2-3 times more likely to be involved in a pregnancy compared to non-LGBT youth. Lesbian, Gay and Bisexual (LGB) youth are more likely to initiate sex at a very young age, have multiple partners, use alcohol and other substances before engaging in sexual intercourse; and are less likely to use contraception compared to non-LGB youth (14).

Risky behaviors are often co-occurring. Teens who drink or use drugs are at increased risk of (1) being sexually active, (2) not using contraception when they have sex, (3) having sex at an earlier age, and (4) having multiple partners (15). Teen pregnancy is also linked with various types of violence including dating violence, intimate partner violence, domestic violence and sexual abuse. Girls in high school who reported experiencing dating violence were four to six times more likely to have ever been pregnant than peers who had not experienced dating violence. Adverse childhood experiences such as physical abuse, verbal abuse, and witnessing intimate partner violence are also linked with having sex at an early age. Approximately 50 to 60 percent of adolescents who become pregnant have a history of childhood sexual or physical abuse (16).

**Gaps in the Current Evidence-Base for Teen Pregnancy Prevention**

HHS conducts the HHS TPP Evidence Review (http://tppevidencereview.aspe.hhs.gov/EvidencePrograms.aspx) which uses a systematic process for reviewing evaluation studies against a rigorous standard in order to identify programs shown effective at preventing teen pregnancies, STIs, and/or behavioral risk factors underlying teen pregnancy. The HHS TPP evidence review, first conducted in 2009 and updated periodically, is led by the HHS Office of the Assistant Secretary for Planning and Evaluation (ASPE). The most recent update was released in August 2014. There are currently 35 diverse evidence-based TPP program models identified by the HHS TPP Evidence Review.

In 2013, ASPE produced a working paper on the HHS TPP evidence review that notes the need for more research on TPP for specific populations at high risk for teen pregnancies or STIs and identifies gaps in the existing evidence base (22). Grantees currently funded under

OPHS/OAH-TPP PREP Tier 2-2010 FOA (http://www.hhs.gov/ash/oah/grants/grantee-map.html) are working to address some of the existing gaps; however there continue to be gaps in the evidence base. There are limited evidence-based TPP programs currently available for many populations at disproportionate risk for teen pregnancy, including:

- **Older teens** – Few of the evidence-based TPP programs were designed and evaluated specifically for older teens (ages 18-19). Only one grantee funded under the OPHS/OAH-TPP PREP Tier2-2010 FOA is developing and evaluating a program for older teens.

- **Males** - Currently, there are no evidence-based TPP programs designed specifically for males and only one grantee funded under the OPHS/OAH-TPP PREP Tier2-2010 FOA is developing and evaluating a program specifically for males.

- **LGBTQ youth** – To date, there are no evidence-based TPP programs specifically tailored to the needs of LGBTQ youth and none under development under the OPHS/OAH-TPP PREP Tier2-2010 FOA.

- **Rural youth** – Relatively few of the evidence-based TPP programs were designed and evaluated specifically for use in rural areas and only one program is being developed and evaluated for rural youth under the OPHS/OAH-TPP PREP Tier2-2010 FOA. Furthermore, some of the studies assessed by the HHS TPP evidence review suggest that youth residing in rural areas may respond differently to programs originally developed in urban settings (22).

- **Latino/Hispanic youth** - Only two of the evidence-based TPP programs are designed specifically for Latino youth. Five additional evidence-based TPP programs were evaluated with predominately Latino research samples; however, the interventions are

not culturally tailored for Latinos (22). Only one grantee funded under the OPHS/OAH-TPP PREP Tier2-2010 FOA is developing and evaluating a program designed specifically for Latino youth.

- **Native American/American Indian youth** – Currently, there are no evidence-based TPP programs designed specifically for Native American or American Indian youth. Three grantees funded under the OPHS/OAH-TPP PREP Tier2-2010 FOA are developing and evaluating programs specifically designed for Native American youth.

- **Expectant and parenting teens** – Two of the evidence-based TPP programs are designed specifically for pregnant and parenting teens and another two are currently being tested under the OPHS/OAH-TPP PREP Tier2-2010 FOA.

- **Foster care youth** - Currently, there are no evidence-based TPP programs designed specifically for youth in foster care. One grantee funded under the OPHS/OAH-TPP PREP Tier2-2010 FOA is developing and evaluating a program specifically for foster care youth.

In addition, many of the evidence-based TPP programs identified by the HHS TPP evidence review were created more than a decade ago (23), and as a result, many do not address the role of technology or use technology for program delivery. According to the Pew Research Center's Internet Project, in 2012, 95% of all teens (ages 12-17) in the US used the internet, and three-fourths of teens accessed the internet via mobile devices such as cellular telephones or tablets (24). The use of internet, texting, and mobile devices was relatively consistent across teens of various socioeconomic and racial groups (25). Interventions which incorporate technologies, such as internet and social media, have strong potential to reach teens of diverse racial, ethnic and socio-economic backgrounds. Further, these interventions have the potential to reach

adolescents in communities with limited school-based TPP programming, as well as youth who have transient living arrangements, such as youth in foster care (26).

Gaps also exist in the current evidence-base related to the program's focus. Most of the current evidence-based TPP programs are designed to be delivered directly to youth. Few evidence-based TPP programs are available where the focus is on families, schools, neighborhoods, environments, addressing norms, etc. Only one evidence-based TPP program is designed for working with parents and one other evidence-based TPP program is designed as a systems-level approach for working with an entire school. Furthermore, many of the current evidence-based TPP programs do not address topics important to preventing teen pregnancy, such as cultural norms, gender equity, economic and educational opportunities, and healthy relationships.

## **EXPECTATIONS OF GRANTEES**

Included below are OAH's expectations of grantees throughout the five-year project period. Failure of a grantee to meet major milestones as required/defined by OAH may result in the discontinuation of grant funding at any time during the project period.

The applicant should include a clear and thorough description of the proposed intervention that demonstrates why the intervention is promising, innovative, feasible, and likely to have a significant impact on reducing teen pregnancy and existing disparities. The applicant should describe the:

- **Intervention Content and Implementation** – The applicant should clearly describe the content of the intervention and how the intervention will be implemented. The reader should be able to understand what participants will receive. The applicant should also describe what components of the intervention (e.g., curriculum, training materials, identification of core components, fidelity monitoring tools) are already developed and which would need to be developed during the planning year. The applicant should describe how the intervention content or implementation is innovative. The applicant should demonstrate that the intervention is feasible to implement in the target setting.

- **Target Population and Need** – The target population for interventions funded under this announcement should be individuals, families of individuals, or professionals who work closely with individuals, 19 years of age or under at program entry. Youth who are not yet teenagers are eligible if the intent of the proposed intervention is to prevent teen pregnancy. Furthermore, young men older than 19 years who are at high risk for fathering a teen pregnancy are also eligible.

  The applicant should describe the target population for the proposed intervention. The applicant should describe the needs of the target population related to teen pregnancy, prevalence of STIs including HIV, risk behaviors, and existing disparities. The applicant should demonstrate that the proposed intervention will address the needs of the target population, fill existing gaps in the HHS TPP evidence review, and is a good fit for the target population. The applicant should also provide evidence that the proposed intervention is relevant, accessible, and likely to resonate with the target population.

- **Theoretical Framework Supporting the Intervention** - The applicant is expected to explain the theoretical framework supporting the intervention. The concepts (key variables) that make up the theoretical framework should be defined and used to guide the hypotheses and chosen research methods.

- **Logic Model**- The applicant is expected to describe the proposed intervention through a detailed logic model that clearly depicts the inputs and activities of the project and the intended outputs and outcomes (short- and long-term). The applicant must clearly explain how the logic model links elements to intended intervention outcomes. The emphasis should be on teen pregnancy-related outcomes, although OAH strongly encourages applicants to consider additional, related outcomes (e.g., education attainment, job readiness, mental health).

- **Formative Research**– The applicant should summarize all formative research that led to the development of the intervention. The formative research should provide justification for why the intervention is likely to result in the proposed outcomes.

- **Scientific Evidence Supporting the Intervention** - The applicant is expected to present scientific evidence to support the proposed intervention and demonstrate its likelihood for success. This should include results of all previous evaluations of the intervention (published and unpublished) and other supporting evidence from the literature. If previous evaluations did not lead to anticipated outcomes, the applicant must describe why, and what will be done differently in the proposed implementation and evaluation of the intervention. This should include documentation of any evaluations of the intervention that have been reviewed for the HHS TPP Evidence Review with a

description of why the intervention did not receive a high or moderate rating and what would be done differently with the newly proposed evaluation. Interventions that have undergone multiple evaluations and have not been found to be effective are not good candidates for this FOA. The applicant bears the burden to describe the potential of an intervention to be effective.

- **Memorandum of Understanding (MOU) with the Copyright Holder (if applicable)** - Applicants who choose to use any copyrighted materials in their proposed project must include a signed MOU with the developer or purveyor of the materials that demonstrates that the applicant has permission to use the materials as planned. This should include, but is not limited to, permission to use the materials as proposed in the application, alter them as needed for compliance with OAH medical accuracy review, and document and disseminate evaluation results. Without an MOU with the developer or purveyor the project will not be funded for implementation by OAH.

## INTERVENTION IMPLEMENTATION & WORKPLAN

### Work plan

Applicants are expected to submit a detailed work plan (as an appendix) for the five-year project period that includes goals, SMART objectives (specific, measurable, achievable, realistic, and time-framed), and activities for developing and evaluating the proposed intervention. An example work plan template is included in **Appendix E**, or this can be provided in a different format.

Overall, the work plan should include the applicant's plans to:

- Engage the target population in the development or finalization of the intervention
- Engage in a 6-12 month planning, piloting, and readiness period

- Implement and rigorously evaluate the proposed intervention

- Ensure that intervention materials are medically accurate, age appropriate, culturally and linguistically appropriate, and inclusive of LGBTQ youth

- Collect and use performance measure data to make continuous quality improvements

- Document and package the intervention to be implementation ready and able to be replicated if found to be effective

- Disseminate evaluation results and intervention information.

**Engage the target population in the development of the intervention**

The applicant should describe strategies for engaging members of the target population in the development and implementation of the proposed intervention. The target population should provide significant input into the development and implementation of the intervention to ensure that it addresses needs, fills existing gaps and does not duplicate programs or services already available, and is a good fit. Members of the target population should also provide feedback to ensure that the intervention is relevant to and likely to resonate.

**Engaging in a 6-12 month planning, piloting, and readiness period**

During the first 12 months of the first grant year, grantees will engage in a planning, piloting and readiness period. This period should be devoted to hiring and training staff; finalizing partnerships; refining and finalizing intervention materials; pilot testing intervention materials and evaluation instruments; finalizing the evaluation plan and obtaining approval from the Institutional Review Board (IRB); ensuring readiness of intervention sites; and otherwise ensuring readiness for full implementation. The duration of the length of the planning period is

contingent upon each grantee's demonstrated readiness, but will not exceed 12 months. The specific milestones that grantees will be expected to successfully complete by the end of the planning period are included in **Appendix G**. Continued funding for full implementation is contingent on the recipient's satisfactory progress in meeting planning period milestones and the continued availability of funds.

**Implement and rigorously evaluate the proposed intervention**

The applicant should describe how and by whom the intervention will be implemented. The application must include signed MOUs with all implementation partners that clearly outline the roles and responsibilities of the applicant and each partner. The work plan should include activities to monitor implementation partners to ensure accomplishment of objectives and activities. The purpose of this FOA is to rigorously evaluate new and innovative interventions to prevent teen pregnancy. The purpose is not service delivery. As a result, it is expected that applicants not implement the intervention with participants outside of the rigorous evaluation.

The applicant should describe the core components of the intervention and how the proposed team will ensure the intervention is implemented with fidelity and quality. The core components are the parts of the intervention or its implementation hypothesized, or determined by the developer, to be the key ingredients related to achieving the outcomes associated with the intervention. Fidelity refers to the degree to which an implementer adheres to the core components of an intervention. Successful applicants will be required to implement the proposed intervention with fidelity.

Funded grantees will be required to monitor the extent to which the intervention is implemented with fidelity and quality. Grantees will establish and implement a fidelity

monitoring plan that includes, at a minimum, collecting data on fidelity and quality of implementation, reviewing and analyzing data on a regular basis, using data to provide feedback to facilitators and staff, and using the data to make continuous quality improvements to the implementation of the intervention. Grantees will collect and report to OAH fidelity monitoring data from program facilitators as well as data on fidelity and implementation quality from observations of at least 10% of all intervention sessions (OMB #0990-0390, Expiration Date: May 31, 2015, pending renewal).

Applicants should describe strategies planned to ensure that participants are actively engaged in the intervention and retained to receive the majority of the intervention. The work plan should also include any additional activities planned to support implementation of the intervention (e.g., parent information sessions, providing snacks or transportation to intervention participants, use of social media to stay connected with intervention participants).

Applicants are expected to implement interventions in environments that are positive, safe, supportive, and healthy for all youth and their families. This includes, but is not limited to, ensuring inclusivity of all youth, including LGTBQ youth, applying Positive Youth Development practices when interacting with youth, and using a trauma-informed approach. OAH expects that all successful award recipients will ensure that services are widely accessible by not discriminating on the basis of sexual orientation or gender identity. Grantees are also encouraged to establish and maintain linkages and referrals to a network of organizations and healthcare professionals who can provide high-quality, youth-friendly healthcare services for participants.

Applicants are expected to conduct a rigorous, large-scale evaluation of their intervention. The evaluation should adhere to the standards of the HHS TPP evidence review (see **Appendix D** or http://tppevidencereview.aspe.hhs.gov/ReviewProtocol.aspx.) Applicants are expected to include a detailed evaluation design plan which should describe the research questions or hypotheses to be studied, target population to be studied, the services provided (if any) to the control group, participant assignment methods, participant recruitment methods, consent methods,  participant tracking methods, participant retention methods, data collection plan (including timeline for data collection and power analysis), evaluation monitoring processes, and an overview of the evaluator's qualifications to conduct the research.  A detailed description of the evaluation design expectations may be found within the application (see pages 49-60). Applicants are also expected to include an objective(s) and activities for conducting the rigorous evaluation in the work plan.  The evaluation activities included each year should align with the applicant's evaluation design plan and should identify who is responsible for each activity.

**Ensure intervention materials are medically accurate, age appropriate, culturally and linguistically appropriate, and inclusive of LGBTQ youth**

Applicants will ensure that program materials, including all materials associated with the intervention and control and any supplemental materials (i.e. curricula, facilitator and participant manuals, videos, podcasts, posters, scripts, participant booklets, pamphlets, and handouts) are medically accurate, complete, and age appropriate, and should ensure that all materials are culturally and linguistically appropriate, and inclusive of LGBTQ youth.  Interventions should be implemented in environments that are positive, safe, supportive, and healthy for all youth and their families. Definitions of all terms can be found in **Appendix B**.

To ensure that the most current science is reflected in the program materials, successful applicants will be required to submit all program materials prior to use in the project to OAH for a medical accuracy review. While the applicant should identify the intervention proposed for use in the grant, program materials should not be submitted with the grant application. Grantees should do an initial review of the materials for medical accuracy prior to submitting to OAH for final review. The review of materials for medical accuracy will occur prior to the use of any materials in the OAH-funded grant program. Grantees will not be able to begin implementation of materials until after the OAH medical accuracy review is complete and any required modifications have been made. The grantee must verify that all modifications have been made and accepted by OAH.

Grantees should also review all program materials for use in the project for age appropriateness, cultural and linguistic appropriateness, and inclusivity of LGBTQ youth prior to use in the grant. Review of program materials should be conducted after an application is approved for funding using guidance and templates provided by OAH. Grantees are expected to inform OAH of their review process, results, and changes made to ensure that all materials are age appropriate, culturally and linguistically appropriate, and inclusive of LGBTQ youth.

Grantees will be expected to finalize all intervention materials prior to beginning the rigorous evaluation. Once the evaluation has begun, grantees should not make changes to the intervention materials to avoid negatively impacting the evaluation.

**Document and Package the Intervention to be Implementation Ready**

By the end of the five-year grant, all applicants funded under this announcement will document their intervention with sufficient detail so it is implementation-ready and can be

replicated by others. Grantees will provide to OAH a complete electronic package of the final implementation-ready intervention prior to the end of the grant. To be implementation-ready, an intervention must have clearly defined program materials and components, necessary staff supports and training, and specified guidelines and tools for monitoring fidelity. Implementation-ready interventions must include all of the necessary components that will allow the intervention to be effectively implemented by someone other than the original developer. OAH implementation readiness guidance is available at http://www.hhs.gov/ash/oah/oah-initiatives/for-grantees/program-guidance/Assets/tpp_packaging_guidance.pdf.

**Disseminate Evaluation Results and Intervention Information**

Grantees will be expected to disseminate their evaluation findings and lessons learned through publications in peer review journals and presentations at professional conferences. In addition to the traditional methods of dissemination, grantees should also communicate information about the intervention to stakeholders through less formal methods to maximize understanding of project impact.

Applicants should develop a plan for widely disseminating the results of the evaluation, including implementation evaluation results, outcome evaluation results, lessons learned, successes, and challenges with key stakeholders including members of the target population, and internal and external partners at the local, state, and national levels. OAH expects the dissemination plan will include publication of at least one article in a peer-reviewed journal and presentations at professional conferences. In addition to disseminating information about the evaluation results, grantees will be expected to prepare and implement a plan for disseminating

information about the intervention, when appropriate, to key stakeholders and organizations who may be interested in replicating the intervention in the future.

Grantees should be aware that Federal funding cannot be used for fundraising activities or lobbying. Grantees must comply with the restrictions on lobbying as set out in 45 CFR Part 93. Activities that fall into these categories should not be included in the grantee's work plan or budget.

## COLLECTION AND USE OF PERFORMANCE MEASURES

Performance measures are critical for accountability purposes. OAH uses performance measures to demonstrate whether grant projects are making sufficient progress toward their stated missions and are serving the public interest. Performance measures are also critical for continuous quality improvement, informing stakeholders of progress, and informing sustainability efforts.

All grantees are expected to collect and report on a common set of performance measures to assess the implementation of the intervention (OMB #0990-0390, Expiration May 2015, pending renewal). The measures were approved by the Office of Management and Budget for collection and reporting in 2012. OAH will seek renewal to collect these measures in 2015. The broad categories of measures include reach, dosage of intervention, fidelity and quality, linkages and referrals to healthcare services, cost of implementing the intervention, sustainability, partnerships, trainings, and dissemination. In addition, grantees will be expected to collect and report as performance measures outcome questions on their survey instruments from all study participants (that is, both intervention and control groups) in the 7th grade and up. The list of

outcome performance measures is included within **Appendix H**. The survey questions should be collected across the duration of the evaluation study.

Grantees should use and report to OAH on the existing performance measures to the extent possible, however the existing performance measures were developed primarily for curricula-based programs. Applicants who propose to implement and evaluate a non-curriculum based intervention may need to propose proxy measures to collect some of the measures. Grantees will work closely with OAH to review existing performance measures and revise as necessary to ensure relevance to their funded intervention. .

Measures must be collected for every participant (at the individual level) served with the intervention. Performance measure data must be linked to the individual. Non-identifying identification (ID) numbers will be required for all intervention participants. For each participant, grantees must provide demographic and attendance data linked to that participant ID number.

Grantees must collect all performance measures and report to OAH on a semi-annual basis. Applicants should review relevant state laws, school district policies, and other administrative procedures of their sites or partner organizations to ensure the feasibility of data collection. If necessary, applicants should obtain any necessary permissions (formal agreements with partners, consent forms to parent/guardians, copies of school district approvals, citation to state law, etc.) to collect these data. It is the responsibility of the applicant to produce proof of ability to collect required performance measure data. There are no exceptions or waivers for this requirement. Failure to collect and report on the full set of performance measures at any time during the grant cycle may result in loss of continued funding.

All grantees are expected to conduct a rigorous impact evaluation of their proposed intervention against a counterfactual (control) condition. The evaluation is expected to meet the standards for either a high or moderate rating on the HHS TPP Evidence Review (see **Appendix D** or http://tppevidencereview.aspe.hhs.gov/ReviewProtocol.aspx).

Evaluation designs consistent with the standards of the HHS TPP evidence review may be either RCTs, QEDs, or Regression Discontinuity Design (RDD) (also known as Between Groups Design-Formed by Cut-Off). All randomized evaluations are expected to use the intent-to-treat (ITT) framework for analyses, in which evaluators compare the outcomes of participants (or groups of participants) between those who were assigned to receive the intervention and those who were not assigned to the intervention. Use of the Treatment on Treated (TOT) Framework is allowable for supplemental analyses.

Applicants are expected to have focused research questions and hypotheses that are relevant to their proposed target intervention and aligned with the logic model. Applicants should commit to tracking at least 1 confirmatory outcome related to a measure of sexual risk behavior or its consequences as described within the standards of the HHS TPP Evidence Review (i.e., initiation of sexual activity, frequency of sex, number of sexual partners, contraceptive use, STIs, pregnancies, births). Applicants are also highly encouraged to include plans to define, operationalize, and validate the core components of the intervention.

OAH anticipates that grantees would not collect survey data for more than 3 points in time: baseline, 1 short term follow-up (e.g., between 0-6 months-1 year post-intervention), and 1 long-term follow-up (e.g., 9 months or more post-intervention). Any additional data points

proposed beyond these three points would need to be justified and discussed for feasibility and necessity with OAH. If surveys are not feasible, the applicant should clearly describe why survey data will not be collected and describe what secondary data sources would be used to track the TPP outcome in both the intervention and counterfactual (control) groups. In addition, applicants are permitted and encouraged to collect additional outcomes (e.g., educational attainment, job readiness, mental health) that are relevant to the proposed intervention and included within the logic model. Applicants will be expected to track and evaluate the cost of implementing the intervention.

Use of an independent evaluator[1] is strongly encouraged. Applicants should demonstrate the capability of their lead evaluator to design and implement an evaluation that adheres to the standards of the HHS TPP evidence review. References to the evaluator's prior, rigorous evaluations that would meet the HHS TPP evidence review standards, conducted with similar populations, in similar contexts, and to similar scale (that is, a similar number of sites) should be provided.

Evaluation plans should include each of the following components: (1) Detailed description of the intervention; (2) Impact evaluation design; (3) Implementation study design; and (4) Evaluation processes. More information on the importance of these components can be found in the brief, Planning Evaluations Designed to Meet Scientific Standards: Communicating Key Components of the Plan for a Rigorous and Useful Evaluation of a Teenage Pregnancy Prevention Program available at http://www.hhs.gov/ash/oah/oah-

---

[1] [illegible footnote text]

initiatives/assets/ta_update_1.pdf (28). A description of what should be included to describe the Evaluation Design Plan in the application is included on pages 49-60.

Note: For RCTs, the design, plans and processes for implementation must be consistent with a study that will be rated as having a high quality of evidence, per HHS TPP evidence review standards. For QEDs, the design, plans and processes for implementation must be consistent with a study that will be rated as having a moderate quality of evidence, per HHS TPP evidence review standards. Because evidence standards evolve over time, evaluators should use current standards as guidelines, while also demonstrating an ability to implement and understand best practices for evaluation, above and beyond the current HHS TPP evidence review standards. Grantees and their evaluators will work extensively with OAH's evaluation technical assistance provider, throughout the project period, to ensure the evaluation is well designed and implemented in accordance with both HHS TPP evidence review standards and best practices.

All grantees will be required to participate in OAH's Evaluation Technical Assistance and are expected to implement the recommendations from OAH regarding evaluation technical assistance. Upon funding, through the evaluation technical assistance provider, OAH will review the proposed evaluation design to ensure the design is in a strong position to meet the HHS TPP evidence standards. Revisions to the proposed evaluation design may be required. In addition, OAH through the evaluation technical assistance provider will conduct ongoing monitoring and reporting on the status of each evaluation.

During the planning and piloting period, which is expected to last up to 1 year, grantees are expected to work with OAH to refine, improve, pilot and make any necessary changes to the evaluation design or methods. In addition, during the planning and pilot year, grantees will be

expected to obtain any and all necessary IRB approvals for the evaluation. By the end of Year 1, grantees are expected to have their evaluation plans approved by OAH to be able to begin the evaluation. Failure of a grantee to receive OAH approval for their evaluation plan by the end of year one may result in the no funding for year 2 or termination.

Funded grantees will be expected to transfer data collected through these federal funds to the Federal Government by the end of the grant period. Well in advance of transferring, funded grantees should consult with their OAH Project Officer regarding appropriate data files and documentation to ensure appropriate maintenance and security of all types of data obtained through the grant to allow for subsequent transfer.

In addition to, <u>but NOT in place of</u> a rigorous outcome evaluation that meets the standards of the HHS TPP evidence review, grantees may be permitted, with OAH approval, to conduct additional research, such as qualitative analyses of the intervention. Further, as a condition of the grant award, all funded grantees will be required to participate in a Federal evaluation, if selected, and agree to follow all evaluation protocols established by HHS or its designee. Projects selected for participation in the Federal evaluation will no longer be expected to have a separate grantee-level evaluation and will be required to direct their evaluation budget to support evaluation activities related to the Federal level evaluation.

Table 1. Evaluation Milestones and Timing for Reporting in Semi-Annual Progress Reports

| Evaluation Milestone | Timing |
|---|---|
| Revised evaluation design | Year 1 |
| Evaluation abstract (2-3 pages) | Year 2 |
| Implementation analysis plan (5-6 pages) | Year 2 |
| CONSORT diagram and baseline equivalence tables | Twice yearly for the duration of data collection |
| Impact analysis plan (10-15 pages) | Year 3 |
| Final impact evaluation report (20 pages) | Year 5 |
| Final evaluation abstract (3-4 pages) | Year 5 |

## CAPACITY AND EXPERIENCE OF THE ORGANIZATION AND ITS PARTNERS

The successful applicant and its partners collectively must be able to demonstrate experience relevant to all aspects of implementing the intervention at the time of application, including:

- Experience in intervention development, particularly interventions aimed at improving outcomes related to TPP and intended for the target population

- Experience implementing TPP programs

- Experience implementing interventions with the target population and within the target setting(s) where the intervention will be implemented

- Experience overseeing and implementing a rigorous evaluation and using advanced statistical methods relevant to analyzing intervention outcomes, including evidence that the proposed PI or a key member of the project team has been the PI or co-PI on at least one study that involved a rigorous evaluation of an intervention, preferably conducted with the target population.

- Ability to recruit a sample of the target population large enough to meet the sample size estimates indicated by power analysis for the proposed evaluation (pages 55-56)

- Capacity and experience accessing and working with large groups of the target population, including evidence of successful recruitment, engagement of the target population throughout the intervention (i.e., program dosage), and high-levels of retention at short- and long-term evaluation follow-ups.

- Experience disseminating evaluation findings and lessons learned in peer-reviewed publications and presentations at professional meetings

- Experience collecting performance measure data and using data for continuous quality improvement.

The successful applicant must describe its organizational capacity for managing the proposed project. Specifically, the applicant should:

- Describe how well the proposed intervention aligns with the organization's mission.
- Describe the organization's existing infrastructure and its ability to support and manage a project of this size and scope within the existing infrastructure.
- Describe how the organization effectively and efficiently manages financial resources, staff performance and strategic relationships with partner organizations.
- Describe how data is used to achieve sustainable impacts and make continuous quality improvements.
- Describe policies that the organization has in place to prohibit discrimination in the provision of services on the basis of age, disability, sex, race, color, national origin, religion, sexual orientation or gender identity and how the policies are enforced.
- Describe anticipated challenges or risks to the project and the organization's capacity to address the challenges and/or risks.

## PROJECT MANAGEMENT & PARTNERSHIPS

The applicant should propose an experienced team to manage, implement, and evaluate the proposed intervention. Applicants should include a clear description of the roles and responsibilities of all proposed staff, including the Principal Investigator (PI)/Project Director (PD) and Lead Evaluator on the project. If the PI/PD and the Lead Evaluator are proposed to be the same person, the applicant should ensure that there is a designated person who would serve as a Program Coordinator/Manager and be involved in the oversight of the intervention's implementation. The PI/PD, Lead Evaluator, and Program Coordinator/Manager are considered

key personnel on the grant. The PI/PD should be responsible for all grant-related milestones. Applicants should include resumes for key staff in the appendices of the application.

The PI/PD, Lead Evaluator, Program Coordinator/Manager, and project team are expected to collectively have experience and training relevant to all aspects of the project, including:

- Experience in intervention development, particularly interventions aimed at improving outcomes related to TPP and intended for the target population
- Experience implementing TPP programs
- Experience implementing interventions with the target population and within the target setting(s) where the intervention will be implemented at the size and scope proposed in the application
- Experience overseeing and implementing a rigorous evaluation of the size and scope proposed in the application, including evidence that the proposed PI or a key member of the project team has been the PI or co-PI on at least one study that involved a rigorous evaluation of an intervention, preferably conducted with the target population.
- Ability to recruit a sample of the target population large enough to meet the sample size estimates indicated by power analysis for the proposed evaluation (page 55)
- Capacity and experience accessing and working with large groups of the target population, including evidence of successful recruitment, engagement of the target population throughout the intervention, and high-levels of retention at short- and long-term evaluation follow-ups.
- Experience disseminating evaluation findings and lessons learned in peer-reviewed publications and presentations at professional meetings

- Experience collecting performance measure data and using data for continuous quality improvement

The application should include a description of who will be responsible for reviewing evaluation plans provided by the evaluator(s) and their qualifications to do so. The description of oversight should discuss how the grantee will make sure that the evaluator stays on schedule, produces the required evaluation products (e.g., design, instruments, data, analysis, reports), and how the project team will provide oversight to determine the quality of the products and whether they meet standards of research evidence and the rigorous requirements of OAH.

The applicant should identify any project- related experience that the proposed team lacks at the time of application. If the project team is lacking any expertise needed to implement and evaluate the proposed intervention at the time of application, the applicant should describe how and when the project team will gain that expertise, including but not limited to: hiring new staff (must include position description in the appendices), subcontracting expertise, and/or collaborating with partners (need to include letters of commitment or MOUs from sites).

The applicant should develop a plan to ensure that all staff responsible for implementing and evaluating the intervention are well trained and prepared to successfully fulfill their roles and responsibilities. The goal is to hire and retain staff who are qualified, well-trained, and actively engaged. Grantees will be expected to assess the professional development needs of staff on a regular basis and use the results to develop a plan for providing ongoing professional development and support for staff.

Applicants may use partnerships to fulfill the capacity needs for successfully completing the project. All partnerships and collaborations to support intervention implementation and

⬜

evaluation should be established in writing prior to the application submission, and preferably have previous successful collaborations together. The application should include signed MOUs (in the appendix) with all partners that will assist with intervention implementation and evaluation that clearly outline the applicant and partner roles, responsibilities, and expectations. If the applicant is not able to execute MOUs at the time of application, the application should include signed Letters of Commitment to demonstrate support and describe roles on the project for the proposed intervention from all key implementation partners.

⬜⬜ ⬜⬜⬜⬜⬜⬜⬜ ⬜ ⬜⬜⬜⬜⬜ ⬜⬜⬜ ⬜⬜⬜⬜⬜⬜⬜⬜⬜ ⬜⬜⬜⬜⬜⬜⬜ ⬜ ⬜⬜⬜ ⬜⬜⬜⬜⬜⬜⬜ ⬜⬜⬜ ⬜⬜ ⬜⬜⬜⬜⬜⬜⬜ ⬜⬜⬜⬜⬜⬜

Awards will be in the form of a five-year cooperative agreement with the grantee. A cooperative agreement, as opposed to a grant, is an award instrument of financial assistance where substantial programmatic involvement is anticipated between OAH and the grantee during performance of the project or activity.

In addition to the usual monitoring and technical assistance provided under the cooperative agreement (e.g., assistance from assigned Federal project officer, monthly conference calls, occasional site visits, ongoing review of plans and progress, participation in relevant meetings, provision of training and technical assistance), **OAH substantial programmatic involvement will include:**

1) Identification of other awardees and organizations with whom the awardee may be asked to develop cooperative and collaborative relationships and partnerships.
2) Prior approval for change of time that Key Personnel are dedicated to the project and for replacement of Key Personnel.
3) Assisting the awardee to establish, review, and update priorities for activities conducted under the auspices of this cooperative agreement.

⬜

4) Consulting with the awardee throughout the preparation and dissemination of materials related to the grant.
5) Review of recipient progress during the planning period and approval to move forward with full implementation.
6) Review and approval of implementation plans prior to implementation, evaluation design plan prior to initiating the evaluation, and evaluation analysis plans prior to beginning analyses
7) Review all program materials prior to use in the project to ensure the materials are medically accurate and complete.

**AUTHORITY:** Division H, Title II of the Consolidated Appropriations Act, 2014 (Public Law No. 113-76), and the Continuing Resolution thus far for FY 2015 (Public Law No. 113-164).

## II. AWARD INFORMATION

The HHS Office of Adolescent Health intends to make available approximately $18 million for competing cooperative agreements

Grants will be funded in annual increments (budget periods) and are generally approved for a project period of up to five years, although shorter project periods may be approved. Funding for all approved budget periods beyond the first year of the grant is generally level with the initial award amount and is contingent upon the availability of funds, satisfactory progress of the project, and adequate stewardship of Federal funds.

Award Information

Estimated Funds Available for Competition: $18 million

Anticipated Number of Awards: 30

Range of Awards: $400,000 - $1,000,000 per budget period

Anticipated Start Date: 07/01/2015

Period of Performance: Not to exceed 5 years

Budget Period Length: 12 months

Type of Award: Cooperative Agreement. Agency substantial involvement is outlined in Section I.

Type of Application Accepted: Electronic via Grants.gov **ONLY unless an exemption is granted**

## III. ELIGIBILITY INFORMATION

1.  Eligible Applicants include:

    - Nonprofit with or without 501C3 IRS status (other than institution of higher education)

    - For-profit organizations (other than small business)

    - Small, minority, and women-owned businesses

    - Universities and colleges

    - Research institutions

    - Hospitals

    - Community-based organization

    - Faith-based organizations

    - Federally recognized or state-recognized American Indian/Alaska Native tribal governments

    - American Indian/Alaska Native tribally designated organizations

    - Alaska Native health corporations

    - Urban Indian health organizations

    - Tribal epidemiology centers

- State and local governments or their Bona Fide Agents (this includes the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, the Commonwealth of the Northern Mariana Islands, American Samoa, Guam, the Federal States of Micronesia, the Republic of the Marshall Islands, and the Republic of Palau)
- Political subdivisions of States (in consultation with States)

2. Cost Sharing or Matching: None

3. Responsive and Screening Criteria

**Application Responsiveness Criteria**

Applications will be reviewed to determine whether they meet the following responsiveness criteria. Those that do not will be administratively eliminated from the competition and will not be reviewed.

The applicant appears to have demonstrated:

- An Evaluation Design Plan is included in the Project Narrative as indicated on pages 49-60.

**Application Screening Criteria**

All applications appropriately submitted will be screened to assure a level playing field for all applicants. If duplicate applications from the same organization for the same project are successfully submitted, only the last application received by the deadline will be reviewed. Applications that fail to meet the screening criteria described below will **not** be reviewed and will receive **no** further consideration.

1. Applications must be submitted electronically via □ □ □ ▒▒▒▒▒▒▒▒▒ (unless an exemption was granted 2 business days prior to the deadline) by April 10, 2015.

2. The Project Narrative section of the application must be double-spaced, on the equivalent of 8 ½ " x 11" inch page size, with 1" margins on all sides (top, bottom, left and right) and font size not less than 12 points.

3. The Project Narrative must not exceed 50 pages. NOTE: The following items do not count toward the page limit: all required forms, including SF-424, SF-424A, SF-424B, SF-LLL, Project Abstract Summary and Budget narrative.

4. The total application including Appendices must not exceed 100 pages. NOTE: items noted above do not count toward total page limit.

5. Proposed budget does not exceed maximum indicated in Range of Awards.

6. The application has met the **Application Responsiveness Criteria** outlined above.

## IV. APPLICATION AND SUBMISSIONINFORMATION

1. Information to Request Application Package

Application packages may be obtained electronically by accessing Grants.gov at ▒▒▒▒▒▒ □ □ ▒▒▒▒▒▒▒▒. If you have problems accessing the application or difficulty downloading, contact:

Grant Operations Center, Office of Grants Management Operations Center, telephone 1-888-203-6161, or email ASH@LCGnet.com.

2. Content and Form of Application Submission

**Letter of Intent**

Prospective applicants are asked to submit a letter of intent as early as possible, but no later than the **deadline indicated in DATES on page 1 of this announcement**. Although a letter of intent is not required, is not binding, and does not enter into the review of a subsequent application, the information that it contains allows HHS/OASH to estimate the potential review workload and plan the review. The letter of intent should be sent to the address listed under the AGENCY CONTACTS section below. The letter of intent should include a descriptive title of the proposed project, the name, address and telephone number for the designated authorized representative of the applicant organization, and the FOA number and title of this announcement.

Application Format

Applications must be prepared using forms and information provided in the online grant application package.

**The Project Narrative, and total application including appendices, must adhere to the page limit indicated in Application Screening Criteria. Project Narrative pages must be double-spaced.**

The applicant should use an easily readable typeface, such as Times New Roman or Arial, 12-point font. Tables may be single spaced and use alternate fonts but must be easily readable. The page limit does not include budget, budget narrative/ justification, required forms, assurances, and certifications as described in Application Screening Criteria. All pages, charts, figures, and tables, whether in the narrative or appendices, should be numbered. Applications that exceed the specified page limits when printed on 8.5" X 11" paper by HHS/OASH/OGM will not be considered. We recommend applicants print out their applications before submitting electronically to ensure that they are within the page limit and are easily readable.

## Appendices

Appendices should include any specific documents outlined in the Application Content section of this FOA. If not specified, appendices may include curriculum vitae, organizational structure, examples of organizational capabilities, or other supplemental information which supports the application. Brochures and bound materials should not be submitted. Appendices are for supportive information only and should be clearly labeled. All information that is critical to the proposed project should be included in the body of the application. Appendices created specifically for the application should use the same formatting required for the Project Narrative, including double-line spacing. However, appendix documents that were not created directly in response to this funding announcement, especially those imported from other sources and documents, may use other formatting but must be easily readable (e.g., organizational structure).

## Project Abstract

Applicants must complete the Project Abstract Summary form provided in the application package. The abstract will be used to provide reviewers with an overview of the application, and will form the basis for the application summary in grants management and program summary documents. Abstracts may be published by HHS/OASH and should not include sensitive or proprietary information.

## Budget Narrative

The Budget Narrative text should use the formatting required of the Project Narrative for the explanatory text. Budget tables may be single-spaced but should be laid out in an easily-readable format and within the printable margins of the page.

Electronic Submission

The HHS Office of the Assistant Secretary for Health (HHS/OASH) requires all applications be submitted electronically via the Grants.gov portal unless an exemption has been granted. Any applications submitted via any other means of electronic communication, including facsimile or electronic mail, will not be accepted for review.

You may access the Grants.gov website portal at http://www.grants.gov. All HHS/OASH funding opportunities and grant application packages are made available on Grants.gov.

Applications will not be considered valid until all application components are received via Grants.gov by the HHS/OASH Office of Grants Management according to the deadlines specified in the DATES section on page 1 of this announcement. Application submissions that do not adhere to the due date and time requirements will be deemed ineligible.

Applicants are encouraged to initiate electronic applications early in the application development process. This will aid in addressing any problems with submissions prior to the application deadline. Any files uploaded or attached to the Grants.gov application must be of the following file formats – Microsoft Word, Excel or PowerPoint, Adobe PDF, or image formats (JPG, GIF, TIFF, or BMP only). Even though Grants.gov allows applicants to attach any file format as part of their application, HHS/OASH restricts this practice and only accepts the file formats identified above. Any file submitted as part of the Grants.gov application that is not in a file format identified above will not be accepted for processing and will be excluded from the application during the review process. The application must be submitted in a file format that can easily be copied and read by reviewers. We do not recommend that you submit scanned copies through Grants.gov unless you confirm the clarity of the documents. Pages cannot be

reduced resulting in multiple pages on a single sheet to avoid exceeding the page limitation. All documents that do not conform to the above will be excluded from the application during the review process.

A. **Important Grants.gov Information**

You may access the electronic application for this program on http://www.grants.gov. You must search the downloadable application page by the Funding Opportunity Number or CFDA number.

To ensure successful submission of applications, applicants should carefully follow the step-by-step instructions provided at ▓▓▓▓ ▓ ▓ ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ ▓▓These instructions are kept up-to-date and also provide links to Frequently Asked Questions and other troubleshooting information▓

Applicants should contact Grants.gov with any questions or concerns regarding the electronic application process conducted through Grants.gov.

- You are required to provide a Dun and Bradstreet (D&B) Data Universal Numbering System (DUNS) number when applying for Federal grants or cooperative agreements. It is a unique, nine-digit identification number, which provides unique identifiers of single business entities. The DUNS number is free and easy to obtain.

- Instructions are available on the Grants.Gov web site as part of the organization registration process at ▓▓▓▓ ▓ ▓ ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓ ▓

- All applicants must register in the System for Account Management (SAM)). You should allow a minimum of five days to complete the SAM registration.

▓▓▓

▓

Grants.gov will reject submissions from applicants with nonexistent or expired SAM Registrations. You can register with the SAM online and it will take about 30 minutes (https://www.sam.gov.)

- You must renew your SAM registration each year. Organizations registered to apply for Federal grants through http://www.grants.gov will need to renew their registration in SAM.

- It may take 24 hours or more for SAM updates to take effect in Grants.gov, so potential applicants should check for active registration well before the application deadline.

- Applicants must maintain an active SAM registration with current information at all times during which it has an active award or an application or plan under consideration by an HHS agency.

An award cannot be made until the applicant has complied with these requirements. In accordance with 2 CFR 25.205, at the time an award is ready to be made, if the intended recipient has not complied with these requirements, HHS/OASH:

- May determine that the applicant is not qualified to receive an award; and

- May use that determination as a basis for making an award to another applicant.

Should you successfully compete and receive an award, all first-tier sub-award recipients must have a DUNS number at the time the recipient makes a sub-award.

## B. Application Content

Successful applications will contain the following information:

**Project Narrative**

The Project Narrative is the most important part of the application, since it will be used as the primary basis to determine whether or not your project meets the minimum requirements for grant under this announcement. The Project Narrative should provide a clear and concise description of your project. HHS/OASH recommends that your project narrative include the following components:

- Proposed Intervention
- Intervention Implementation and Work plan
- Collection and Use of Performance Measures
- Evaluation Design Plan
- Capacity and Experience
- Project Management and Partnerships

**Proposed Intervention**

- The intervention proposed for this FOA must be well defined at the time of application. The applicant should include a thorough description of the proposed intervention that demonstrates why the intervention is promising, innovative, feasible, and likely to have a significant impact on reducing teen pregnancy and existing disparities.

- The applicant should clearly describe the intervention and how the intervention will be implemented. The description should include, but not be limited to, the setting for implementation, the intervention duration, the intended target population to be served,

and mechanism of delivery. The applicant should describe how the intervention content or implementation is innovative and should demonstrate that the intervention is feasible to implement in the target setting. The description should include the development status of the intervention components, such as the curriculum, technology, training materials, and fidelity monitoring tools. The applicant should note which aspects of the intervention, if any, would need to be developed or refined during the planning year.

- The applicant should explain the theoretical framework supporting the intervention, why the theoretical framework was selected for use in the proposed project, and how the theoretical framework was used to develop the intervention.

- The applicant should include a detailed logic model that clearly depicts the inputs and activities of the proposed intervention and the intended outputs and outcomes (short- and long-term). The applicant should clearly demonstrate how the logic model links elements to intended intervention outcomes.

- The applicant should summarize all formative research that led to the development of the intervention. The formative research should provide justification for why the intervention is likely to result in the proposed outcomes.

- The applicant should provide a summary of the scientific evidence that provides support for the proposed intervention. This should include a description of previous research done to date (published and unpublished) on the intervention and should describe clearly why the proposed evaluation of the intervention would add to the knowledge base. If previous evaluations did not lead to anticipated outcomes, the applicant should provide a detailed and clear rationale for why the intervention will be effective in this study. The

explanation should describe any changes or updates to the materials, or change in target population, or other differences in the intervention. Successful applicants must provide specific examples from the literature and/or formative research to support the assertion that the changes would be likely to make the intervention effective. This should include, but is not limited to, documentation of any evaluations of the intervention that have been reviewed for the HHS TPP Evidence Review with a description of why the intervention did not receive a high or moderate rating and what would be done differently with the newly proposed evaluation.

- Applicants who choose to use copyrighted materials in their project must include a signed MOU with the developer or purveyor of the materials in the application that demonstrates that the applicant has permission to use the materials as planned.

- The applicant should describe the need addressed by the intervention, including how the proposed intervention will address gaps in the existing evidence and reduce adolescent sexual and reproductive health disparities.

- The applicant should describe the target population for the proposed intervention. The applicant should describe the needs of the target population related to teen pregnancy, STIs including HIV, behavioral risk factors underlying teen pregnancy, and existing disparities. The applicant should describe programs and resources already available to address the needs of the target population. The applicant must demonstrate where disparities exist in the population and that the target population will be available for the intervention. The applicant should demonstrate that the proposed intervention will address the needs of the target population, fill existing gaps, and is a good fit for the target population.

- The applicant should demonstrate that the proposed intervention is relevant to and likely to resonate with the target population, and that the intervention is feasible and will be accessible to the target population. The applicant should explain what makes the intervention is a good "fit" for the target population.

**Intervention Implementation and Work plan**

- The applicant should submit a detailed work plan (as an appendix) for the five-year project period that includes goals, SMART objectives (specific, measurable, achievable, realistic, and time-framed), and activities for developing and evaluating the proposed intervention. The work plan should also identify, for each activity, the person(s) responsible, timeline for completing activities, and measures of success (see example work plan template in **Appendix E**). The work plan should include the applicant's plans to:
  - ☐ Engage the target population in the development of the intervention
  - ☐ Engage in a 6-12 month planning, piloting, and readiness period
  - ☐ Implement and rigorously evaluate the proposed intervention
  - ☐ Ensure that intervention materials are medically accurate, age appropriate, culturally and linguistically appropriate, and inclusive of LGBTQ youth
  - ☐ Collect and use performance measure data to make continuous quality improvements
  - ☐ Package the proposed intervention to be implementation ready and prepare for dissemination of final product
  - ☐ Disseminate evaluation results and intervention information.

- The applicant should describe strategies for engaging members of the target population and target setting in the development and implementation of the proposed intervention to ensure

that the intervention addresses existing needs, does not duplicate existing programs, is a good fit, and is feasible.

- The applicant should describe activities for the planning, piloting, and readiness period. The applicant should describe how it will meet all planning year milestones included in **Appendix G**. OAH expects that all grantees will complete planning year milestones and receive OAH approval to begin implementation and evaluation of the intervention no later than 12 months after receipt of funding. Failure to meet this objective could result in no funding for year 2 of the project or termination.

- The applicant should describe how, where, when, and by whom the intervention will be implemented. The application must include signed MOUs with all implementation partners that clearly outline the roles and responsibilities of the applicant and each partner. The work plan should include activities to monitor implementation partners to ensure accomplishment of objectives and activities. Applicants should not implement the intervention with participants not included in the rigorous evaluation.

- Applicants should describe plans to monitor the extent to which the intervention is implemented with fidelity and quality. Applicants should describe how it will use fidelity monitoring data to make continuous quality improvements to the implementation of the intervention.

- Applicants should describe strategies planned to recruit the target population to participate in the evaluation, ensure that the target population is actively engaged and receives the majority of the intervention, and retain the target population throughout the evaluation.

- The work plan should include an objective(s) and activities for conducting the rigorous evaluation. The evaluation activities included each year should align with the applicant's

evaluation design plan (see pages 49-60) and should identify who is responsible for each activity. Activities for the first year work plan should include working closely with OAH to finalize the evaluation design plan.

- Applicants should describe the process that will be used to ensure all intervention materials are medically accurate, age appropriate, culturally and linguistically appropriate, and inclusive of LGBTQ youth.

- Applicants should describe how it will implement the proposed intervention in an environment that is positive, safe, supportive, and healthy for all youth and their families.

- Applicants should describe how it will establish and maintain linkages and referrals to a network of organizations and healthcare professionals who can provide a wide range of high-quality, youth-friendly healthcare services for participants and their families. Applicants should describe how the process of making referrals will be integrated into implementation and evaluation of the intervention.

- The applicant should describe plans to document the intervention with sufficient detail so it is implementation-ready and can be replicated by others by the end of the five-year grant.

- The applicant should describe plans to determine how the intervention will be marketed and disseminated to others interested in replication after the end of the five-year grant.

- The applicant should describe its plans for widely disseminating the results of the evaluation and information about the intervention, including implementation evaluation results, outcome evaluation results, lessons learned, successes, and challenges. The dissemination plan should include publication of at least one article in a peer –reviewed journal and presentations at professional conferences.

**Collection and Use of Performance Measures**

- The applicant should describe its capacity to collect and report all required performance measures (or where relevant, to propose proxy measures) and to use performance measure data for continuous quality improvement.

- The applicant should describe the process that will be used to collect performance measure data from all participants to report it to OAH on a semi-annual basis. Specific activities focused on collection, reporting and use of performance measure data including who is responsible for this task should be included in the work plan.

- The applicant should demonstrate that it has reviewed or is familiar with all applicable laws, policies, procedures and provide documentation confirming that it can collect and report data on all required performance measures from all participants by the end of the planning and piloting period.

- The applicant should describe any potential obstacles to the collection of the performance measures and how they plan to overcome the potential obstacles.

- The successful application must contain an Evaluation Design Plan that includes the following information (details on what to include in each section are on pages 49-60):

    - **Impact Evaluation Design**: (a) assignment methods, (b) research questions, (c) counterfactual, (d) target population, (e) recruitment methods, (f) consent methods, (g) tracking methods, and (h) plans for retaining sample

    - **Data Collection Plan**: (a) instruments, (b) timing, (c) procedures/modes, and (d) sampling plan

- **Implementation Evaluation Design**
- **Evaluation Process**: (a) program monitoring, (b) evaluation monitoring, (c) IRB approval, (d) evaluation timeline, (e) plans for dissemination, and (f) limitations
- **Evaluation Qualifications**

- **The Impact Evaluation Design** should include:
    - **Assignment Methods.** The applicant should clearly identify the study design for the proposed evaluation. The application should describe the process by which individuals will be assigned to intervention or comparison groups. This will entail a brief description of the random assignment procedure (if applicable), including an anticipated need for blocking/stratification and a justification for that, or a description of how groups will be formed for a quasi-experimental comparison.
    - **Research Questions.** The application should clearly state the confirmatory and exploratory research questions of the impact evaluation. The application should describe how answering these questions will contribute to a greater understanding of programs, outcomes, and/or policies. The confirmatory outcomes of this cooperative agreement must include at least one measure of sexual risk behavior or its health consequences. Measures meeting this definition include those examining: sexual activity (initiation, frequency, number of partners); contraceptive use; STIs; pregnancies; or births. The research questions should specify the outcome measure of interest, and the timing of the measured impact relative to the end of the intervention. Confirmatory outcomes should be defined and linked back to the logic model. Applicants should consult Peter Schochet's (2008a) "Technical Methods Report: Guidelines for Multiple Testing in Impact

Evaluations" (http://ies.ed.gov/ncee/pubs/20084018/index.asp) prior to proposing confirmatory research questions and outcomes. The applicant should also state proposed exploratory research questions. The applicant should phrase all research questions relative to the control or comparison group and should specify whether any subgroups are of particular interest and, if so, how they will be defined.[2]

☐ **Counterfactual and Context.** The application should describe the services available to individuals assigned to the comparison condition. If specific services will be offered to members of the comparison group, the application should describe the content of the comparison group programming (highlighting differences in experiences across intervention and comparison groups to establish the "effective contrast" that is being tested). Applicants should discuss the possibility of contamination of the control group, including what could be shared, the degree to which contamination may occur, and proposed strategies to minimize contamination. The plan should also include a description of related services broadly available to the entire target population in the study region(s) and setting(s) and discuss the degree to which these locations are saturated with programs similar or related to the proposed intervention. The application should include an argument for why the intervention will still have the ability to detect program impacts given the level of saturation of related services in the region (more on this below in the Minimum Detectable Effects section).

☐ **Target Population.** The applicant should describe in detail the target population for the intervention and evaluation. This description should specify an all

---

[2] Applicants should not propose endogenous subgroup analyses. See "Estimating Program Impacts for a Subgroup Defined by Post-Intervention Behavior: Why is it a Problem? What is the Solution?" (Colman, 2012).

inclusion criteria, including the demographic characteristics of the eligible sample (that is, the pool of youth who will be approached for participation in the evaluation), the exclusion criteria for the youth who will be exempt from the evaluation and clear criteria that can be systematically applied to identify them, the region(s) and settings (e.g., schools, clinics) from which the study sample will be drawn. The application should then provide estimates for the size of the target population in the study region(s) and settings, along with clear evidence that a population of that size exists. If using any technology, the applicant should indicate that the technology is accessible to and used by the target population.

☐ **Recruitment Methods.** Recruitment plans should specify the procedures for the sites, if applicable, and the recruitment of treatment and comparison group members, including whether the sample will be enrolled in cohorts or on a rolling basis. The application should discuss the proportion of the target population that is expected to be recruited and enrolled in the evaluation, and provide evidence of the ability to recruit the number proposed for recruitment from the target population. Ideally, such evidence would come from reaching similar recruitment targets in a prior evaluation. The applicant should discuss the strategies that will be used to achieve that sample size, and also the anticipated challenges the evaluation team may face and proposed strategies for addressing the challenges.

☐ **Consent Methods.** The application should discuss the process by which the evaluation team will obtain evaluation consent from treatment and comparison group members, including the timing of the consent process relative to the formation of the study groups (and in an RCT, relative to the timing of random