assignment). The applicant should include an estimate of the number or proportion of sample members who will provide consent, relative to the number who are recruited for potential participation, and evidence that the evaluation team has achieved a similar consent rate in a similar evaluation. If consent must happen after random assignment, strategies to keep the consent process blind to treatment status must be discussed. If consent for programming will be required, the applicant should describe that process and timing, as well.

- **Tracking Methods.** It is critical to obtain comprehensive contact information from sample members and update this information on a regular basis to ensure high response rates, and comparable response rates in the treatment and comparison groups, in follow-up data collections. Applications, including those with school-based designs, must describe their plans to obtain and maintain up-to-date contact/tracking information from study participants.

- **Plans for Retaining Sample in the Evaluation**. The application should describe plans to maximize program sample participation in data collection events. The applicant should describe proposed incentives, or other activities that will encourage participation in data collection, and evidence that the proposed IRB is likely to approve the use of incentives for data collection. In addition, the application must describe its expectations for survey response rates (and a justification for those expectations, based, in part, on previous experience collecting data from similar populations).

- **The Data Collection Plan for Impact Evaluation** should describe what kinds of data will be collected, when data collection will occur, and provide information on modes/methods of data collection.

  - **Instruments**. The applicant should describe the data collection instruments that will be used to answer the research questions. The application should describe the content of the proposed instruments and the items that will be used to operationalize the outcomes from the logic model. The applicant should demonstrate how it will measure the confirmatory outcomes and other outcomes articulated in the logic model (e.g., knowledge, attitudes, other risk behaviors).

  - **Timing**. The applicant should describe the intended timing of the data collection efforts, relative to the end of the intervention, for all sample members. Applicants are encouraged to use a figure or table to present this information. The applicant should describe the timing of the baseline survey relative to evaluation consent and formation of the study groups. OAH anticipates that grantees would not collect survey data for more than 3 points in time: baseline, 1 short term follow-up (e.g., between 0-6 months-1 year post-intervention), and 1 long-term follow-up (e.g., 9 months or more post-intervention). Any additional data points proposed beyond these three points would need to be justified and discussed for feasibility and necessity with OAH. If more than three data points are proposed, the applicant must demonstrate previous success of achieving response rates on three or more follow-up surveys that would have been rated as having "low" attrition, as per HHS evidence standards. Because it is expected that all grantees will examine and report on long-term impacts of the intervention by the 5th year of the

funding, programming for evaluation sample members must conclude in Year 4 of the funding.

☐ **Procedures/Modes of data collection**. In order to obtain high response rates in survey data collection, it will be necessary to have a well-structured data collection plan that uses multiple modes of data collection and outreach to study participants. Applications should articulate a plan for data collection, including who will be collecting the data, and describe the primary mode and secondary mode(s) by which study participants will be contacted and data will be collected. The applicant should provide evidence that these modes have been used by the evaluation team in similar evaluations, including the response rates acquired through the primary mode, and the extent to which the secondary mode(s) improved response rates. The applicant should describe the systems that will be used to enter data, if applicable, and how survey response rates will be monitored while in the field. The applicant should also discuss plans for youth assent at each follow-up. Applicants should describe whether any administrative records (such as, but not limited to, school academic records) will be used for the analysis and include a description of the source and availability of these data as well as the evaluator's experience using these data sources.

☐ **Sampling Plan and Power Analyses.** The applicant should demonstrate its ability to detect program impacts by calculating the minimum detectable effect size (MDE) for at least one of the outcomes and for each of the key subgroups that will be used to demonstrate the effectiveness of the intervention. The MDE is the smallest effect that a given study can detect (given assumptions about study

design and Type I and II error). The applicant should provide information on its key assumptions related to the MDE, including (but not limited to) the size of the sample that will be used to estimate impacts and how non-consent and non-response are expected to reduce the analytic sample size. In addition, the application should provide justification that the computed MDE is reasonable and likely to be observed in the given evaluation – for example, by citing literature that shows similarly sized impacts using similar interventions and populations.

Statistical power should be estimated and consistent with study design. The applicant should describe the statistical power analysis used to arrive at the sample size and include the MDE that has an 80% chance of being statistically significant at a specific alpha level. Outcomes and assumptions used in the statistical power calculations should be described. The applicant should provide sufficient justification as to why the study will find an effect larger than the MDE calculated. If the applicant plans to conduct analyses of subgroups, they should present additional statistical power analyses to estimate those MDEs.

- The **Implementation Evaluation Design** should, at minimum, document the applicant's plans to assess, at a minimum, four aspects of implementation, including adherence, quality, counterfactual experience, and contextual factors. If there are additional planned implementation research questions, the applicant should list the question(s) and describe any inputs or outputs that would be measured in order to address the research questions.

- The description of **Evaluation Processes** should include

  ☐ **Program Monitoring**

  Monitoring Participation.  The applicant should describe the expected attendance rates for the intervention and how program attendance will be improved, if not meeting attendance targets.  If an applicant is implementing a non-curriculum based intervention, the plan should provide and clearly explain what will be monitored as a proxy for attendance.

  Program (Intervention) Improvements.  The applicant should describe plans to use implementation and performance measure data to improve implementation or performance of the intervention, for example, to develop staff skills or improve partner adherence to study plans. The applicant should describe the frequency with which data will be assessed for these purposes and the process by which the evaluator and intervention staff will communicate about planned modifications. The evaluation plan should address how these modifications will be documented as part of the evaluation findings.

  ☐ **Evaluation Monitoring**.  The applicant should describe the systems that the evaluator will use to monitor the quality of the ongoing evaluation.  For instance, the applicant should discuss monitoring the contrast between the two groups through attendance monitoring and examining cross-overs and contamination. In addition, the applicant should identify key indicators and systems to be used in the monitoring of sample intake, response rates, and intervention participation.

□ **IRB Approval.** The applicant should include a discussion of the process for protection of human subjects and approval by an IRB. This should include a timeline for approval, and the identity of the board(s) from which approval will need to be obtained.

□ **Evaluation Timeline.** The applicant should describe the timeline for its evaluation. The evaluation plan should be designed to be executed successfully within a timeframe that includes time for planning and piloting activities, implementation, follow-up data collection, analysis and reporting. Applicants should expect that the first six to twelve months will be devoted to planning activities, such as instrument development and/or piloting the intervention, as well as approval to begin the evaluation. Additionally, the final eight months of the cooperative agreement should be reserved for analysis and reporting. As a result, applicants should assume that sample enrollment and data collection will <u>not</u> occur during these early and late periods of the funded period, and adjust their evaluation designs accordingly.

□ **Plans for Dissemination.** The applicant should include a description of its plans to disseminate and publish findings. Applicants should expect to prepare for publishing throughout the life of the cooperative agreement. The final nine months of the cooperative agreement will be focused on preparing a final evaluation report that summarizes the impact and implementation results. A template for the report will be provided by OAH. OAH must be acknowledged as a funding source in all dissemination materials and presentations from this project, with copies of published papers forwarded to

OAH. Grantees may also be asked by OAH to participate in a special issue of a journal to highlight the findings from this set of evaluations.

☐ **Limitations.** The application should include acknowledgements of any and all potential limitations of the proposed evaluation and how the grantee and evaluators will address them to the extent possible. The applicant should discuss any threats to the validity of the design, and proposed strategies for controlling and assessing them. Other limitations to address may include limitations related to the target population and the external validity of findings; ability to detect impacts given the size of the target population, service saturation in the study region(s), and the possibility for contamination between treatment groups; limitations to the causal validity of the evaluation, related to the assignment and/or nonequivalence of study groups.

- **Evaluator Qualifications.** The applicant must show how the proposed evaluator has the capability to successfully execute the evaluation plan. The applicant should describe the previous experience of the proposed evaluator with each of the following: conducting impact evaluations with a design similar to the design proposed; conducting implementation evaluations or process studies; working with similar interventions and the target population; maintaining high sample retention and response rates; and managing and analyzing data. The plan should also demonstrate that the evaluation will be conducted independently from the implementation of the intervention, by indicating which parties will be responsible for each evaluation activity, including treatment assignment, data collection and maintenance, and

analysis. If data collection plans involve intervention staff, the applicant should demonstrate how the evaluator will ensure the quality and independence of the data collected. For more information on the expectations and importance of an evaluator's independence, see Frequently Asked Questions: Evaluation Startup (http://www.hhs.gov/ash/oah/oah-initiatives/ta/tpp-update2-july2011.pdf). The proposed evaluator should indicate sufficient and appropriate staffing for the evaluation proposed including management, oversight, tracking, data collectors, site liaisons, data preparation, data analysis, report writing, etc. The applicant should address whether or not there are conflicts of interest related to the evaluation. Conflicts of interest could be related to part of the intervention, the evaluator, or the relationship between the two.

**Capacity and Experience of the Applicant Organization and its Partners**

- The applicant should provide specific examples of previous projects or experience, including its role on the project and the outcomes of the project, to demonstrate that it and/or its proposed partners have the following experience:
  - Experience in intervention development, particularly interventions aimed at improving outcomes related to TPP and intended for the target population
  - Experience implementing TPP programs
  - Experience implementing interventions with the target population and within the target setting(s) where the intervention will be implemented
  - Experience overseeing and implementing a rigorous evaluation and using advanced statistical methods relevant to analyzing intervention outcomes, including evidence that the proposed PI/PD or a key member of the project team has been the PI or co-PI

on at least one study that involved a rigorous evaluation of an intervention, preferably conducted with the target population.

- Ability to recruit a sample of the target population large enough to meet the sample size estimates indicated by power analysis for the proposed evaluation (pages 55-56)
- Capacity and experience accessing and working with large groups of the target population, including evidence of successful recruitment, engagement of the target population throughout the intervention (i.e., program dosage), and high-levels of retention at short- and long-term evaluation follow-ups.
- Experience disseminating evaluation findings and lessons learned in peer-reviewed publications and presentations at professional meetings
- Experience collecting performance measure data and using data for continuous quality improvement.

- The applicant should describe how the goals and activities of the proposed TPP intervention align with the organization's mission and vision

- The applicant should describe the organization's existing infrastructure, experience, and ability to support and manage a project of this size and scope, including the organization's ability to establish partnerships and leverage existing systems and networks to implement and evaluate the intervention

- The applicant should describe how the organization effectively and efficiently manages financial resources, staff performance and strategic relationships with partner organizations. Specifically, the applicant should:

□ Describe the processes used by the organization to effectively and efficiently manage financial resources, including the level and purpose of funding received by the organization over the last several years to support related projects.

□ Describe the organization's process for measuring staff performance, how often performance is measured, and how staff are held accountable for achieving outcomes. Describe the level of turnover within the organization over the last several years and the rationale for the turnover.

□ Describe processes used to foster and maintain strategic partnerships, and provide examples of the types of partners the organization has engaged in the past in projects aimed at preventing teen pregnancy as well as the outcomes those partnerships have produced.

- The applicant should describe how data is used to achieve sustainable impacts and ensure quality intervention implementation. Specifically, the applicant should:

  □ Describe the organization's experience in collecting and using data, including what data is collected, who is responsible for inputting and reviewing data, practices in place to ensure data quality, and how data is analyzed.

  □ Describe how program staff use data to make decisions and quality improvement.

  □ Describe how the organization's leadership uses data to make decisions and quality improvements.

- The applicant should describe policies that the organization has in place to prohibit discrimination in the provision of services on the basis of age, disability, sex, race, color, national origin, religion, sexual orientation or gender identity and how the policies are enforced.

- The applicant should describe anticipated challenges or risks to the project and the organization's capacity to address the challenges and/or risks.

**Project Management and Partnerships**

- The applicant should describe how it will manage, implement, and monitor the overall project. The plan should describe an understanding of the complexity of the overall project and potential challenges. The applicant should describe the approach that will be used to monitor and track progress, completion, and quality of all objectives and activities.

- The applicant should provide a description of the project team, including the PI/PD, Lead Evaluator, and other key staff. The applicant should describe the roles and responsibilities of all staff and how they will contribute to achieving the objectives and outcomes of the grant. The applicant should describe who will have day-to-day responsibility for key tasks including, but not limited to, leadership of the overall project, developing and pilot testing the intervention, implementing the intervention, conducting the rigorous evaluation, collecting and reporting performance measure data, and disseminating evaluation findings.

- The applicant should describe the experience of the proposed project team that is relevant to all aspects of the proposed project and its evaluation. This experience must include, but is not limited to, expertise in the field of adolescent sexual and reproductive health that is clearly relevant to the proposed intervention; prior experience working with the target population to be served; a clear track record of developing and implementing interventions similar to the proposed project; experience disseminating research findings through presentations and publications; experience conducting rigorous evaluations of TPP, or other

similar, programs, and experience collecting and using data for quality improvement. All relevant experience must be clearly described within the narrative and supported by resumes included within the appendices. The application should include resumes or CVs for proposed staff already employed by the organization or its partners and position descriptions for all open positions that will need to be filled if funds are awarded (in the appendix). The applicant should describe its process and timeline for recruiting and hiring staff.

- The PI(s)/PD and Lead Evaluator should demonstrate experience and training relevant to the topic, size, and scope of the proposed project. The PI/PD and Lead Evaluator should have demonstrated success in disseminating results from previous evaluation projects, including through peer-reviewed publications and presentations. The PI/PD should provide evidence that he/she has been the PI or co-PI on at least one study that involved a rigorous evaluation of an intervention, preferably conducted with the target population. The applicant should include a short description of the study and at least one reference for a supporting publication that demonstrates this experience.

- The application should describe who is responsible for reviewing evaluation plans provided by the evaluator(s) and their qualifications to do so. The description of oversight must discuss how the grantee will make sure that the evaluator stays on schedule, produces the required evaluation products (e.g., design, instruments, data, analysis, reports), and how the project team will provide oversight to determine the quality of the products and whether they meet standards of research evidence and conform to rigorous requirements of OAH.

- Applicants are expected to describe clearly the reporting structure for the project, with oversight processes described. The successful applicant must describe how it plans to govern

and manage the execution of the grant program, including implementation of the intervention and oversight of the evaluation. A description of who is responsible for monitoring all contracts and collaborations, including the evaluation (if a contract), must be included within the application. Successful applicants must include within the appendices an organizational chart illustrating the key staff and the monitoring/accountability/governance structure for the project.

- The applicant should develop a plan to ensure that all staff responsible for implementing and evaluating the intervention are well trained and prepared to successfully fulfill their roles and responsibilities. The goal is to hire and retain staff who are qualified, well-trained, and actively engaged. Grantees should assess the professional development needs of staff on a regular basis and use the results to develop a plan for providing ongoing professional development and support for staff.

- The applicant should clearly describe the roles and responsibilities for all partners who will be involved in developing, implementing, and evaluating the intervention. For each partner, the applicant should describe the partner's experience and expertise related to their role on the project. The application should include signed MOUs with all partners who will assist with intervention implementation and evaluation that clearly outline the applicant and partner roles, responsibilities, and expectations.

**Budget Narrative**

You are required to submit a combined multi-year Budget Narrative, as well as a detailed Budget Narrative for each year of the potential grant. Unless specified, you should develop your multi-year budgets based on level funding for each budget period. A level-funded budget is equal

to the exact dollar figure of the year one budget. **Please Note:** Because the proposal must demonstrate a clear and strong relationship between the stated objectives, project activities, and the budget, the budget justification should describe the **cost estimated per proposed project, activity, or product.** This budget justification should define the amount of work that is planned and expected to be performed and what it will cost. The Budget Narrative does not count toward your total application page limit.

The application should include a detailed budget narrative for the full project period that assumes level funding for each year. The budget request should support and align with the proposed work plan. The budget narrative should clearly show how the total amount requested for all categories (e.g., Personnel, Fringe, Travel, and Contractual) was determined. The budget narrative should be detailed, reasonable, adequate, cost efficient, and aligned with the proposed work plan. Sufficient detail should be provided so that the reviewer is able to determine the adequacy and appropriateness of budgeted items related to the proposed activities. From the detailed budget narrative, the reviewer should be able to assess how the budget relates directly to the goals and objectives in the proposed work plan. The following level of detail should be provided:

- <u>Personnel and Fringe Benefits</u> - Identify each staff position by name, annual salary, and number of months and percentage of time allotted to the project. Itemize the components that comprise the fringe benefits rate (e.g., health insurance, FICA, life insurance, retirement plan)

- <u>Travel</u> - Identify the purpose of the travel to include locations, names of conference/training if available. Costs can be aggregated by category/purpose, numbers of staff and trips (e.g., project director meetings, site evaluations, training)

- <u>Equipment</u> - List only those equipment as defined by 45 CFR Part 75.2

- <u>Supplies</u> - Categorize supplies as defined by 45 CFR Part 75.2 according to type, such as office supplies, training materials, etc. <u>Contractual</u> - List all sub-recipients/delegate agencies and/or contract providers and the amount of OAH funds and non-OAH resources allocated/contributed for each.

- <u>Other</u> - Itemize all costs in this category and explain each in sufficient detail to enable determinations for whether each cost is allowable.

- <u>Indirect costs</u> - may be included per 45 CFR 75.414 and the applicable Appendix. The applicant should state which rate is applied to this application.

Grantees will be required to attend the following OAH-sponsored meetings and trainings and should include funds in the budget. The location for the meetings has not been determined, however, applicants can budget for the meetings to occur in Washington, DC.

- One staff to an annual Project Director's Meeting
- The PI/PD and Lead Evaluator to an Evaluation Training during the first grant year
- 2-3 staff to an annual Regional Training in years 2-5
- 2-3 staff to the HHS Teen Pregnancy Prevention Conference every other year (2016, 2018, 2020)

Cost sharing or matching funds are not required for this program. Although no statutory matching requirement for this FOA exists, leveraging other resources and related ongoing efforts to promote sustainability is strongly encouraged. The applicant should describe any cost sharing or matching funds available and show how they will be used to support the program.

Applications may be funded in whole or in part. Successful applicants may be funded in an amount lower than that requested.

**Appendices**

**All items described in this section will count toward the total page limit of your application.**

- **Work Plan.** The application should include a detailed work plan for the five-year project period that includes goals, SMART objectives (specific, measurable, achievable, realistic, and time-framed), activities and a timeline for the proposed project. Grantees should use the first 6-12 months of the first grant year to engage in a planning and readiness period. An example work plan template is included in **Appendix E** or this can be provided in a different format.

- **Logic Model.** The applicant should include a detailed logic model to describe the overall project, including the inputs and activities of the project and the intended outputs and outcomes. An example logic model template is included in **Appendix F**, or this can be provided in a different format.

- **Signed Memorandum of Understanding (preferred) or Letter of Commitment from Partners.** The application should include signed, detailed MOUs or Letter of Commitment with partners who will assist in implementing and evaluating the project. Each should clearly outline the roles, responsibilities, and expectations of the applicant and the partner.

- **Resume/CV for Proposed Staff and Job Descriptions for Positions to be Hired**
- **Organizational Chart**

3. Submission Dates and Times

The deadline for the submission of applications under this Program Announcement is **5:00 p.m. Eastern Time on the date indicated in the DATES section on page 1 of this announcement.** Applications must be submitted by that date and time.

**Applications that fail to meet the application due date will not be reviewed and will receive no further consideration.** You are strongly encouraged to submit your application a minimum of 3-5 days prior to the application closing date. Do not wait until the last day in the event you encounter technical difficulties, either on your end or with http://www.grants.gov . Grants.gov can take up to 48 hours to notify you of a successful submission.

Unsuccessful submissions will require authenticated verification from http://www.grants.gov indicating system problems existed at the time of your submission. For example, you will be required to provide an http://www.grants.gov submission error notification and/or tracking number in order to substantiate missing the cut off date.

4. Intergovernmental Review

This program is not subject to the Intergovernmental Review requirements of Executive Order 12372, "Intergovernmental Review of Federal Programs," as implemented by 45 CFR Part 100

5. Funding Restrictions

The allowability, allocability, reasonableness and necessity of direct and indirect costs may be charged to HHS/OASH grants in accordance with Department regulations and policy effective at the time of the award. Current requirements are outlined in the following documents: 2 CFR § 220 (OMB Circular A- 21, for Institutions of Higher Education); 2 CFR § 225 (OMB Circular A–87, for State, Local, and Indian Tribal Governments); 2 CFR § 230 (OMB Circular A–122, for Nonprofit Organizations); and 45 CFR part 74, Appendix E (Hospitals). Copies of

⬚

the Office of Management and Budget (OMB) Circulars are available on the Internet at

⬚⬚⬚⬚⬚ ⬚ ⬚ ⬚ ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ ⬚⬚⬚⬚⬚⬚⬚⬚⬚.

In order to claim indirect costs as part of a budget request, an applicant must have an indirect cost rate which has been negotiated with the Federal Government or a documented plan, in accordance with the applicable policy and regulation. The Health and Human Services Division of Cost Allocation (DCA) Regional Office that is applicable to your State can provide information on how to receive such a rate. A list of DCA Regional Offices is included in the grant application package for this announcement.

Pre-Award Costs:

Pre-award costs are not allowed.

Salary Limitation:

The Consolidated Appropriations Act, 2014 (P.L. 113-76), and the subsequent Continuing Resolution for FY 2015 (P.L. 113-164), limit the salary amount that may be awarded and charged to HHS/OASH grants and cooperative agreements. Award funds should not be budgeted to pay the salary of an individual at a rate in excess of Executive Level II. Currently, the Executive Level II salary of the Federal Executive Pay scale is $181,500. This amount reflects an individual's base salary exclusive of fringe and any income that an individual may be permitted to earn outside of the duties to the applicant organization. This salary limitation also applies to subawards/subcontracts under an HHS/OASH grant or cooperative agreement.

As an example of the application of this limitation: If an individual's base salary is $350,000 per year plus fringe benefits of 25% ($87,500) and that individual is devoting 50% of

⬚⬚⬚

⬚

their time to this award, their base salary should be adjusted to $181,500, their direct salary
would be $90,750 (50% FTE), fringe benefits of 25% would be $22,687.50, and a total of
$113,437.50 may be included in the project budget and charged to the award in salary/fringe
benefits for that individual. See the breakdown below:

| Individual's actual base full time salary: $350,000 50% of time will be devoted to project | |
|---|---|
| Direct salary | $175,000 |
| Fringe (25% of salary) | $43,750 |
| Total | $218,750 |
| **Amount that may be claimed on the application budget due to the legislative salary limitation:** Individual's base full time salary adjusted to Executive Level II: $181,500 50% of time will be devoted to the project | |
| **Direct salary** | **$90,750** |
| **Fringe (25% of salary)** | **$22,687.50** |
| **Total amount** | **$113,437.50** |

**Appropriate salary limits will apply as required by law.**


## V. APPLICATION REVIEW INFORMATION

1.  <u>Criteria:</u>   Eligible applications will be assessed according to the following criteria:

<u>Proposed Intervention (15 points overall)</u>

| Points | Proposed Intervention – Evaluation Criteria |
|---|---|
| 3 | Extent to which the content and implementation of the proposed intervention are clearly described (such as the intervention length, delivery mechanism, and intervention setting).  If the intervention includes use of copyrighted material, the applicant includes a signed MOU with the developer or purveyor of the materials demonstrating that it has permission to use the materials. |

| 4 | Extent to which the intervention is innovative, likely to have a significant impact on reducing teen pregnancy and existing disparities within the target population, and fills a significant gap in the current list of evidence-based TPP program (pages 11-12). Extent to which the proposed intervention is developed for a population at high risk for teen pregnancy, is relevant to and likely to resonate with the target population, and does not duplicate programs or services already available. |
|---|---|
| 4 | Extent to which the applicant describes why the intervention is feasible for implementation as proposed. Feasibility may be demonstrated by: <ul><li>Description of community support of the intervention</li><li>Provision of evidence that the intervention will get good uptake among the target population</li><li>Description of how the setting can support the implementation of the intervention because it has the necessary resources (such as, but not limited to access to technology)</li><li>Explanation as to how the proposed facilitators and/or program staff should remain relatively stable over the grant cycle</li><li>Description of how participating youth are likely to remain together for the duration of program delivery.</li></ul> |
| 4 | Extent to which the application clearly describes the scientific basis for the development of the intervention and provides justification for why the intervention is likely to result in the proposed outcomes and expand the knowledge base through a description of: <ul><li>Formative research that led to the development of the intervention.</li><li>Scientific evidence that supports the proposed intervention</li><li>Any previous research conducted to date on the intervention and a description of how the proposed evaluation will add to the knowledge base. If previous evaluations did not lead to anticipated outcomes, the applicant provides a detailed rationale of changes that have been made to the intervention and/or evaluation as a result and why it thinks the proposed intervention and evaluation will lead to different results.</li></ul> |

## Intervention Implementation & Work plan (15 points overall)

| Points | Intervention Implementation & Work plan – Evaluation Criteria |
|---|---|
| 4 | Includes a detailed work plan and logic model for the five-year project period. The work plan is aligned with OAH expectations for grantees and includes goals, SMART objectives, activities to accomplish each objective, and, for each activity, the person(s) responsible, timeline for completing activities, and measures of success. The logic model clearly depicts inputs and activities of the overall project and the intended outputs and outcomes and appears reasonable and realistic. |

| 5 | Extent to which the applicant clearly describes how and by whom the intervention will be implemented over the five-year grant. The applicant's plans for the initial 6-12 month planning, piloting, and readiness period are likely to result in completing all OAH-required milestones within the first 12 months of funding. The applicant's plans for years 2-5 are realistic and likely to result in high quality implementation and meet the project goals and objectives. |
|---|---|
| 4 | Extent to which the applicant describes how it will ensure that all program materials are medically accurate, age appropriate, culturally and linguistically appropriate, and inclusive of all youth, including LGBTQ youth. The applicant proposes strategies that are likely to result in engaging and obtaining significant input from members of the target population and target setting in the development and implementation of the proposed intervention. |
| 2 | Extent to which the applicant includes plans to document the intervention with sufficient detail so it is implementation-ready and can be replicated by others by the end of the five-year grant. |

## Performance Measures (5 points overall)

| Points | Performance Measures – Evaluation Criteria |
|---|---|
| 2 | Demonstrates a clear understanding of the performance measure data that will be collected and reported. Identifies a staff person responsible for collection of performance measures data. |
| 3 | Describes plans for ensuring all performance measure data is collected and reported to OAH twice a year, including plans to review applicable laws, policies, and procedures to confirm ability to collect required data. |

## Evaluation Design Plan (35 points overall)

| Points | Evaluation Design Plan – Evaluation Criteria |
|---|---|
| 2 | **Assignment Methods** – The extent to which the applicant clearly identifies the study design for the proposed evaluation. The extent to which the applicant explains how they would assign participants to the treatment and comparison groups. The extent to which the applicant has described the assignment mechanism and has justified that the proposed mechanism will produce equivalent groups (intervention and comparison conditions).<br><br>• If a Randomized Controlled Trial (RCT) is proposed: The extent to which the applicant identifies the unit of random assignment and aligns it with the unit of analysis. The extent to which the application describes the procedures to conduct the random assignment, including who would implement the random assignment, how the procedure would be implemented, and procedures to verify probability of assignment groups, described and generated by random numbers. The extent to which the applicant discusses any concerns that proposed strategies or approaches may lead to nonequivalent groups. |



- If a Quasi-Experimental Design (QED) is proposed: The extent to which the applicant clearly identifies the unit of matching and aligns it with the unit of analysis. The extent to which the procedures to carry out the matching clearly are described. The extent to which the variables to be used in the matching are supported by precedent in the literature. The extent to which the methods used to form the comparison group are described and the validity of the matching is clear. The extent to which the applicant describes reasons why the comparison group might differ from the treatment group and threaten internal validity, and discusses the ways in which the proposed methods adjust for those differences.

- If a Regression Discontinuity Design (RDD) is proposed: The extent to which the applicant clearly identifies the measures and cutoff score and aligns it with the unit of analysis. The extent to which the cutoff score has been clearly delineated and justified.

| 3 | **Research Questions** - The extent to which the applicant includes a list of research questions that align with the intended goals of the intervention. The extent to which the research questions identify outcome measures that can be used to reasonably evaluate the effect of the intervention (in particular, sexual behavior outcomes). The extent to which the applicant proposes an intention-to-treat analysis. |
|---|---|
| 4 | **Counterfactual and Context** - The extent to which the applicant describes any services provided to the comparison group and contrasts these services to those provided to individuals receiving the intervention. The extent to which the services to be provided to the intervention and comparison groups sound sufficiently different from each other that the proposed project would be likely to change behavior and meaningful impacts on those behaviors detected during analysis. |
| 2 | **Target Population** - The extent to which the applicant clearly defines the target population for the evaluation. The extent to which the applicant provides criteria that will be used to select a sample to evaluate the intervention. The extent to which the applicant provides evidence that a large enough sample exists to evaluate the intervention. |
| 2 | **Consent Methods** - The extent to which the applicant provides an explanation of how the consent of participants will be acquired. The extent to which the applicant describes the estimated rate of consent for study participants and provides a reasonable justification of the expected consent rate. |
| 4 | **Evaluation Process**<br><br>Recruitment Methods - The extent to which the applicant provides an explanation of their plan to recruit participants for the study. The extent to which the applicant discusses and addresses any challenges they might face when attempting to recruit participants. |

| | |
|---|---|
| | Tracking Methods - The extent to which the applicant describes how the contact information of evaluation participants will be acquired and regularly updated. The extent to which the contact information that will be acquired appears to be comprehensive enough to allow the applicant to remain in contact with participants throughout the study.<br><br>Plans for Retaining Sample in the Evaluation - The extent to which the applicant discusses any methods to maximize the participation of individuals who are part of the evaluation sample – both treatment and control/comparison groups. The extent to which the methods discussed seems likely to be approved by the IRB and would successfully improve participation. The extent to which the applicant describes and justifies the expected survey response rates.<br><br>Monitoring - The extent to which the applicant describes the process for monitoring the quality of the evaluation as it is occurring. The extent to which the monitoring process includes an examination of sample intake, response rates at baseline and follow-up, and intervention participation. |
| **3** | **Data, Instruments & Timing** - The extent to which the applicant will gather information about how closely the implementation of the intervention matches the planned intervention, the quality of the intervention services provided, and the experiences of the comparison group and any contextual factors that might impact the intervention's outcomes. The extent to which the applicant discusses any additional measures and information that the implementation analysis will gather. The extent to which the application describes when the implementation data will be collected and who will collect the data.<br><br>The extent to which the applicant documents detailed procedures for collecting input and output data for the implementation analysis. The extent to which the applicant provides a detailed description of the impact survey that will be administered. The extent to which the survey would gather information for each measure that the applicant will use to evaluate the impact of the intervention. The extent to which the applicant clearly defines the timing of data collection relative to the delivery of the intervention. The extent to which the applicant describes plans to collect implementation data, and impact survey data at 3 points in time from study participants.<br><br>The extent to which the evaluation timeline appears to provide adequate time for planning and final analysis by devoting a few months at the start of the grant to planning and piloting and approximately eight months at the end of the grant period for analysis and developing reports. The extent to which the timing of intervention administration, data collections (including a complete an analysis of long-term outcomes), and the reporting process, can be completed by the end of the fifth year of grant funding. |

| 4 | **Procedures/Modes of data collection** - The extent to which the applicant discusses a process for protecting human subjects and a timeline for acquiring the approval of an IRB. The applicant has identified the IRB to be used during the study. The extent to which the applicant provides a detailed explanation of the data collection process, including who will collect the data and primary and secondary methods for contacting participants. The extent to which the staff is available to support the data collection effort appears sufficient. The extent to which the applicant describes any systems that will be used to enter and store data. The extent to which the application discussed whether the mode of data collection is the same for the intervention and control groups. The extent to which the applicant included the expected sample sizes at each data point. If administrative records (such as, but not limited to, school academic records) will be used, the extent to which the applicant described the source and availability of these data as well as the evaluator's experience using these data sources. The extent to which the applicant describes any limitations of the proposed evaluation and how the evaluator will attempt to address any limitations described. The extent to which there are any obvious limitations that the applicant does not describe or address that might affect the proposed evaluation. |
|---|---|
| 5 | **Sampling Plan and Power Analyses** - The extent to which statistical power for the study has been estimated and the power is consistent with study design. The extent to which the applicant described the statistical power analysis used to arrive at the sample size and includes the Minimum Detectable Effect (MDE) that has an 80% chance of being statistically significant at a specific alpha level, for each outcome. The extent to which the applicant describes the outcomes and assumptions used in the statistical power calculations. The extent to which the assumptions for the MDE calculation are consistent with information presented earlier in the proposal (e.g., the number of participants in the study, after non-consent and non-response). The extent to which the applicant provides sufficient justification as to why the study will find an effect larger than the MDE calculated. If the applicant plans to conduct analyses of subgroups, the extent to which the applicant presents additional statistical power analyses to estimate those MDEs. |
| 6 | **Evaluator Qualifications** - The extent to which the proposed evaluator has a proven track record of conducting quality analysis of similar interventions. The extent to which the evaluator previously has conducted studies with similar content (teen pregnancy prevention), with a similar population, in similar settings as the one proposed, and at a similar scale (that is, a similar number of sites). The extent to which the evaluator demonstrates sufficient staffing to complete all aspects of the study, including data collection, data analyses, and evaluation monitoring. |

## Capacity of Applicant Organization (10 points overall)

| Points | Capacity of Applicant Organization – Evaluation Criteria |
|---|---|
| 4 | Extent to which the applicant provides specific examples to demonstrate that it and its partners, individually or collectively, have the following experience:<br>• Experience in intervention development, particularly interventions aimed at improving outcomes related to TPP and intended for the target population<br>• Experience implementing TPP programs<br>• Experience implementing interventions with the target population and within the target setting(s) where the intervention will be implemented<br>• Experience overseeing and implementing a rigorous evaluation and using advanced statistical methods relevant to analyzing intervention outcomes, including evidence that the proposed PI or a key member of the project team has been the PI or co-PI on at least one study that involved a rigorous evaluation of an intervention, preferably conducted with the target population.<br>• Ability to recruit a sample of the target population large enough to meet the sample size estimates indicated by power analysis for the proposed evaluation (pages 55-56)<br>• Capacity and experience accessing and working with large groups of the target population, including evidence of successful recruitment, engagement of the target population throughout the intervention (i.e., program dosage), and high-levels of retention at short- and long-term evaluation follow-ups. |
| 3 | Extent to which the applicant describes the organization's re ability to support and manage a program of this size and scope by clearly explaining the following:<br>• Existing infrastructure relevant to the proposed project<br>• Ability to effectively and efficiently manage financial resources, including a description of the level of funding and funding from other sources received by the organization in the past several years to implement related projects<br>• Ability to effectively and efficiently manages staff performance, including a description of the level of turnover and rationale for turnover within the organization over the last several years |
| 3 | Applicant has demonstrated that it has and enforces a policy prohibiting discrimination in the provision of services on the basis of age, disability, sex, race, color, national origin, religion, sexual orientation or gender identity |

## Project Management and Partnerships (15 points overall)

| Points | Project Management and Partnerships – Evaluation Criteria |
|---|---|
| 3 | Extent to which the applicant provides a description of the project team, including the PI/PD, Lead Evaluator, and other key staff. Includes a description of the roles and responsibilities of all staff and how they will contribute to achieving the objectives and outcomes of the grant. |

| 4 | Extent to which the experience of the proposed project team is relevant to all aspects of the project and its evaluation. This experience must include, but is not limited to, expertise in the field of adolescent sexual and reproductive health; prior experience working with the target population to be served; a clear track record of developing and implementing interventions similar to the proposed project; experience disseminating research findings through presentations and publications; experience conducting rigorous evaluations of teen pregnancy prevention, or other similar, programs, and experience collecting and using data for quality improvement. |
|---|---|
| 3 | Extent to which the PI(s)/PD and Lead Evaluator demonstrate experience and training relevant to the topic, size, and scope of the proposed project, including demonstrated success disseminating results from previous evaluation projects and documentation that the PI/PD has been the PI or co-PI on at least one study that involved a rigorous evaluation of an intervention, preferably conducted with the target population. |
| 3 | Extent to which the applicant clearly describes the reporting structure for the project, including oversight processes. The applicant must describe how it plans to govern and manage the execution of the grant program, including implementation of the intervention and oversight of the evaluation. A description of who is responsible for monitoring all contracts and collaborations, including the evaluation (if a contract), must be included. |
| 2 | Extent to which the applicant clearly describes the roles and responsibilities for all partners who will be involved in developing, implementing, and evaluating the intervention, including the partner's experience and expertise related to their role on the project. Includes signed MOUs with all partners who will assist with intervention implementation and evaluation that clearly outline the applicant and partner roles, responsibilities, and expectations. |

**Budget (5 points overall)**

| Points | Budget – Evaluation Criteria |
|---|---|
| 5 | The extent to which the applicant includes a combined multi-year Budget Narrative and a detailed Budget Narrative for each year of the potential grant. The Budget Narrative clearly shows how the total amount requested for all categories was determined. The extent to which the Budget Narrative is detailed, reasonable, adequate, cost efficient, and aligned with the proposed work plan. |

2. Review and Selection Process

Each HHS/OASH Program's office is responsible for facilitating the process of

evaluating applications and setting funding levels according to the criteria set forth above.

An independent review panel will evaluate applications that pass the screening and meet the responsiveness criteria if applicable. These reviewers are experts in their fields, and are drawn from academic institutions, non-profit organizations, state and local government, and Federal government agencies. Based on the Application Review Criteria as outlined under Section V.1, the reviewers will comment on and score the applications, focusing their comments and scoring decisions on the identified criteria. In addition to the independent review panel, Federal staff will review each application for programmatic, budgetary, and grants management compliance. Final award decisions will be made by the Director of the HHS Office of Adolescent Health. In making these decisions, the following additional criteria will be taken into consideration:

a. Geographic distribution of communities served nationwide.

b. Distribution of projects in varying types of communities: rural, suburban, and urban communities.

c. Representation of diverse interventions.

d. Representation of a range of populations disproportionately affected by teenage pregnancy as described by the applicant.

e. The prevalence of teen pregnancy in the geographic community to be served, as indicated by a current government data source.

f. Applicant demonstrates that it has and enforces a policy prohibiting discrimination in the provision of services on the basis of age, disability, sex, race, color, national origin, religion, sexual orientation and gender identity.

**Review of Risk Posed by Applicant**

The HHS/OASH will evaluate each application in the fundable range for risks posed by an applicant before issuing an award in accordance with 45 CFR Part 75.205. This evaluation may incorporate results of the evaluation of the applicant's eligibility or the quality of its application. If we determine that a Federal award will be made, special conditions that correspond to the degree of risk assessed by the applicant will be applied to the Federal award. OASH will use a risk-based approach and may consider any items such as the following:

(1) Applicant's financial stability;

(2) Quality of management systems and ability to meet the management standards prescribed in this part;

(3) History of performance. The applicant's record in managing Federal awards, if it is a prior recipient of Federal awards, including timeliness of compliance with applicable reporting requirements, conformance to the terms and conditions of previous Federal awards, and if applicable, the extent to which any previously awarded amounts will be expended prior to future awards;

(4) Reports and findings from audits performed; and

(5) The applicant's ability to effectively implement statutory, regulatory, or other requirements imposed on non-Federal entities.


## 3. Anticipated Announcement and Award Dates

HHS/OASH seeks to award funds as much in advance of the estimated project start date shown in Section II "Award Information," as practicable, with a goal of 10-15 days.

## VI. AWARD ADMINISTRATION INFORMATION

### 1. Award Notices

The HHS Office of the Assistant Secretary for Health does not release information about individual applications during the review process. If you would like to track your application, please see instructions at ▯▯▯▯▯▯ ▯ ▯ ▯▯▯▯▯▯▯▯▯▯ ▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯ ▯▯▯▯▯▯▯▯▯▯▯ ▯▯ The official document notifying an applicant that a project application has been approved for funding is the Notice of Award (NOA), approved by a Grants Management Officer of the HHS/OASH Office of Grants Management. Grantees will receive this document via system notification from our grants management system (Grant Solutions) and/or via e-mail. This document notifies the successful recipient of the amount of money awarded, the purposes of the grant, the anticipated length of the project period, terms and conditions of the grant award, and the amount of funding to be contributed by the grantee to project costs, if applicable. Grantees should pay specific attention to the terms and conditions of the award as indicated on the NOA, as some may require a time-limited response. The NOA will also identify the Grants Management Specialist and Program Project Officer assigned to the grant.

Grantees will be notified by the program office by email and/or letter and will receive summary comments pertaining to the application resulting from the review process. On occasion, some applicants may receive a letter indicating that an application was approved but unfunded. These applications are kept active for one year and may be considered for award without re-competing should funds become available during the hold period.

### 2. Administrative and National Policy Requirements

In accepting the grant award, the grantee stipulates that the award and any activities thereunder are subject to all provisions of 45 CFR parts 74 and 92, currently in effect or

implemented during the period of the grant or other Department regulations and policies effective at the time of the award.

In addition, recipients must comply with all terms and conditions outlined in their grant awards, the Department of Health and Human Services (HHS) Grants Policy Statement, requirements imposed by program statutes and regulations and HHS grant administration regulations, as applicable, as well as any requirements or limitations in any applicable appropriations acts.

Grant funds may only be used to support activities outlined in the approved project plan. The grantee will be responsible for the overall management of activities within the scope of the approved project plan.

<u>Smoke- and Tobacco-free Workplace</u>

The HHS/OASH strongly encourages all grant recipients to provide a smoke-free workplace and to promote the non-use of all tobacco products. This is consistent with the HHS/OASH mission to protect and advance the physical and mental health of the American people.

<u>Acknowledgement of Funding</u>

Federal grant support must be acknowledged in any publication developed using funds awarded under this program. All publications developed or purchased with funds awarded under this program must be consistent with the requirements of the program. Pursuant to 45 CFR § 74.36(a), HHS may reproduce, publish, or otherwise use materials developed under this grant for Federal purposes, and may authorize others to do so.

🔲

## Trafficking in Persons

Awards issued under this funding opportunity announcement are subject to the requirements of Section 106 (g) of the Trafficking Victims Protection Act of 2000, as amended (22 U.S.C. 7104). For the full text of the award term, go to http://www.hhs.gov/opa/grants/trafficking_in_persons_award_condition.html. If you are unable to access this link, please contact the Grants Management Specialist identified in this funding opportunity announcement to obtain a copy of the term.

## Efficient Spending

This award may also be subject to the HHS Policy on Promoting Efficient Spending: Use of Appropriated Funds for Conferences and Meetings, Food, Promotional Items, and Printing and Publications available at http://dhhs.gov/asfr/ogapa/acquisition/effspendpol_memo.html.

## Pilot Whistleblower Protection

A standard term and condition of award will be in the final notice of award; all applicants will be subject to a term and condition that applies the terms of 48 CFR section 3.908 to the award, and requires that grantees inform their employees in writing of employee whistleblower rights and protections under 41 U.S.C. 4712 in the predominant native language of the workforce.

## Same-sex Spouses, Marriages, and Households

A standard term and condition of award will be included in the final Notice of Award (NOA) that states: "In any grant-related activity in which family, marital, or household considerations are, by statute or regulation, relevant for purposes of determining beneficiary eligibility or participation, grantees must treat same-sex spouses, marriages, and households on the same terms as opposite-sex spouses, marriages, and households, respectively. By "same-sex

🔲🔲🔲

🔲

spouses," HHS means individuals of the same sex who have entered into marriages that are valid in the jurisdiction where performed, including any of the 50 states, the District of Columbia, or a U.S. territory or in a foreign country, regardless of whether or not the couple resides in a jurisdiction that recognizes same-sex marriage. By "same-sex marriages," HHS means marriages between two individuals validly entered into in the jurisdiction where performed, including any of the 50 states, the District of Columbia, or a U.S. territory or in a foreign country, regardless of whether or not the couple resides in a jurisdiction that recognizes same-sex marriage. By "marriage," HHS does not mean registered domestic partnerships, civil unions or similar formal relationships recognized under the law of the jurisdiction of celebration as something other than a marriage."

## Programmatic Reporting

Grantees will submit semi-annual progress reports 30 days after the end of each six-month period of performance. Progress reports must be submitted by upload to our grants management system (GrantSolutions.gov), in the Grant Notes module.

Grantees will submit semi-annual reporting of required performance measure data to OAH 30-days after the end of each six-month period of performance. Performance measures are submitted to OAH through the OAH Performance Measures website. The performance measures were approved by OMB for collection and reporting in 2012 (0990-0390). OAH will obtain renewal to collect these measures in 2015.

A final progress report covering the entire project period is due 90 days after the end of the project period. Final reports must be submitted by upload to our grants management system (GrantSolutions.gov), in the Grant Notes module.

## Financial Reporting

Grantees are required to submit quarterly and annual Federal Financial Reports (FFR) (SF-425). Reporting schedules will be issued as a condition of grant award. A final FFR covering the entire project period is due 90 days after the end of the project period. FFRs must be submitted via upload to our grants management system (GrantSolutions.gov), in the FFR module.

Quarterly cash reporting to the HHS Payment Management System on the FFR is also required. Please note these FFR reports are separate submissions via the Division of Payment Services. At this time, data is not transferable between the two systems and you will report twice on certain data elements. Grantees receiving $500,000 or greater of Federal funds must also undergo an independent audit in accordance with OMB Circular A-133 or regulations and policy effective at the time of the award.

## Non-competing Continuation Applications and Awards

Each year of the approved project period, grantees are required to submit a noncompeting application which includes a progress report for the current budget year, and work plan, budget and budget justification for the upcoming year. Specific guidance will be provided via Grant Solutions well advance of the application due date.

## FFATA and FSRS Reporting

The Federal Financial Accountability and Transparency Act (FFATA) requires data entry at the FFATA Subaward Reporting System (▦▦▦▦ ▦ ▦ ▦▦▦▦▦) for all sub-awards and sub-contracts issued for $25,000 or more as well as addressing executive compensation for both grantee and sub-award organizations.

▦▦▦

## VII. AGENCY CONTACTS

<u>Administrative and Budgetary Requirements and Program Requirements:</u>

For information related to administrative and budgetary requirements, contact the

HHS/OASH Office of Grants Management grants specialist listed below.

Roscoe Brunson
1101 Wootton Parkway, Suite 550
Rockville, MD
Phone: 240-453-8822
Email: roscoe.brunson@hhs.gov

Information on program requirements and Letters of Intent should be directed to the program

office at:

Attn: OAH TPP Tier 2B
1101 Wootton Parkway, Suite 700
Rockville, MD 20852
Phone: 240-453-2846
Email:

## VIII. OTHER INFORMATION

**Application Elements**

- Application for Federal Assistance (SF-424)
- Budget Information for Non-construction Programs (SF-424A)
- Budget Narrative
- Assurances for Non-construction Programs (SF-424B)
- Disclosure of Lobbying Activities (SF-LLL)
- Project Abstract Summary
- Project Narrative
- Appendices including Work plan, Logic Model, MOUs, Letters of Commitment, Resumes/CVs, Job Descriptions, and Organizational Chart

Evelyn M. Kappeler
Director, Office of Adolescent Health

**Funding Opportunity Announcement Appendices**

Appendix A – References

Appendix B – Glossary of Key Terms & Definitions

Appendix C - Relevant Resources for Applicants

Appendix D – Programs Not Eligible for Evaluation and Overview of HHS TPP Evidence
      Review Study Quality Criteria

Appendix E – Example Work plan Templates

Appendix F – Example Logic Model Template

Appendix G – Planning Year Milestones

Appendix H – OAH TPP Performance Measures

🔲

# Appendix A – References

1) Hamilton, B.E., Martin J.A., Osterman, M.J.K., & Curtin, S.C. (2014). Births: Preliminary data for 2013. National vital statistics reports 63(2). Retrieved from http://www.cdc.gov/nchs/data/nvsr/nvsr63/nvsr63_02.pdf.

2) The National Campaign to Prevent Teen and Unplanned Pregnancy (2014). Teen Sexual Behavior and Contraceptive Use: Data from the Youth Risk Behavior Survey, 2013. Retrieved from http://thenationalcampaign.org/sites/default/files/resource-primary-download/fast-facts-teen-sexual-behavior-and-contraceptive-use-yrbs-aug2014.pdf

3) The National Campaign to Prevent Teen and Unplanned Pregnancy (2014). The National Story. Retrieved from http://thenationalcampaign.org/data/landing

4) The National Campaign to Prevent Teen and Unplanned Pregnancy (2014). Fast Facts: Teen Pregnancy in the United States. Retrieved from http://thenationalcampaign.org/sites/default/files/resource-primary-download/fast_facts_-_teen_pregnancy_in_the_united_states_aug_2014.pdf

5) Guttmacher Institute (2014). Fact sheet: American Teens' Sexual and Reproductive Health. Retrieved from http://www.guttmacher.org/pubs/FB-ATSRH.pdf

6) Martin, J.A., Hamilton, B.E., Osterman, M.J.K., Curtin, S.C., & Mathews, T.J. (2013) Births: Final data for 2012. Retrieved from http://www.cdc.gov/nchs/data/nvsr/nvsr62/nvsr62_09.pdf

7) Hamilton, B.E., Martin, J.A., Osterman, M.J.K., Curtin, S.C. (2014). Births: Preliminary data for 2013. National Vital Statistics Reports, 63(2). Retrieved from http://www.cdc.gov/nchs/data/nvsr/nvsr63/nvsr63_02.pdf

8) The National Campaign to Prevent Teen and Unplanned Pregnancy (2014). Fast Facts: Teen Pregnancy in the United States. Retrieved from http://thenationalcampaign.org/sites/default/files/resource-primary-download/fast_facts_-_teen_pregnancy_in_the_united_states_aug_2014.pdf

9) Martin, J.A., Hamilton, B.E., Osterman, M.J.K., Curtin, S.C., & Mathews, T.J. (2013). Births: Final data for 2012. Retrieved from http://www.cdc.gov/nchs/data/nvsr/nvsr62/nvsr62_09.pdf

10). Martin, J.A., Hamilton, B.E., Osterman, M.J.K., Curtin, S.C., & Mathews, T.J. (2013 Births: Final Data for 2012. Hyattsville, MD: National Center for Health Statistics. Retrieved from http://www.cdc.gov/nchs/data/nvsr/nvsr62/nvsr62_09.pdf

11) The National Campaign to Prevent Teen and Unplanned Pregnancy (2013). Teen Parenthood Most Common in Rural America: First-Ever Data Comparing Rural, Suburban, and Urban Teen Childbearing. Retrieved from https://thenationalcampaign.org/sites/default/files/media-press-release/ruralteenparents_release.pdf

🔲

12) Ng, A.S., & Kaye, K. (2012). Why It Matters: Teen Childbearing and Child Welfare. Washington, DC: The National Campaign to Prevent Teen and Unplanned Pregnancy. Retrieved from http://thenationalcampaign.org/sites/default/files/resource-primary-download/childbearing-childwelfare.pdf

13) Hamilton, B.E., Martin, J.A., Osterman, M.J.K., Curtin, S.C. (2014). Births: Preliminary data for 2013. National Vital Statistics Reports, 63(2). Retrieved from http://www.cdc.gov/nchs/data/nvsr/nvsr63/nvsr63_02.pdf

14) Saewyc, E. (2014). Adolescent Pregnancy Among Lesbian, Gay, and Bisexual Teens in the International Handbook of Adolescent Pregnancy (editors: Cherry, A. and Dillon, M.) page 159-169.

15) The National Campaign to Prevent Teen and Unplanned Pregnancy (2012). Why It Matters: Teen Pregnancy, Substance Use, and Other Risky Behavior. Retrieved from http://thenationalcampaign.org/sites/default/files/resource-primary-download/risky_behaviors.pdf

16) The National Campaign to Prevent Teen and Unplanned Pregnancy (2012). Why It Matters: Teen Pregnancy and Violence. Retrieved from http://thenationalcampaign.org/sites/default/files/resource-primary-download/violence.pdf

17) Kirby, Douglas (2007). Emerging Answers 2007: Research Findings on Programs to Reduce Teen Pregnancy and Sexually Transmitted Diseases. Washington, DC: The National Campaign to Prevent Teen and Unplanned Pregnancy. Retrieved from http://thenationalcampaign.org/sites/default/files/resource-primary-download/EA2007_full_0.pdf

18) Child Trends. (2014). Adverse Childhood Experiences: National and State-Level Prevalence. Retrieved from http://www.childtrends.org/?publications=adverse-childhood-experiences-national-and-state-level-prevalence.

19) Substance Abuse and Mental Health Services Administration. (2013). Trauma-Informed Approach and Trauma-Specific Interventions. Available at http://beta.samhsa.gov/nctic/trauma-interventions

20) Interagency Working Group for Youth (2014). Positive Youth Development. Retrieved from http://www.findyouthinfo.gov/youth-topics/positive-youth-development

21) Administration for Children and Families- Family and Youth Services Bureau (2014). Positive Youth Development. Retrieved from http://www.acf.hhs.gov/programs/fysb/positive-youth-development.

22) Goesling, B, Colman, S, Trenholm, C, Terzian, M. (2013). Programs to Reduce Teen Pregnancy, Sexually Transmitted Infections, and Associated Sexual Risk Behaviors: A Systematic Review. Office of the Assistant Secretary for Planning and Evaluation. (ASPE) Brief. Online at: http://tppevidencereview.aspe.hhs.gov/pdfs/Programs_to_reduce_teen_pregnancy.pdf

23) HHS Teen Pregnancy Prevention Evidence Review. About the Review. Available online at: http://tppevidencereview.aspe.hhs.gov/ReviewProtocol.aspx

24) Pew Research Center's Internet Project. Pew internet Teens and Privacy Management Survey, 2012. Available online at: http://www.pewinternet.org/data-trend/teens/internet-user-demographics/

25) Pew Research Center's Internet Project. Teen Fact Sheet. Online at: http://www.pewinternet.org/fact-sheets/teens-fact-sheet/

26) Strasburger VC, Brown SS. Sex Education in the 21st Century. JAMA. 2014;312(2):125-126. doi:10.1001/jama.2014.4789.

27) Zief, S., et. al. (2011) Planning Evaluations Designed to Meet Scientific Standards: Communicating Key Components of the Plan for a Rigorous and Useful Evaluation of a Teenage Pregnancy Prevention Program. Retrieved from http://www.hhs.gov/ash/oah/oah-initiatives/assets/ta_update_1.pdf.

28) U.S. Government Printing Office. PUBLIC LAW 111–148—MAR. 23, 2010. Patient Protection and Affordable Care Act. Available at: http://www.gpo.gov/fdsys/pkg/PLAW-111publ148/pdf/PLAW-111publ148.pdf.

29) HHS. The Secretary's Advisory Committee on National Health Promotion and Disease Prevention Objectives for 2020. Phase I report: Recommendations for the framework and format of Healthy People 2020. Section IV. Advisory Committee findings and recommendations. Available at: http://www.healthypeople.gov/hp2020/advisory/PhaseI/sec4.htm#_Toc211942917.

30) Rossi, P., Lipsey, M., Freeman, H. Evaluation 7th Ed. 2004. Sage Publications. Thousand Oaks, CA.

## Appendix B - Glossary of Key Terms & Definitions

**Age Appropriate**- Topics, messages, and teaching methods suitable to particular ages or age groups of children and adolescents, based on developing cognitive, emotional, and behavioral capacity typical for the age or age group (28).

**Community Needs and Resource Assessment**- A needs and resource assessment is a systematic way of gathering information that describes, in detail, the needs and resources of the priority population and the community.

**Core Components**- The parts of the evidence-based program or its implementation that is determined by the developer to be the key ingredients related to achieving the outcomes associated with the program. Core components often focus on program content and program delivery strategies.

**Culturally and Linguistically Appropriate**- Respectful of and responsive to the cultural and linguistic needs of the population being served.

**Evidence-Based Teen Pregnancy Prevention Programs**- Programs identified by HHS as having undergone a rigorous evaluation been shown to be effective at preventing teen pregnancies, sexually transmitted infections, and/or sexual risk behaviors.

**Fidelity**- The degree to which a program is implemented with adherence to its core components.

**Fidelity Monitoring**- Steps taken to ensure that an evidence-based program is implemented with adherence to its core components. Fidelity monitoring often includes collecting data on fidelity and quality of implementation from facilitators through independent observations, reviewing and analyzing data on a regular basis, using data to provide feedback to facilitators and staff, and using the data to make continuous quality improvements to the program and its implementation.

**Health Disparities -** a particular type of health difference that is closely linked with social, economic, and/or environmental disadvantage. Health disparities adversely affect groups of people who have systematically experienced greater obstacles to health based on their racial or ethnic group; religion; socioeconomic status; gender; age; mental health; cognitive, sensory, or physical disability; sexual orientation or gender identity; geographic location; or other characteristics historically linked to discrimination or exclusion. (29)

**Implementation Ready** – When a program has clearly defined curricula and components, necessary staff supports and training, and specified guidelines and tools for monitoring fidelity.

**Innovation** - New or promising approaches, interventions, curricula, or services informed by scientific theory or empirical evidence that may lead to or have the potential to result in a substantial reduction in teen pregnancy rates, sexually transmitted infection (STIs) rates, and associated sexual risk behaviors.

🔲

**Medical Accuracy**- Verified or supported by the weight of research conducted in compliance with accepted scientific methods; and published in peer-reviewed journals, where applicable or comprising information that leading professional organizations and agencies with relevant expertise in the field recognize as accurate, objective, and complete (28).

**Positive Youth Development**- An intentional, pro-social approach that engages youth within their communities, schools, organizations, peer groups, and families in a manner that is productive and constructive; recognizes, utilizes, and enhances youths' strengths; and promotes positive outcomes for young people by providing opportunities, fostering positive relationships, and furnishing the support needed to build on their leadership strengths.

**Scale**- Deliberate efforts to increase the impact of service innovations successfully tested in pilot or experimental projects so as to benefit more people.

**Sensitive and Inclusive of LGBTQ Youth**- Supporting youth of all sexual orientations and gender identities/expressions.

**Strategic Dissemination and Communication**- The targeted distribution and communication of information, knowledge, and results to specific audiences to complement and support the overall project.

**Sustainability**- The ability for programs to effectively leverage partnerships and resources to continue programs, services, and/or strategic activities that result in improvements in the health and well-being of adolescents.

**Trauma-Informed Approach**- The way in which a program, agency, organization, or community thinks about and responds to those who have experienced or may be at risk for experiencing trauma.

**Type I Error**- A statistical conclusion error in which a program effect estimate is found to be statistically significant when, in fact, the program has no effect on the target population. (30)

**Type II Error**-A statistical conclusion error in which a program effect estimate is not found to be statistically significant when, in fact, the program does have an effect on the target population. (30)

⬚

## Appendix C- Relevant Resources for Applicants

**Disclaimer:** This is a list of some, but not all, of the relevant resources available to applicants. OAH does not endorse any of the resources listed other than those developed by OAH.

### ⬚⬚ ⬚ ⬚⬚⬚⬚⬚⬚⬚ ⬚⬚⬚ ⬚⬚⬚⬚⬚ ⬚⬚⬚⬚⬚⬚

OAH TPP Resource Center. Resources available on Strategic Communication. Available at: http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/training/strategic-communications.html.

### COMMUNITY NEEDS AND RESOURCE ASSESSMENT

Advocates for Youth. The Needs and Assets Assessment: What it is and Why it's Important. http://www.advocatesforyouth.org/statetppmanual/1106-support-center.

OAH. A Snapshot of Your Community: Understanding Resources and Needs Assessments. Available at http://www.hhs.gov/ash/oah/oah-initiatives/webinars/slides_needsassessmentwebinar.pdf.

OAH. Best Practices for Conducting a Needs and Resource Assessment: Tip Sheet. Available at http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/training/tip_sheets/needs-assessment-508.pdf.

### CULTURAL AND LINGUISTIC COMPETENCE

Office of Minority Health. The Center for Linguistic and Cultural Competence in Health Care. Available at http://minorityhealth.hhs.gov/omh/browse.aspx?lvl=2&lvlid=34.

Office of Minority Health. National Standards for Culturally and Linguistically Appropriate Services in Health and Health Care (The National CLAS Standards). Available at http://minorityhealth.hhs.gov/omh/browse.aspx?lvl=2&lvlid=53.

### DATA ON ADOLESCENT HEALTH & TEEN PREGNANCY

Centers for Disease Control and Prevention. National Vital Statistics System. Available at http://www.cdc.gov/nchs/nvss.htm.

Centers for Disease Control and Prevention. Youth Risk Behavior Surveillance System. Available at http://www.cdc.gov/HealthyYouth/yrbs/index.htm.

National Campaign to Prevent Teen and Unplanned Pregnancy. National & State Data. Available at http://thenationalcampaign.org/data/landing.

OAH. National and State Facts. Available at http://www.hhs.gov/ash/oah/resources-and-publications/facts/.

⬚

Robert Wood Johnson Foundation and the University of Wisconsin Population Health Institute. County Health Rankings & Roadmaps. Available at http://www.countyhealthrankings.org/.

## EVALUATION

OAH Evaluation Brief – Coping with Missing Data in Randomized Controlled Trials. Available at http://www.hhs.gov/ash/oah/oah-initiatives/for-grantees/evaluation/ta.html.

OAH Evaluation Brief – Estimating Program Impacts for a Subgroup Defined by Post-Intervention Behavior: Why is it a Problem? What is the Solution? Available at http://www.hhs.gov/ash/oah/oah-initiatives/for-grantees/evaluation/ta.html.

OAH Evaluation Brief – Planning Evaluations Designed to Meet Scientific Standards: Communicating Key Components of the Plan for a Rigorous and Useful Evaluation of a Teenage Pregnancy Prevention Program. Available at http://www.hhs.gov/ash/oah/oah-initiatives/for-grantees/evaluation/ta.html.

OAH TPP Resource Center. Resources available on Program Evaluation. Available at http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/training/evaluation.html.

Peter Schochet. (2008). Technical Methods Report: Guidelines for Multiple Testing in Impact Evaluations. Available at http://ies.ed.gov/ncee/pubs/20084018/index.asp.

## EVIDENCE-BASED TEEN PREGNANCY PREVENTION PROGRAMS

HHS. Teen Pregnancy Prevention Evidence Review. Available at http://tppevidencereview.aspe.hhs.gov/.

OAH. Teen Pregnancy Prevention Resource Center: Evidence-Based Programs. http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/db/.

## FIDELITY AND ADAPTATIONS

OAH. Fidelity and Adaptation Guidance and Resources. Available at http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/training/implementation.html.

## GOALS AND OBJECTIVES

Centers for Disease Control and Prevention. Division of Adolescent and School Health. Writing Good Goals and SMART Objectives Tutorials. Available at http://www.cdc.gov/healthyyouth/tutorials/writinggoal/page001.htm.

## LGBTQ YOUTH & INCLUSIVITY

Administration for Children, Youth, and Families. Creating a Safe Space for LGBTQ Youth and Teens. Available at http://ncfy-learn.jbsinternational.com/course/index.php?categoryid=12.

AIR. A Guide for Understanding, Supporting, and Affirming LGBTQI2-S Children, Youth, and Families. Available at http://www.air.org/resource/guide-supports-lgbtqi2-s-children-youth-and-families.

Centers for Disease Control and Prevention. Lesbian, Gay, Bisexual and Transgender Health. Available at http://www.cdc.gov/lgbthealth/youth.htm.

HHS Healthy People 2020. Lesbian, Gay, Bisexual, and Transgender Health. Available at http://www.healthypeople.gov/2020/topicsobjectives2020/overview.aspx?topicid=25.

OAH. Engaging Select Populations: LGBTQ Youth. Available at http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/training/engaging-select-populations.html#lgbtq.

## LOGIC MODELS

Center for Disease Control and Prevention. Division of Adolescent and School Health. Manuals/Assistance with Specific Evaluation Steps – Logic Models. Available at http://www.cdc.gov/EVAL/resources/index.htm#logicmodels.

ETR Associates. BDI Logic Model. Available at http://recapp.etr.org/recapp/logicmodelcourse/.

## PERFORMANCE MEASURES

OAH. TPP Performance Measure Resources. Available at http://www.hhs.gov/ash/oah/oah-initiatives/for-grantees/performance-measures/index.html.

## PILOTING PROGRAMS

OAH. Testing the Waters: Pilot Testing Your Program webinar. Available at: http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/training/implementation.html.

OAH. Tips and Recommendations for Successfully Pilot Testing Your Program. Available at http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/training/tip_sheets/pilot-testing-508.pdf.

## POSITIVE YOUTH DEVELOPMENT

Administration for Children & Families. Positive Youth Development. Available at http://www.acf.hhs.gov/programs/fysb/positive-youth-development

Interagency Working Group on Youth Programs. Positive Youth Development. Available at http://www.findyouthinfo.gov/youth-topics/positive-youth-development/key-principles-positive-youth-development.

### RECRUITMENT, RETENTION, AND ENGAGEMENT

OAH. Getting Them to Come Back: Strategies for Retaining and Engaging Participants webinar. Available at http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/training/engagement.html.

OAH. Incorporating Strategies for Engaging Young People Tip Sheet. Available at http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/training/tip_sheets/youth-engagement-508.pdf.

OAH. Rules of Engagement: Participant Recruitment and Retention webinar. Available at http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/training/engagement.html.

### SUSTAINABILITY

OAH. Sustainability Framework, Assessment, Resource Guide, and E-Module. Available at http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/training/sustainability.html.

### TRAUMA-INFORMED APPROACH

Schladale, J. (2013). A Trauma Informed Approach for Adolescent Sexuality. Freeport, ME: Resources for Resolving Violence, Inc. Available at http://resourcesforresolvingviolence.com/wp-content/uploads/A-Trauma-Informed-Approach-for-Adolescent-Sexual-Health.pdf

Substance Abuse and Mental Health Services Administration. Trauma-Informed Approach and Trauma-Specific Interventions. Available at http://beta.samhsa.gov/nctic/trauma-interventions.

### YOUTH FRIENDLY CLINICAL SERVICES

Centers for Disease Control Elements of a Teen Friendly Reproductive Healthcare Visit. Teens Visiting a Health Clinic. Available at http://www.cdc.gov/teenpregnancy/teenfriendlyhealthvisit.html#elements.

Healthy Teen Network. "Keep It Simple: A Lesson in Linking Teens to Sexual Health Care" Lesson Plan. Available at http://www.healthyteennetwork.org/keep-it-simple.

**Appendix D -**
**TPP Programs that are NOT Eligible\* for Evaluation under this FOA & Summary of HHS
TPP Evidence Review Study Quality Criteria**

1. List of Evidence-based TPP Programs Identified by the HHS Teen Pregnancy Prevention
   Evidence Review

2. List of Programs Currently Being Evaluated Under OASH/OAH-TPP PREP Tier2-2010

3. Summary of HHS Teen Pregnancy Prevention Evidence Review Study Quality Criteria

**1. List of Evidence-based TPP Programs Identified by the HHS Teen Pregnancy Prevention Evidence Review** http://tppevidencereview.aspe.hhs.gov/EvidencePrograms.aspx

- Aban Aya Youth Project
- Adult Identity Mentoring (Project AIM)
- All4You!
- Assisting in Rehabilitating Kids (ARK)
- Be Proud! Be Responsible!
- Be Proud! Be Responsible! Be Protective!
- Becoming a Responsible Teen (BART)
- Children's Aid Society (CAS) – Carrera Programs
- ¡Cuídate!
- Draw the Line/Respect the Line
- Families Talking Together (FTT)
- FOCUS
- Get Real
- Health Improvement Projects for Teens (HIP Teens)
- Heritage Keepers Abstinence Education
- HORIZONS
- It's Your Game: Keep it Real (IYG)
- Making a Difference!
- Making Proud Choices!
- Prime Time
- Project IMAGE
- Project TALC
- Promoting Health Among Teens! Abstinence-Only Intervention
- Promoting Health Among Teens! Comprehensive Abstinence and Safer Sex Intervention
- Raising Healthy Children
- Reducing the Risk
- Respeto/Proteger
- Rikers Health Advocacy Program (RHAP)
- Safer Choices
- Safer Sex Intervention
- Seventeen Days
- Sexual Health and Adolescent Risk Prevention (SHARP)
- SiHLE
- Sisters Saving Sisters
- STRIVE
- Teen Health Project
- Teen Outreach Program (TOP)

## 2. List of Interventions Being Evaluated under OPHS/OAH-TPP PREP Tier2-2010

- Alaska Promoting Health Among Teens, Comprehensive Abstinence and Safer Sex Project (AKPHATComp)
- Ateyapi Identity Mentoring (AIM) Program
- Be yoU, Talented, Informed, Fearless, Uncompromised, and Loved (BUtiful) (an electronic translation of the intervention SiHLE)
- Be Yourself/Sé Tu Mismo
- Multimedia Circle of Life (mCOL)
- Crossroads
- Demoiselle 2 Femme (3-D Curriculum)
- Development for Youth
- FatherWorks
- Gender Matters (GEN.M)
- Go Grrrls
- Haitian American Responsible Teens (HART) (Becoming a Responsible Teen Adaptation)
- Healthy Futures
- Love Notes
- Reducing the Risk Adaptation
- More than a Dream/Más que un sueño
- Need to Know (N2K)
- Plain Talk Philadelphia
- Planned Potential
- Pono Choices
- Positive Prevention PLUS: Sexual Health Education for California Youth
- POWER Through Choices 2010
- Prevent Second Pregnancy Project (Project Adult Identity Mentoring Adaptation)
- Preventing Adolescent Pregnancy Program (Will Power, Won't Power and Taking Care of Business Curricula)
- Teen Options to Prevent Pregnancy (TOPP)
- Teen Outreach Program (TOP) Plus Text Message Enhancement (TOP®4ME)
- Teen Parent Project
- Teen PEP
- The Lighthouse Project
- The Web of Life

More information about these interventions is available at:
http://www.hhs.gov/ash/oah/oah-initiatives/teen_pregnancy/grantees/tier2-by-state.pdf or
http://www.acf.hhs.gov/programs/fysb/resource/preis-summaries

**Summary of Study Quality Criteria** (for a full description, see:
http://tppevidencereview.aspe.hhs.gov/pdfs/Review%20protocol%20v3.pdf)*

| Criteria Category | High Study Rating | Moderate Study Rating | Low Study Rating |
|---|---|---|---|
| 1. Study design | Random or functionally random assignment | Quasi-experimental design with a comparison group; random assignment design with high attrition or reassignment | Does not meet criteria for high or moderate rating |
| 2. Attrition | What Works Clearinghouse standards for overall and differential attrition | No requirement | Does not meet criteria for high or moderate rating |
| 3. Baseline equivalence | Must control for statistically significant baseline differences | Must establish baseline equivalence of research groups and control for baseline outcome measures | Does not meet criteria for high or moderate rating |
| 4. Reassignment | Analysis must be based on original assignment to research groups | No requirement | Does not meet criteria for high or moderate rating |
| 5. Confounding factors | Must have at least two subjects or groups in each research group and no systematic differences in data collection methods | Must have at least two subjects or groups in each research group and no systematic differences in data collection methods | Does not meet criteria for high or moderate rating |

* Although the criteria states that a majority of study participants must be <19 years old, for this funding announcement, evaluation designs with older male populations (>19 years old) will be accepted.

**Appendix E – Example Work plan Templates**
**Example Work plan Template #1**
(Note: Work Plan may be submitted as narrative or other format
September 1, 2013 – August 31, 2014

Grantee Name _____     Funds Requested _____

| Goal I: |
|---|

| Objective 1: |
|---|

| Rationale for Objective 1: |
|---|

| Measures of Accomplishment for Objective 1: |
|---|
| a. |
| b. |
| c. |

| Activities in support of Objective 1: | Person/agency responsible for Accomplishing Activities. | Activity Timeline. |
|---|---|---|
| | | a. |
| a. | a. | b. |
| b. | b. | c. |
| c. | c. | |

**Example Work plan Template #2**
September 1, 2013 – August 31, 2014

Grantee Name _____     Funds Requested _____

| Goal I: Goal Statement | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Objectives** | **Activities** | **Timeline** | | | | | | | | | | | | **Measures of Accomplishment** | **Person Responsible** |
| | | S | O | N | D | J | F | M | A | M | J | J | A | | |
| Objective 1: | Activity 1: | | | | | | | | | | | | | | |
| | Activity 2: | | | | | | | | | | | | | | |
| | Activity 3: | | | | | | | | | | | | | | |
| Objective Rationale: | Activity 4: | | | | | | | | | | | | | | |
| | Activity 5: | | | | | | | | | | | | | | |
| Objective 2: | Activity 1: | | | | | | | | | | | | | | |
| | Activity 2: | | | | | | | | | | | | | | |
| Objective Rationale: | Activity 3: | | | | | | | | | | | | | | |

## Work plan Instructions

1) **Name:** Name of the grantee organization.

2) **Funds Requested**: Funds requested for project period.

3) **Goal 1**: A broad statement of program purpose which describes the expected long-term effects of a program. Goals should address the program's effect in reducing a health problem and identify the target population to be affected. <u>Although only Goal I is shown as an example in the suggested work plan format, you should include all programmatic goals in your work plan.</u>

4) **Objective 1**: A statement describing the results to be achieved and the manner in which these results will be achieved. Objectives should be **SMART**, that is, Specific, Measurable, Achievable, Realistic, and Time-phased. **Specific** objectives include who will be targeted and what will be accomplished; **measurable** objectives include how much change is expected specifically enough that achievement of the objective can be measured through counting or through documenting change or completion; **achievable** objectives can be realistically accomplished given existing resources and constraints; **realistic** objectives address the scope of the problem and reasonable programmatic steps; and **time-phased** objectives provide a time line indicating when the objective will be measured or a time by which the objective will be met. <u>Although we only include one-two objectives in the example work plan template, you should list all objectives that support each goal in your work plan.</u>

5) **Rationale for the Objective**: why you think the objective will contribute to accomplishing the goal. The objective should relate to the goal and should link to outcomes on the logic model leading to the desired outcomes. In addition, you may provide context that shows why this objective is necessary given your program's resources or constraints.

6) **Activities -** describe anticipated events that will take place as part of your program in support of the objective. <u>Although we only include a few activities in the example work plan template for each objective, you should list all activities for each objective.</u>

7) **Timeline for Activities** – identify when the activity will be implemented.

8) **Measurement of Accomplishment** – these are the quantifiable criteria that describe how you know if you succeeded in accomplishing an objective. Measures might include target numbers or they might include quantifiable changes or completion of an activity.

9) **Person Responsible -** who is most responsible for ensuring that each activity is accomplished.

(Note: Logic Model may be submitted as narrative or other format)



# Appendix G - TPP Grantee Planning Period Milestones

All of the following must be completed before OAH will grant approval to begin full implementation:

☐ Hire all key staff (grantee & all implementation partners)

☐ Finalize implementation partnerships with signed MOUs outlining clear roles and responsibilities

☐ Establish a plan to engage the target population in the development and implementation of the intervention

☐ Complete an in-depth Needs and Resource Assessment

☐ Finalize intervention materials

☐ Complete initial review of intervention materials (including supplemental materials) for medical accuracy by project staff or designated contractor.

☐ Submit all intervention materials (including any supplemental materials) to OAH for final medical accuracy review and complete all required revisions

☐ Review all program materials to ensure age appropriateness and make revisions as necessary

☐ Train staff involved in implementation of the intervention & establish a plan for ongoing training & TA

☐ Pilot test implementation of the intervention with a small number of youth from target population to ensure fit

☐ Plan for collecting TPP Performance Measures in place
  ➢ if needed, proxy measures proposed to and approved by OAH

☐ Finalize work plan, including activities for implementing and evaluating the program, monitoring program partners, monitoring fidelity, and planning for sustainability

☐ Clear, complete implementation plan submitted and approved for each implementation site

☐ Evaluation materials and evaluation plan finalized
  ➢ Plan for process and implementation evaluation
  ➢ Plan for outcome evaluation
  ➢ Institutional Review Board (IRB) approval for evaluation study obtained by grantee
  ➢ Pilot test and finalize survey instruments
  ➢ OAH approval of final evaluation plan

## Appendix H - TPP Performance Measures for Grantee
(OMB 0990-0390, Expiration May 2015, Renewal Pending)

**Participant ID** (unique and non-identifiable, i.e. no names or birthdates)

**Demographic characteristics** (collected and entered for every participant individually)
- ☐ Age
- ☐ Grade
- ☐ Gender
- ☐ Race
- ☐ Ethnicity
- ☐ Language spoken at home
- ☐ Special populations (if applicable)

**Fidelity** (based on facilitator and observer logs, observer quality rating & fidelity process form)

- In the past program year, what percentage of sessions were observed by an independent observer for fidelity assessment?
- What is the median percentage of activities completed, across sessions observed?
  - What is the minimum and maximum percentage of activities completed, across sessions observed?
    - ☐ Minimum
    - ☐ Maximum
  - What percentage of sessions were rated either 4 or 5 for overall quality?
  - For what percentage of sessions completed do you have a completed fidelity monitoring log from the facilitator?
  - What is the median percentage of activities completed, across sessions for which you have a completed fidelity monitoring log?
  - Across cohorts, what is the median percentage of sessions implemented?
  - What is your score on the 24-point fidelity process scale?

**Dosage of services received by participants** (attendance is entered for every program participant for every scheduled class/session). OAH calculates the following:

- What is the median % of program services received by youth?
- What is the median % of program services received by parents (if applicable)?
- What % of youth received at least 75% of the program?
- What % of parents received at least 75% of the program?

## Partners

>**Formal partners** are organizations (e.g., schools) with whom the grantee has an MOU, contract or other formal written agreement in place to provide service or other contribution relevant to the TPP program.

>**Informal partners** are organizations with whom the grantee does not have a formal written agreement in place.

- How many formal/informal partners are you currently working with?
- How many of these formal/informal partners are new for this reporting period?
- How many formal/informal partners did you lose during this reporting period?
- What is the total number of formal/informal partners you have had since the beginning of the project?
- How many formal/informal partners have you lost since the beginning of the project?

## Training

- In the reporting period, how many new intervention facilitators (including teachers) have you or one of your partners trained? Please include only training provided to new facilitators.
- In the reporting period, how many intervention facilitators (including teachers) have you or one of your partners given follow-up training?

## Dissemination

- How many manuscripts have you had accepted for publication in the past year (including both articles that were published and those that have been accepted but not yet published)? Do not include manuscripts previously reported as published.
- Please list the references for any published manuscripts published in the past year.
- How many presentations have you made at each of the following levels in the past year:
  - National or regional? ____
    Please list titles of all presentations and venue (e.g., conference or organization to which the presentation was made)
  - State? ____
    Please list titles of all presentations and venue (e.g., conference or organization to which the presentation was made)

## Outcomes

(Collected from all study participants in 7th grade and above)

- Ever had sex
- Ever been pregnant/gotten someone pregnant

- # of times been pregnant/gotten someone pregnant
- Any sex in past 3 months
- # of times had sex in past 3 months
- Had sex without a condom in past 3 months
- # of times had sex without a condom in past 3 months
- Had sex without birth control in past 3 months
- # of times had sex without birth control in past 3 months
- Intent to have sex in next year
- Intent to use a condom in next year
- Intent to use birth control in next year

**Participant-Level Performance Measure Questions**
(OMB 0990-0390, Expiration May 2015, Renewal Pending)

**Date** _____/_____/_____

## Demographic Questions (Inform Reach)

1. In what month and year were you born?

*MARK (X) ONE MONTH AND ONE YEAR*

☐ January    ☐ 2002
☐ February    ☐ 2001
☐ March     ☐ 2000
☐ April     ☐ 1999
☐ May      ☐ 1998
☐ June      ☐ 1997
☐ July      ☐ 1996
☐ August     ☐ 1995
☐ September   ☐ 1994
☐ October    ☐ 1993
☐ November   ☐ 1992
☐ December   ☐ 1991

Alternative question:

How old are you? _____

2. What grade are you in? (If you are currently on vacation between grades, please indicate the grade you will be in when you go back to school).

*MARK (X) ONE ANSWER*

☐ 6th
☐ 7th
☐ 8th
☐ 9th
☐ 10th
☐ 11th
☐ 12th
☐ Ungraded
☐ College/Technical school
☐ Not currently in school

3. Are you male or female?

   *MARK (X) ONE ANSWER*

   ☐  Male
   ☐  Female

4. Are you Hispanic or Latino?

   *MARK (X) ONE ANSWER*

   ☐  Yes
   ☐  No

5. What is your race?

*MARK (X) ONE OR MORE THAN ONE ANSWER*

   ☐  American Indian or Alaska Native
   ☐  Asian
   ☐  Black or African-American
   ☐  Native Hawaiian or Other Pacific Islander
   ☐  White

## Participant-Level Questions

These participant-level survey measures are only required to be collected from youth in grades 7 and above.

The (next/first) questions are about sexual intercourse. By sexual intercourse, we mean a male putting his penis into a female's vagina.

1. Have you ever had sexual intercourse?

   ☐  Yes
   ☐  No → Skip to **Question 6**

2. To the best of your knowledge, have you ever been pregnant or gotten someone pregnant, even if no child was born?

   ☐  Yes
   ☐  No –> Skip to **Question 3**

110

2a.   To the best of your knowledge, how many times have you been pregnant or gotten someone pregnant?
_____

3.   Now please think about the past 3 months. In the past 3 months, have you had sexual intercourse, even once?

☐ Yes
☐ No → Skip to **Question 6**

3a. In the past 3 months, how many <u>times</u> have you had sexual intercourse?
_____

4.   In the past 3 months, have you had sexual intercourse <u>without</u> you or your partner using a condom?

☐ Yes
☐ No → Skip to **Question 5**

4a.   In the past 3 months, how many <u>times</u> have you had sexual intercourse <u>without</u> using a condom?
_____

5.   In the past 3 months, have you had sexual intercourse <u>without</u> you or your partner using any of these methods of birth control?

• Condoms
• Birth control pills
• The shot (Depo Provera)
• The patch
• The ring (NuvaRing)
• IUD (Mirena or Paragard)
• Implant (Implanon)

☐ Yes
☐ No → Skip to **Question 6**

5a. In the past 3 months, how many <u>times</u> have you had sexual intercourse <u>without</u> using any of these methods of birth control?
   _____

6. Do you intend to have sexual intercourse in the next year, if you have the chance?

   ☐ Yes, definitely
   ☐ Yes, probably
   ☐ No, probably not
   ☐ No, definitely not

7. If you were to have sexual intercourse in the next year, do you intend to use (or have your partner use) a condom?

   ☐ Yes, definitely
   ☐ Yes, probably
   ☐ No, probably not
   ☐ No, definitely not

8. If you were to have sexual intercourse in the next year, do you intend to use (or have your partner use) any of these methods of birth control?

   - Condoms-
   - Birth control pills
   - The shot (Depo Provera)
   - The patch
   - The ring (NuvaRing)
   - IUD (Mirena or Paragard)
   - Implants (Implanon)

   ☐ Yes, definitely
   ☐ Yes, probably
   ☐ No, probably not
   ☐ No, definitely not