UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x

PLANNED PARENTHOOD OF NEW YORK
CITY, INC.,

                                             18 Civ. 5680 (NRB)

         Plaintiff,

        v.                                  **Notice of Appeal**

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES et al.,

              Defendants.
--------------------------------------------------------- x

       Notice is hereby given that all defendants in the above-named case hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on August 31, 2018.

Dated: New York, New York              Respectfully submitted,
       October 26, 2018

                                      GEOFFREY S. BERMAN
                                    United States Attorney for the
                                    Southern District of New York
                                    Attorney for Defendants

                        By:    /s/ Benjamin H. Torrance
                                    BENJAMIN H. TORRANCE
                                    Assistant United States Attorney
                                    86 Chambers Street
                                    New York, New York   10007
                                    Telephone: 212.637.2703
                                    Fax: 212.637.2702
                                    E-mail: benjamin.torrance@usdoj.gov

TO:   Clerk of Court
       United States Court of Appeals for the Second Circuit
       United States Courthouse
       500 Pearl Street
       New York, New York 10007

       Marcus A. Asner, Esq.
       Arnold & Porter Kaye Scholer LLP
       Attorney for Plaintiffs
       250 West 55th Street
       New York, New York 10019