**MANDATE**

N.Y.S.D. Case #
18-cv-5680(NRB)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of March, two thousand nineteen.

Planned Parenthood of New York City, Inc.,

    Plaintiff - Appellee - Cross-Appellant,

v.

United States Department of Health & Human Services, Alex Azar, in his official capacity as Secretary of the U.S. Department of Health and Human Services, Valerie Huber, in her official capacity as Senior Policy Advisor for the Office of the Assistant Secretary for Health at the U.S. Department of Health and Human Services,

    Defendants - Appellants - Cross-Appellees.

**ORDER**
Docket No. 18-3231

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** March 19, 2019

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

    For The Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 03/19/2019**